Order Filed on
**4/20/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STARK & STARK, P.C.<br>Jeffrey S. Posta, Esq. (JP-1300)<br>993 Lenox Drive<br>P.O. Box 5315<br>Princeton, NJ 08534-5315<br>Attorneys for Jack and Grace Hakim |
| In Re:<br><br>SOLOMON DWEK, et al.,<br><br>                              Debtors. |

Lead Case No.: 07-11757 (KCF)
(Jointly Administered)
Chapter 11

Hearing Date: April 20, 2009
at 10:00 a.m.

Judge: Kathryn C. Ferguson

### ORDER VACATING AUTOMATIC STAY WITH RESPECT TO CERTAIN REAL PROPERTY KNOWN AS 2910 LOGAN ROAD, OCEAN, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: 4/20/2009**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | SOLOMON DWEK, et al. |
| Case No: | 07-11757 (KCF) |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY WITH RESPECT TO CERTAIN REAL PROPERTY KNOWN AS 2910 LOGAN ROAD, OCEAN, NEW JERSEY** |

---

Upon the motion of Stark & Stark, a Professional Corporation, Attorneys for Jack and Grace Hakim, under Bankruptcy Code §362(d)(1) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

It is ORDERED that:

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions(s) in the court(s) of appropriate jurisdiction to foreclose the mortgage held by the movant, including an eviction action, to pursue the movant's rights in the following real property:

    (a) Land and premises designated as Lot 6, Block 40.04 on the tax map of Ocean Township, Monmouth County, New Jersey, commonly known as 2910 Logan Road, Ocean, NJ.

2. The movant may join the Debtor(s) and any Trustee appointed in this case as Defendants in this foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

*Approved by Judge Kathryn C. Ferguson  April 20, 2009*

(Page 3)

| | |
|---|---|
| Debtors: | SOLOMON DWEK, et al. |
| Case No: | 07-11757 (KCF) |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY WITH RESPECT TO CERTAIN REAL PROPERTY KNOWN AS 2910 LOGAN ROAD, OCEAN, NEW JERSEY** |

---

3. The movant may record the Order of this Court entered on December 12, 2006 in the Izzy Victor Halawani case, Case No. 02-56801 (RTL), Adv. No. 04-2201 (RTL), in the Office of the Monmouth County Clerk, reconveying the real property from the Debtor, Solomon Dwek, to Izzy Victor Halawani and Natalie Halawani.

4. The movant shall serve a copy of this Order by ordinary mail on the Debtor, any Trustee and other party who entered an appearance on the motion, unless said party was served by the Court by CM/ECF.

*Approved by Judge Kathryn C. Ferguson  April 20, 2009*