under the grantor trust rules. Assets held by the Liquidating Trust will be treated as if they had been disbursed to the beneficiaries in satisfaction of their Claims under the Plan and immediately thereafter transferred by the beneficiaries to the Liquidating Trust. The beneficiaries will be treated as owning the assets held by the Liquidating Trustee in order to accomplish the orderly liquidation of the Assets. The beneficiaries will be taxed currently on any income realized by the Liquidating Trust without regard to whether the beneficiaries actually receive a distribution from the Liquidating Trust. The Liquidating Trustee will file a tax return reporting the income and will give each of the beneficiaries, as beneficiaries, an appropriate tax statement indicating the beneficiary's share of the income of the Liquidating Trust. The IRS will then collect taxes on the post-Effective Date income, if any, of the assets held by the Liquidating Trust from the beneficiaries.

The Liquidating Trust also may be treated by the IRS as one or more complex trusts taxable under IRC Section 641, in which event the tax features of the Liquidating Trust would be different from those stated above.

In all events, the Liquidating Trustee will be responsible for preparing and filing the tax returns and for paying the tax liability of the Liquidating Trust out of the Liquidating Trust's assets.

A beneficiary of the Liquidating Trust likely will be required to include in income the amount of any distributions it receives from the Liquidating Trust in a given taxable year of the Liquidating Trust, up to its proportionate share of the Liquidating Trust's distributable net income ("DNI") for that year. To the extent the beneficiary received distributions in a taxable year that exceeded the Liquidating Trust's DNI for that year, the excess would be included in the

beneficiary's income to the extent attributable to accumulated but previously undistributed DNI from prior years. Such amounts, generally, would be taxed by reference to the taxable income of the beneficiary and the rates in effect in the years in which the undistributed DNI was accumulated (after taking into account a credit for the beneficiary's proportionate share of the federal income taxes paid by the Liquidating Trust in those years). In general, capital gains and losses would be excluded from the Liquidating Trust's DNI and, accordingly, the Liquidating Trust (rather than its beneficiaries) would be taxed on its net capital gain.

The application of the foregoing rules can be very complicated and is, in many respects, uncertain. Accordingly, while the taxable income of the Liquidating Trust in general would be subject only to one level of federal income tax if the Liquidating Trust were treated as a grantor trust, there can be no assurance of such treatment in particular circumstances.

AS INDICATED ABOVE, THE FOREGOING IS A SUMMARY ONLY; IT IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING WITH A TAX PROFESSIONAL. THE TAX CONSEQUENCES OF THE PLAN COULD BE COMPLEX AND, IN MANY AREAS, UNCERTAIN. EACH HOLDER OF A CLAIM IS STRONGLY URGED NOT TO RELY UPON THE FOREGOING AND TO CONSULT HIS OR HER OWN TAX ADVISOR REGARDING SUCH CONSEQUENCES.

## XIII.  RECOMMENDATION AND CONCLUSION

The Trustee believes the Plan provides the best available alternative for maximizing the recoveries that Creditors may receive from the Estates. Therefore, the Trustee recommends that all Creditors that are entitled to vote on the Plan vote to accept the Plan.

I:\My Documents\Dwek Plan\DisclosureStatementFirstAmended(DwekFinal).doc

**NON-DEBTOR PARTNERSHIPS AS OF 11/5/09**

|  | NAME OF LLC PARTNERSHIP |
|---|---|
| 1 | 1400 OFFICES, LLC |
| 2 | 1800 ROUTE 33/HAMILTON, LLC |
| 3 | 1800 ROUTE 88/POINT, LLC |
| 4 | 1806 HOLDINGS, LLC* |
| 5 | 21 MAIN & COURT CENTER, LLC |
| 6 | 55 SOUTH CLIFTON, LLC |
| 7 | 6 INDUSTRIAL WAY ASSOC, LLC |
| 8 | BROAD STREET PARTNERS, LLC |
| 9 | CORBETT HOLDINGS I, LLC |
| 10 | CORLIES AVENUE LAND, LLC |
| 11 | DENHOLTZ BLV, LLC |
| 12 | EAGLE SOUTH, LLC |
| 13 | EATONTOWN CORBETT, LLC |
| 14 | EATONTOWN MERIDIAN, LLC |
| 15 | JFK INVESTMENT ASSOCIATES, LP |
| 16 | LITTLE SILVER GAS, LLC* |
| 17 | LITTLE SILVER RETAIL, LLC* |
| 18 | OCEAN CIRCLE HOLDINGS, LLC* |
| 19 | THE ZARO GROUP @ BANYAN, LLC |
| 20 | WALL LAND, LLC |
| 21 | WALLACE OWNER, LLC |
| 22 | WEST PARK AVENUE LAND, LLC |
| 23 | WEST PARK ESTATES, LLC |
| 24 | WLB OFFICES, LLC |
|  |  |
|  | * Bankruptcy petitions filed for each of these LLCs on 11/17/09 |

