Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 07−11757−KCF
          Chapter: 11
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Solomon Dwek
  311 Crosby Avenue
  Deal, NJ 07723

Social Security No.:
  xxx−xx−5021

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on April 27, 2010.

  IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause entend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: April 28, 2010
JJW: srm

                                                                       James J. Waldron
                                                                       Clerk