UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Solomon Dwek**

Case No.:   07-11757 KCF

Hearing Date: June 7 at 2:00PM

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

Order Filed on 4/28/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER TO SHOW CAUSE

..........

**DATED: 4/28/2010**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: **Solomon Dwek**                     Case No.**07-11757**

  **IT IS HEREBY ORDERED** that the Debtor and /or Trustee **SHOW CAUSE** before this court on **June 7, 2010 at 2:00 pm** in Courtroom # 2 , Third Floor of the Clarkson S. Fisher United States Courthouse , Why they should not be ordered to disgorge expenses paid by the Trustee to the Debtor.

**ALL RESPONSES TO THE OSC MUST BE FILED BY JUNE 1, 2010**

*Approved by Judge Kathryn C. Ferguson  April  28, 2010*