Order Filed on
5/18/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEPHEN M. PACKMAN (SP1549)
REBECCA L. RAKOSKI (RR 5685)
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ  08033-0968
Tel: (856) 795-2121
Fax: (856) 795-0574
Attorneys for JPMorgan Chase N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receiver; EMC Mortgage Corporation and Dime Savings Bank

| | |
|---|---|
| In re:<br><br>SOLOMON DWEK, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No: 07-11757 (KCF)<br>(Jointly Administered) |

**CONSENT ORDER SUPPLEMENTING THE FINAL ORDER CONFIRMING THE SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED APRIL 27, 2010**

The relief set forth on the following pages numbered two (2) through  3   is hereby

**ORDERED**.
**DATED: 5/18/2010**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Solomon Dwek, et al.
Case No.: 07-11757 (KCF)
(Jointly Administered)
Consent Order Supplementing the Final Order Confirming the Second Amended Chapter 11 Plan of Liquidation Dated April 27, 2010
Page 2 of 3

WHEREAS, THIS MATTER having been brought before the Court by Stephen M. Packman, Esq., of Archer & Greiner, P.C., attorneys for JPMorgan Chase N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receiver ("JPMorgan"), EMC Mortgage Corporation ("EMC") and Dime Savings Bank ("Dime") (collectively the "Banks"); and,

IT APPEARING TO THE COURT that the Banks, Plan Trustee and Plan Oversight Committee have agreed to clarify the Final Order Confirming the Plan (the "Confirmation Order") in this case, at the request of the Banks, and pursuant to this supplemental Order; and,

IT APPEARING THAT the Bank, Plan Trustee and Plan Oversight Committee consent to the form, substance and entry of the within Order.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.      Notwithstanding anything set forth in the Confirmation Order, all of the Banks liens, claims, rights and remedies against and with respect to any of the assets of the various bankruptcy debtors that are transferred to the Liquidation Trust, and otherwise, are preserved and reserved without prejudice and The Liquidation Trustee's claims, causes of action, rights, remedies, and defenses on behalf of the Liquidation Trust as successor in interest to the consolidated estates of Solomon Dwek, are preserved and reserved without prejudice.

2.      Notwithstanding anything set forth in the Confirmation Order, all defenses, claims, rights and remedies of the Banks asserted in or otherwise relating to the Adversary Proceedings brought by the Trustee against the Banks are hereby reserved and shall not be deemed prejudiced in any way by entry of the Confirmation Order and The Liquidation Trustee's

*Approved by Judge Kathryn C. Ferguson  May  18, 2010*

Debtor: Solomon Dwek, et al.
Case No.: 07-11757 (KCF)
(Jointly Administered)
Consent Order Supplementing the Final Order Confirming the Second Amended Chapter 11 Plan of Liquidation Dated April 27, 2010
Page 3 of 3

claims, causes of action, rights, remedies, and defenses on behalf of the Liquidation Trust as successor in interest to the consolidated estates of Solomon Dwek, are preserved and reserved without prejudice.

3. Footnote 12 to the Second Amended Disclosure Statement and Footnote 3 to the Second Amended Plan are hereby incorporated into the Confirmation Order.

| | |
|---|---|
| **ARCHER & GREINER, P.C.** | **MCCARTER & ENGLISH** |
| BY: /s/ Stephen M. Packman | BY: /s/ Charles A. Stanziale |
| Stephen M. Packman | Charles A. Stanziale, Jr., |
| Archer & Greiner, P.C. | McCarter & English |
| *Attorneys for JPMorgan Chase N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receive;, EMC Mortgage Corporation and Dime Savings Bank* | *Liquidation Trustee and Counsel for Liquidation Trustee and Chapter 11 Trustee for the Estate of Solomon Dwek, et al.* |
| Dated: May 17, 2010 | Dated: May 17, 2010 |

**DUANE MORRIS, LLP**

BY: /s/ Joseph H. Lemkin
Joseph H. Lemkin, Esquire
Duane Morris, L.P.
*Attorneys for the Plan Oversight Committee*

Dated: May 17, 2010

5588710v1

*Approved by Judge Kathryn C. Ferguson  May  18, 2010*