| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>**McCARTER & ENGLISH, LLP**<br>Charles A. Stanziale, Jr.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Chapter 11 Trustee and Counsel*<br>*to the Chapter 11 Trustee* | |
| In Re:<br><br>SOLOMON DWEK, *et al.*<br><br>                Debtors. | Lead Case No.: 07-11757 (KCF)<br>(Jointly Administered)<br>Chapter 11<br><br>Judge: Kathryn C. Ferguson |

*Order Filed on 5/20/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

**FOURTH INTERIM ORDER ALLOWING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF McCARTER & ENGLISH, LLP, FOR SERVICES RENDERED FROM SEPTEMBER 1, 2009 THROUGH NOVEMBER 30, 2009 AS COUNSEL TO THE CHAPTER 11 TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 5/20/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

ME1 9498477v.1

**Page #:** 2
**Debtor:** Solomon Dwek, *et als.*
**Lead Case No.:** 07-11757 (KCF)
**Caption:** **Fourth Interim Order Allowing Compensation for services Rendered and Reimbursement of Expenses of McCarter & English LLP for Services Rendered from September 1, 2009 through November 30, 2009 as Counsel to the Chapter 11 Trustee**

---

This Matter, having been opened to the Court upon the application of McCarter & English LLP, attorneys for the Chapter 11 Trustee, seeking allowance of fee and expenses; and it further appearing that good and sufficient cause having been shown; it is

ORDERED that a fourth interim allowance is awarded to McCarter & English on account of its Application for compensation in the sum of **$1,694,118.25** and reimbursement of expenses in the sum of **$52,466.49**; and

ORDERED that payment to McCarter & English, LLP of one-half of the 20% holdback from the Monthly Fee Statements (total holdbacks - $338,823.65) in the amount of **$169,411.82** is hereby authorized.

ME1 9498477v.1

*Approved by Judge Kathryn C. Ferguson  May  20, 2010*