9356195v3

**SCHEDULE 3.1**
**LIST OF DEBTORS, FILING DATES AND PROOF OF CLAIM DEADLINES**

| | DEBTOR | CASE NO. | DATE BANKRUPTCY FILED | PROOF OF CLAIM DEADLINE | GOVERNMENT PROOF OF CLAIM DEADLINE (180 days from the petition date) |
|---|---|---|---|---|---|
| 1. | Solomon Dwek | 07-11757 | 02/09/07 | 06/27/07 | 08/08/07 |
| 2. | 10 Neptune LLC | 07-11974 | 02/13/07 | 06/27/07 | 08/12/07 |
| 3. | Deal Golf LLC | 07-11982 | 02/13/07 | 06/27/07 | 08/12/07 |
| 4. | SEM Realty Associates LLC | 07-11976 | 02/13/07 | 06/27/07 | 08/12/07 |
| 5. | 1111 Eleventh Avenue | 07-12799 | 02/28/07 | 06/27/07 | 08/27/07 |
| 6. | Dwek North Olden, LLC | 07-12800 | 02/28/07 | 06/27/07 | 08/27/07 |
| 7. | Dwek State College, LLC | 07-12802 | 02/28/07 | 06/27/07 | 08/27/07 |
| 8. | Dwek Trenton Gas, LLC | 07-12794 | 02/28/07 | 06/27/07 | 08/27/07 |
| 9. | Neptune Gas, LLC | 07-12796 | 02/28/07 | 06/27/07 | 08/27/07 |
| 10. | Route 33 Medical, LLC | 07-12798 | 02/28/07 | 06/27/07 | 08/27/07 |
| 11. | 1631 Highway 35 LLC | 07-16041 | 05/01/07 | 09/05/07 | 10/28/07 |
| 12. | 167 Monmouth Road LLC | 07-16045 | 05/01/07 | 09/05/07 | 10/28/07 |
| 13. | 2100 Highway 35, LLC | 07-16048 | 05/01/07 | 09/05/07 | 10/28/07 |
| 14. | 230 Broadway, LLC | 07-16049 | 05/01/07 | 09/05/07 | 10/28/07 |
| 15. | 264 Highway 35 LLC | 07-16052 | 05/01/07 | 09/05/07 | 10/28/07 |
| 16. | 374 Monmouth Road LLC | 07-16053 | 05/01/07 | 09/05/07 | 10/28/07 |
| 17. | 55 North Gilbert, LLC | 07-16054 | 05/01/07 | 09/05/07 | 10/28/07 |
| 18. | 601 Main Street LLC | 07-16055 | 05/01/07 | 09/05/07 | 10/28/07 |
| 19. | 6201 Route 9 LLC | 07-16057 | 05/01/07 | 09/05/07 | 10/28/07 |
| 20. | Aberdeen Gas, LLC | 07-16058 | 05/01/07 | 09/05/07 | 10/28/07 |
| 21. | Bath Avenue Holdings, LLC | 07-16060 | 05/01/07 | 09/05/07 | 10/28/07 |
| 22. | Belmar Gas, LLC | 07-16061 | 05/01/07 | 09/05/07 | 10/28/07 |
| 23. | Berkeley Heights Gas, LLC | 07-16062 | 05/01/07 | 09/05/07 | 10/28/07 |
| 24. | Brick Gas, LLC | 07-16064 | 05/01/07 | 09/05/07 | 10/28/07 |
| 25. | Dover Estates, LLC | 07-16065 | 05/01/07 | 09/05/07 | 10/28/07 |
| 26. | Dwek Gas, LLC | 07-16066 | 05/01/07 | 09/05/07 | 10/28/07 |
| 27. | Dwek Hopatchung, LLC | 07-16067 | 05/01/07 | 09/05/07 | 10/28/07 |
| 28. | Dwek Income, LLC | 07-16068 | 05/01/07 | 09/05/07 | 10/28/07 |

1

| | | | | |
|---|---|---|---|---|
| 29. | Dwek Ohio, LLC | 07-16069 | 05/01/07 | 09/05/07 | 10/28/07 |
| 30. | Dwek Pennsylvania, LP | 07-16071 | 05/01/07 | 09/05/07 | 10/28/07 |
| 31. | Dwek Wall, LLC | 07-16072 | 05/01/07 | 09/05/07 | 10/28/07 |
| 32. | Dwek Woodbridge, LLC | 07-16073 | 05/01/07 | 09/05/07 | 10/28/07 |
| 33. | Kadosh, LLC | 07-16074 | 05/01/07 | 09/05/07 | 10/28/07 |
| 34. | Lacey Land, LLC | 07-16075 | 05/01/07 | 09/05/07 | 10/28/07 |
| 35. | Monmouth Plaza, LLC | 07-16076 | 05/01/07 | 09/05/07 | 10/28/07 |
| 36. | P & Y Holdings, LLC | 07-16077 | 05/01/07 | 09/05/07 | 10/28/07 |
| 37. | Sugar Maple Estates, LLC | 07-16078 | 05/01/07 | 09/05/07 | 10/28/07 |
| 38. | West Bangs Avenue, LLC | 07-16079 | 05/01/07 | 09/05/07 | 10/28/07 |
| 39. | Beach Mart, LLC | 07-16104 | 05/02/07 | 09/05/07 | 10/29/07 |
| 40. | Seven Broad, LLC | 07-17124 | 05/22/07 | 09/05/07 | 11/18/07 |
| 41. | Dwek Apartments LLC | 07-18315 | 06/13/07 | 10/31/07 | 12/10/07 |
| 42. | Dwek Raleigh LLC | 07-18316 | 06/13/07 | 10/31/07 | 12/10/07 |
| 43. | Greenwood Plaza Acquisitions LLC | 07-18317 | 06/13/07 | 10/31/07 | 12/10/07 |
| 44. | Sinking Springs II, LLC | 07-18318 | 06/13/07 | 10/31/07 | 12/10/07 |
| 45. | Sinking Springs LP | 07-18320 | 06/13/07 | 10/31/07 | 12/10/07 |
| 46. | Neptune Medical, LLC | 07-18766 | 06/21/07 | 10/31/07 | 12/18/07 |
| 47. | Bridgeton Building, LLC | 07-19629 | 07/10/07 | 10/31/07 | 01/06/08 |
| 48. | Dwek Properties, LLC | 07-20939 | 08/01/07 | 12/19/07 | 01/28/08 |
| 49. | WLB Center, LLC | 07-21752 | 08/17/07 | 12/19/07 | 02/13/08 |
| 50. | Dwek Assets, LLC | 07-22036 | 08/24/07 | 12/19/07 | 02/20/08 |
| 51. | Dwek Branches, LLC | 07-22035 | 08/24/07 | 12/19/07 | 02/20/08 |
| 52. | Asbury Gas, LLC | 07-22632 | 09/04/07 | 01/02/08 | 03/02/08 |
| 53. | Jemar Enterprises, LLC | 07-22633 | 09/04/07 | 01/02/08 | 03/02/08 |
| 54. | Melville Dwek, LLC | 07-22634 | 09/04/07 | 01/02/08 | 03/02/08 |
| 55. | Newport WLB, LLC | 07-22635 | 09/04/07 | 01/02/08 | 03/02/08 |
| 56. | Red Bank Gas, LLC | 07-22636 | 09/04/07 | 01/02/08 | 03/02/08 |
| 57. | WLB Highway, LLC | 07-22638 | 09/04/07 | 01/02/08 | 03/02/08 |
| 58. | Belmont Properties LLC | 07-22898 | 09/10/07 | 01/09/08 | 03/08/08 |
| 59. | Tinton Falls Land, LLC | 07-23872 | 09/26/07 | 01/30/08 | 03/24/08 |
| 60. | Copper Gables, LLC | 07-24829 | 10/12/07 | 02/27/08 | 04/09/08 |

2

MEI 8088128v.1

| 61. | Dwek Homes, LLC | 07-24832 | 10/12/07 | 02/27/08 | 04/09/08 |
| 62. | Dwek Wall Gas, LLC | 07-24836 | 10/12/07 | 02/27/08 | 04/09/08 |
| 63. | Grant Avenue Estates, LLC | 07-24837 | 10/12/07 | 02/27/08 | 04/09/08 |
| 64. | Myrtle Avenue Land, LLC | 07-24835 | 10/12/07 | 02/27/08 | 04/09/08 |
| 65. | Neptune City Stores, LLC | 07-24839 | 10/12/07 | 02/27/08 | 04/09/08 |
| 66. | 170 Broad, LLC | 07-24922 | 10/15/07 | 02/27/08 | 04/12/08 |
| 67. | Dwek Land, LLC | 07-25349 | 10/22/07 | 02/27/08 | 04/19/08 |
| 68. | Dwek Motors, LLC | 07-25350 | 10/22/07 | 02/27/08 | 04/19/08 |
| 69. | Waretown Shops, LLC | 07-25668 | 10/26/07 | 02/27/08 | 04/23/08 |
| 70. | Monmouth Consulting Services, LLC | 07-25913 | 10/31/07 | 02/27/08 | 04/28/08 |
| 71. | Monmouth Road Brokers, LLC | 07-27357 | 11/26/07 | 03/19/08 | 05/24/08 |
| 72. | Winston Circle, LLC | 08-15790 | 04/01/08 | 09/17/08 | 09/28/08 |
| 73. | Deal Road Land Holdings, LLC | 08-26200 | 08/27/08 | 12/31/08 | 02/23/09 |
| 74. | Sinking Springs Outparcel, LP | 08-26159 | 08/27/08 | 12/31/08 | 02/23/09 |
| 75. | Corbett Holdings I, LLLC | 09-18421 | 04/03/09 | 08/05/09 | 09/30/09 |
| 76. | 1806 Holdings, LLC | 09-19901 | 04/21/09 | 08/19/09 | 10/18/09 |
| 77. | Corlies Avenue Land, LLC | 09-37142 | 10/13/09 | 02/10/10 | 04/11/10 |
| 78. | Little Silver Retail LLC | 09-40968 | 11/17/09 | 04/05/10 | 05/16/10 |
| 79. | Ocean Circle Holdings, LLC | 09-40969 | 11/17/09 | 04/05/10 | 05/16/10 |
| 80. | Little Silver Gas LLC | 09-40970 | 11/17/09 | 04/05/10 | 05/16/10 |
| 81. | 1400 Offices LLC | 09-40971 | 11/17/09 | 04/05/10 | 05/16/10 |

3

MEI 8088128v.1

# SCHEDULE 3.2

## PROPERTIES SUBJECT TO ORDERS VACATING THE AUTOMATIC STAY THROUGH 9/30/09

| # | Property Address | Debtor |
|---|---|---|
| 1 | 113 Sarah Court, Lakewood, NJ | Solomon Dwek |
| 2 | 131 Ridge Rd., Rumson, NJ | Dwek Homes, LLC |
| 3 | 1407 10th Ave., Neptune, NJ | Dwek Properties, LLC |
| 4 | 1461 Read Place, Lakewood, NJ | Solomon Dwek |
| 5 | 1660 N. Olden Avenue, Ewing, NJ | Dwek North Olden, LLC |
| 6 | 214-216 West Front St., Red Bank | Dwek Assets, LLC |
| 7 | 264 Hope Rd., Tinton Falls, NJ | Dwek Properties, LLC |
| 8 | 3397 Route 37, Dover, NJ | Dover Estates, LLC |
| 9 | 500 Roseld Ave., Deal, NJ | Solomon Dwek |
| 10 | 555 South Avenue, Tallmadge, Ohio | Dwek Ohio, LLC |
| 11 | 708 Highway 35, Neptune, NJ | Winston Circle, LLC |

## SCHEDULE 3.3

## LITIGATION CLAIMS*

| | ADVERSARY PROCEEDING | DATE COMPLAINT FILED | ADV. PROC. NO. |
|---|---|---|---|
| 1 | Hakim et al. v. Dwek et al. | 6/8/2007 | 07-01764 |
| 2 | Stanziale v. Technical Steel et al | 10/16/2007 | 07-02239 |
| 3 | Stanziale v. World Savings Bank, FSB | 11/13/2007 | 07-02467 |
| 4 | Stanziale v. Four Star Builders | 11/21/2007 | 07-02638 |
| 5 | Stanziale v. Four Star Builders | 11/21/2007 | 07-02639 |
| 6 | Stanziale v. Lambusta Electrical Company et al | 11/21/2007 | 07-02640 |
| 7 | Stanziale et al v. Lambusta Electrical et al | 11/21/2007 | 07-02643 |
| 8 | Stanziale et al v. Lertch et al. | 11/21/2007 | 07-02644 |
| 9 | Stanziale et al v. HSBC Bank et al | 12/10/2007 | 07-02766 |
| 10 | Stanziale v. Kantor | 12/21/2007 | 07-02803 |
| 11 | Stanziale v. Gindi | 12/21/2007 | 07-02804 |
| 12 | Stanziale v. Bergman et al | 12/21/2007 | 07-02805 |
| 13 | Stanziale v. Moses et al | 12/21/2007 | 07-02806 |
| 14 | Stanziale v. Zimmerman | 12/21/2007 | 07-02807 |
| 15 | Stanziale v. Dayon et al | 12/27/2007 | 07-02812 |
| 16 | Stanziale v. Alneil LIPP, LLC | 12/31/2007 | 07-02822 |
| 17 | Stanziale v. Mugrabi | 1/4/2008 | 08-01009 |
| 18 | Stanziale v. Sutton et al | 1/7/2008 | 08-01015 |
| 19 | Stanziale v. Shweky | 1/9/2008 | 08-01020 |
| 20 | Stanziale v. Harary | 1/9/2008 | 08-01024 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

### SCHEDULE 3.3

### LITIGATION CLAIMS*

| | | | |
|---|---|---|---|
| 21 | Stanziale v. Seruya | 1/9/2008 | 08-01025 |
| 22 | Stanziale v. Cohen et al | 1/11/2008 | 08-01026 |
| 23 | Stanziale v. Torah Academy of Monmouth County | 1/11/2008 | 08-01032 |
| 24 | Stanziale v. Tawil et al | 1/14/2008 | 08-01044 |
| 25 | Stanziale v. Ashkenazi et al | 1/15/2008 | 08-01046 |
| 26 | Stanziale v. Ashkenazi | 1/15/2008 | 08-01048 |
| 27 | Stanziale v. Shwecky | 1/17/2008 | 08-01060 |
| 28 | Stanziale v. Shwecky et al | 1/17/2008 | 08-01061 |
| 29 | Stanziale v. Safdieh et al | 1/18/2008 | 08-01067 |
| 30 | Stanziale v. Dayon et al | 1/18/2008 | 08-01071 |
| 31 | Stanziale v. Rothenburg | 1/18/2008 | 08-01072 |
| 32 | Stanziale v. Sam Salem & Son, LLC | 1/18/2008 | 08-01073 |
| 33 | Stanziale v. Massry et al | 1/23/2008 | 08-01079 |
| 34 | Stanziale v. Four Star Builders | 1/25/2008 | 08-01086 |
| 35 | Stanziale v. Four Star Builders | 1/25/2008 | 08-01087 |
| 36 | Stanziale v. Bob Nelson Plumbing & Heating, Inc. | 1/25/2008 | 08-01088 |
| 37 | Stanziale v. Laniado et al | 2/8/2008 | 08-01137 |
| 38 | Stanziale v. Nehmed et al | 2/8/2008 | 08-01138 |
| 39 | Stanziale v. Franco et al | 2/15/2008 | 08-01159 |
| 40 | Stanziale v. Missry et al | 2/25/2008 | 08-01179 |
| 41 | Stanziale et al v. Bear Stearns, Inc. et al | 3/3/2008 | 08-01201 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

## SCHEDULE 3.3

## LITIGATION CLAIMS*

| 42 | Stanziale v. Kenderian Zilinski Associates | 3/28/2008 | 08-01285 |
|----|---------------------------------------------|-----------|----------|
| 43 | Stanziale v. Grazi et al | 4/2/2008 | 08-01298 |
| 44 | Stanziale v. Shamosh et al | 4/2/2008 | 08-01300 |
| 45 | Stanziale v. Bob Nelson Plumbing & Heating, Inc. | 4/4/2008 | 08-01308 |
| 46 | Stanziale et al v. Aboud et al | 4/9/2008 | 08-01337 |
| 47 | Stanziale v. Four Star Builders | 4/11/2008 | 08-01415 |
| 48 | Stanziale v. Ben-Haim et al | 5/23/2008 | 08-01570 |
| 49 | Stanziale v. Franco et al | 5/29/2008 | 08-01586 |
| 50 | Stanziale v. Kassab | 6/19/2008 | 08-01657 |
| 51 | Stanziale v. Ohayon | 6/19/2008 | 08-01658 |
| 52 | Stanziale v. Four Star Builders et al | 6/27/2008 | 08-01687 |
| 53 | Stanziale v. Bob Nelson Plumbing & Heating, Inc. | 6/30/2008 | 08-01688 |
| 54 | Stanziale v. Bob Nelson Plumbing & Hearing, Inc. | 6/30/2008 | 08-01689 |
| 55 | Stanziale et al v. Wells Fargo Bank et al. | 8/15/2008 | 08-02123 |
| 56 | Stanziale v. Hamway | 8/18/2008 | 08-02125 |
| 57 | Stanziale et al v. Kohen et al | 9/11/2008 | 08-02205 |
| 58 | Stanziale v. Lertch Disposal Co., Inc. et al | 9/22/2008 | 08-02272 |
| 59 | Stanziale v. Schibell et al | 2/3/2009 | 09-01170 |
| 60 | Stanziale v. Kohen et al | 2/3/2009 | 09-01171 |
| 61 | Stanziale v. Chamah | 2/3/2009 | 09-01172 |
| 62 | Stanziale v. Rosenberg et al | 2/3/2009 | 09-01173 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

**SCHEDULE 3.3**

**LITIGATION CLAIMS***

| | | | |
|---|---|---|---|
| 63 | Stanziale v. Falack et al | 2/3/2009 | 09-01174 |
| 64 | Stanziale v. Haber | 2/3/2009 | 09-01175 |
| 65 | Stanziale v. Grazi | 2/3/2009 | 09-01176 |
| 66 | Stanziale v. Enchante et al | 2/3/2009 | 09-01177 |
| 67 | Stanziale v. Franco | 2/3/2009 | 09-01178 |
| 68 | Stanziale v. Missry | 2/3/2009 | 09-01179 |
| 69 | Stanziale v. Kesserman | 2/3/2009 | 09-01180 |
| 70 | Stanziale v. Missry et al | 2/3/2009 | 09-01181 |
| 71 | Stanziale v. Safdieh et al | 2/3/2009 | 09-01182 |
| 72 | Stanziale v. Tuvel | 2/3/2009 | 09-01183 |
| 73 | Stanziale v. Shrem | 2/3/2009 | 09-01186 |
| 74 | Stanziale v. Antebi | 2/3/2009 | 09-01187 |
| 75 | Stanziale v. Fallas et al | 2/3/2009 | 09-01188 |
| 76 | Stanziale v. Franco | 2/3/2009 | 09-01189 |
| 77 | Stanziale v. Cabasso | 2/3/2009 | 09-01190 |
| 78 | Stanziale v. Mishan et al | 2/3/2009 | 09-01191 |
| 79 | Stanziale v. Hakim | 2/3/2009 | 09-01192 |
| 80 | Stanziale v. Puth | 2/3/2009 | 09-01193 |
| 81 | Stanziale v. Dwek | 2/3/2009 | 09-01194 |
| 82 | Stanziale v. Brachfeld | 2/3/2009 | 09-01195 |
| 83 | Stanziale v. Haber | 2/3/2009 | 09-01196 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

## SCHEDULE 3.3

## LITIGATION CLAIMS*

| | | | |
|---|---|---|---|
| 84 | Stanziale v. Four Star Builders et al | 2/4/2009 | 09-01198 |
| 85 | Stanziale v. Still Water Asset Backed Fund, L.P. | 2/6/2009 | 09-01214 |
| 86 | Stanziale v. Rumson-Fair haven Bank & Trust et al | 2/6/2009 | 09-01216 |
| 87 | Stanziale v. Ocean Township, New Jersey | 2/6/2009 | 09-01217 |
| 88 | Stanziale v. Township of Toms River et al | 2/6/2009 | 09-01218 |
| 89 | Stanziale v. Deal Yeshiva Inc. et al | 2/8/2009 | 09-01225 |
| 90 | Stanziale v. Deal Synagogue | 2/8/2009 | 09-01226 |
| 91 | Stanziale v. Yeshiva of the Telse | 2/8/2009 | 09-01227 |
| 92 | Stanziale v. Yeshiva Mikdash Melech | 2/8/2009 | 09-01228 |
| 93 | Stanziale v. Amboy Bank et al. | 2/8/2009 | 09-01229 |
| 94 | Stanziale v. Haber et al | 2/9/2009 | 09-01232 |
| 95 | Stanziale v. Kantrowitz et al | 2/9/2009 | 09-01233 |
| 96 | Stanziale v. Seruya et al | 2/9/2009 | 09-01235 |
| 97 | Stanziale v. Sun National Bank et al | 2/9/2009 | 09-01237 |
| 98 | Stanziale v. Kohen et al | 2/9/2009 | 09-01238 |
| 99 | Stanziale v. Four Star Builders et al | 2/12/2009 | 09-01255 |
| 100 | Stanziale v. Levy | 2/12/2009 | 09-01256 |
| 101 | Stanziale v. Valley National Bank | 2/12/2009 | 09-01258 |
| 102 | Stanziale v. Columbia Bank et al | 2/12/2009 | 09-01259 |
| 103 | Stanziale v. Gilman et al | 2/12/2009 | 09-01260 |
| 104 | Stanziale v. Congregation Yeshivas Me'on Hatora | 2/12/2009 | 09-01261 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

## SCHEDULE 3.3

## LITIGATION CLAIMS*

| | | | |
|---|---|---|---|
| 105 | Stanziale v. American Friends of Yechave Daat | 2/12/2009 | 09-01262 |
| 106 | Stanziale v. Congregation Zichron Binyamin | 2/12/2009 | 09-01263 |
| 107 | Stanziale v. Ohel Simcha Congregation | 2/12/2009 | 09-01264 |
| 108 | Stanziale v. Shaare Tefila | 2/12/2009 | 09-01265 |
| 109 | Stanziale v. Rabbi Jacob Jospeh School | 2/12/2009 | 09-01266 |
| 110 | Stanziale v. Jewish Communal Fund | 2/12/2009 | 09-01267 |
| 111 | Stanziale v. Aterat Torah Center | 2/12/2009 | 09-01268 |
| 112 | Stanziale v. Yeshiva Shaare Torah | 2/12/2009 | 09-01270 |
| 113 | Stanziale v. Haber | 2/20/2009 | 09-01274 |
| 114 | Stanziale v. BRT Realty Trust et al | 2/22/2009 | 09-01297 |
| 115 | Stanziale v. JP Morgan Chase et al. | 2/24/2009 | 09-01309 |
| 116 | Mamiye v. Stanziale | 3/10/2009 | 09-01379 |
| 117 | Mamiye et al. v. Stanziale | 3/11/2009 | 09-01381 |
| 118 | Mamiye et al. v. Stanziale | 3/11/2009 | 09-01382 |
| 119 | Chappan et al. v. Stanziale | 3/17/2009 | 09-01403 |
| 120 | Chicago Title Ins. Co v. Dwek et al. | 3/19/2009 | 09-01425 |
| 121 | Bank of America as Trustee by and through ORIX v. Stanziale | 8/6/2009 | 09-02154 |
| 122 | Airport Equities, LLC v. 1806 Holdings LLC et al | 11/16/2009 | 09-02781 |
| 123 | Stanziale v. Nagar | 11/24/2009 | 09-02816 |
| 124 | Stanziale v. Gotham Loge, LLC et al. | 11/25/2009 | 09-02819 |

*Does not include any State Court Actions for eviction, rent collection, breach of contract or other claims

# EXHIBIT "A"

(The Plan is enclosed herewith separately)

# EXHIBIT "B"

(The Disclosure Statement Order)

# EXHIBIT "C"

(Liquidation Analysis)

Solomon Dwek et al.
Liquidation Analaysis
As of September 30,  2009

| | Orderly Liquidation (Bad Faith 100% Sub) |
|---|---:|
| Cash on Hand as of 9/30/09 | 26,207,375 |
| Cash held by Government | 487,900 |
| | - |
| Total (1) | 26,695,275 |
| | |
| Purchase price of Court Approved Properties for sale yet to close | 22,814,208 |
| Estimated FMV of Unsold Properties (2) | 12,134,654 |
| Accounts Receivable net of Doubtful Accounts | 353,523 |
| Estimated Litigation Recoveries (3) | 20,000,000 |
| 30 Broad Street Note (4) | 500,000 |
| Non-Debtor Partnership Interests (5) | 5,532,486 |
| Total Proceeds | 88,030,147 |
| | |
| **Secured Claims** | |
| Secured Bank Claims of Court Approved Properties for sale yet to close | 19,170,005 |
| Secured Bank Claims Unsold Properties (2) | 11,083,015 |
| Construction Liens (subject to avoidance) (6) | 100,000 |
| **Total Secured Claims** | 30,353,020 |
| | |
| **Administrative and Priority Claims** | |
| Professional Fees (Billed but unpaid as of 10/19/09) | 2,461,741 |
| Professional Fees estimated through confirmation (3/31/10) | 2,920,000 |
| Estimated Post Confirmation Professional Fees (7) | 2,500,000 |
| Fee Examiner Fees | 100,000 |
| Other Chapter 11 Administration Fees and UST Quarterly Fees (8) | 1,800,141 |
| Estimated Gap Claims | 9,223 |
| Priority Tax Claims  (9) | 4,895,415 |
| Joseph Dwek Claim | 1,473,350 |
| Administrative and Post Petition Expenses (estimated) | 150,000 |
| **Total Administrative and Priority Claims** | 16,309,870 |
| | |
| **Amount Available for Unsecured Creditors (10)** | **41,367,257** |
| | |
| Pre Petition Payables | 2,066,231 |
| Bank Unsecured and Deficiency Claims  (11) | 411,610 |
| HSBC Joey Settlement Claim | 14,000,000 |
| Hakim Settled Claim | 1,625,000 |
| PNC Unsecured Claim | 23,371,959 |
| Washington Mutual Unsecured/Deficiency Claims (12) | 5,805,353 |
| Yardville Unsecured Claim | 2,640,171 |
| Compass Bank Settlement | 1,250,000 |
| Amboy, Scharf & D&D Trust Claims (13) | 50,600,000 |
| Potential contingency and guarantee claims (14) | - |
| Ponzi Participant Claims  (principal only) (15) | 16,105,500 |
| Total Deficiency and Unsecured Claims | $    117,875,824 |

35%

12/2/2009

## CONSOLIDATED LIQUIDATION ANALYSIS ASSUMPTIONS

This Liquidation Analysis assumes Substantive Consolidation of the Jointly Administered Debtors and a Confirmation Date of March 31, 2010. Estimate of projected Allowed Claims was determined by comparison to Debtors' books and records, review of claims filed, discussion with the Trustee and his retained professionals and Solomon Dwek and making certain assumptions about the Court's ruling on the validity of certain claims. Nothing herein shall be deemed a waiver or consent by the Trustee as to the validity of any claims and these numbers are for Plan consideration purposes only. The analysis provided assumes the estates will be substantively consolidated.

(1) Available Cash includes some restricted money held by the Trustee as deposits on property sales and other required escrows.

(2) Estimated Secured Bank Claims and Unsecured Deficiency Bank Claims for remaining Unsold Properties have been determined on a property by property basis utilizing 50% of the average appraised values obtained by the Trustee more than one (1) year ago, less a three (3) percent realtor commission. After consulting with the Trustee's retained realtors and Dwek personally, and after careful consideration of the current market based on a drop off of sales in recent months, the Trustee believes that the ultimate equity to be realized from the remaining Unsold Properties will likely be approximately $1 million.

(3) The Trustee estimates that the Litigation Recovery may ultimately range between $15 million and $75 million.

(4) Solomon Dwek entered into a Pledge and Security Agreement, Profit Participation Agreement, and Promissory Note for $4.5 million with Gotham Loge, LLC and Gotham Realty Holdings, LLC on March 16, 2006. Gotham Realty must repay the principal of the Note to Dwek by April 1, 2016. Under the agreements, Dwek is entitled to a percentage share of Gotham Loge's profits from the ground lease on one of its properties in New York City. The Trustee has taken the position that Gotham has defaulted and has accelerated Gotham's obligations under the Note. Gotham has asserted several defenses including the loss of tenants. Gotham has asserted that the Note is uncollectible. This matter is currently in litigation.

(5) Represents the Trustee's estimate of Dwek's equity share in the Non-Debtor Partnerships (the "NDPs"). The Trustee is obtaining appraisals of the NDP properties. The Trustee has and will be filing actions to avoid the interests of the remaining member partnership interests in many of the NDPs based on, among other things, lack of consideration given for such partners' interests. The Trustee is in negotiations with the remaining members to sell the NDP properties and or the sale of Dwek's interest. Additionally, Dwek has and will file proceedings for some of the NDPs. The Trustee estimates that the ultimate value of the NDPs will be between $3 million and $8 million.

(6) To date, the Trustee has been successful in challenging and reclassifying most of the construction lien claims from secured to unsecured and in some cases has and will challenge the validity of such claim. The filed total aggregate secured construction lien claims approximated $3.2 million.

(7) Estimate assumes resolution of good faith Down Ponzi Investors cases as set forth in the Plan and settlement of the Trustee's claims against HSBC Bank.

(8) Estimated statutory fees based on disbursements.

(9) The Internal Revenue Service (the "IRS") is conducting an audit for the 2006 tax year. The estates may incur additional income tax obligations to both the IRS and State of New Jersey on approximately $25 million in additional income as a result of monies Dwek fraudulently obtained from PNC Bank. The Trustee believes that Dwek may have additional deductions and operational losses that will offset any federal tax liability. The number indicated includes for an obligation to the State of New Jersey for these additional funds, other priority tax claims and out of an abundance of caution $2 million to the IRS. The Trustee cautions that the final results of the audit are not yet known and could result in significant additional liabilities or reduce the estates liabilities, either of which could have a significant impact on the dividend to creditors. The amount scheduled on this analysis is comprised of $1,564,202.00 in filed priority tax claims, 2,325,000.00 in estimated obligations to the State of New Jersey as a result of the above, and $2,000,000.00 to the IRS.

(10) Total Unsecured Claims filed against all the Debtors aggregate approximately $2.7 billion. For a detailed analysis of claims to which the Trustee intends to object please review IV H of the Disclosure Statement.

(11) Does not include disputed $20 million unsecured claim held by HSBC Bank which is presently the subject of settlement discussions. The Trustee believes the entire $20 million unsecured claim will be waived or expunged.

(12) The Trustee has commenced litigation disputing a significant portion of the remainder of this claim and estimates the claim to be approximately $5.2 Million.

(13) The Trustee has commenced litigation against the Holders of these Claims requesting, among other relief, the expungement and/or subordination of these Claims.

(14) Represents contingent and guarantee claims filed by:

| | |
|---|---|
| Sun National Bank | $5,612,510 |
| Yardville | $   200,000 |
| Rachael Adjmi | $2,000,000 |
| Grand Pacific Finance Corp. | $3,709,794 |
| Dime | $1,704,211 |
| American Servicing Company | $1,082,650 |
| Flagstar Bank | $1,397,030 |
| WaMu | $7,570,455 |
| HSBC Bank | $20,000,000 |
| | $43,276,650 |

If these claims are allowed in full and all other assumptions remain constant, the dividend would be reduced from 35% to 25%.

In addition, Yardville National Bank filed a contingent guarantee claim against Solomon Dwek in the amount of $11,954,601.68 (the "Yardville Contingent Claim"). As a result of the sale of several properties relating to the Yardville Contingent Claim and the belief that most, if not all of the properties encumbered by the underlying Yardville obligations fully secure such obligations, the Trustee and Yardville have agreed for voting purposes and for a good faith estimation in this Liquidation Analysis that the Yardville Contingent Claim will be estimated at $200,000.00. This is without prejudice to Yardville to ultimately assert a greater claim if such properties did not sufficiently secure the underlying obligations.

The Trustee intends to object to these claims as some have been paid and/or have sufficient collateral to satisfy such claims.

(15) Represents the Allowed Unsecured Investor Claims. As stated in the Disclosure Statement the Trustee has proposed the Good Faith Investor Settlement subject to Court approval. The Trustee disputes a significant portion of the unpaid principal investment asserted by several Ponzi Investors as such claims fail to account for previously received fictitious profits. The total Ponzi Investor Claims filed for both unpaid principal and for unpaid profits promised by Dwek by all Investors approximates $92 million.

The Trustee disputes several Investor Claims based on, among other things, that some Investors were repaid their entire investment plus profits, and/or that such Investor was not a good faith transferee. Additional settlements and further orders of the Bankruptcy Court may provide for the allowance of additional Unsecured Investor Claims.

# EXHIBIT "D"

(Proposed Investor Settlement to be filed)