# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

WALTER J. GREENHALGH
DIRECT DIAL: 973.424.2010
PERSONAL FAX: 973.556.1573
*E-MAIL:* wjgreenhalgh@duanemorris.com

*www.duanemorris.com*

July 1, 2010

**VIA ECF**

The Honorable Kathryn C. Ferguson
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton NJ  08608

    Re:    **In re: Solomon Dwek**
            **Case No.: 07-11757**
            **Certification of the Trustee Charles A. Stanziale, Jr.**
            **In Support Of Request For An Order Modifying Order Confirming**
            **Second Amended Chapter 11 Plan of Liquidation**
            **Court Docket No.: 6526**
            **Filed June 25, 2010**

Dear Judge Ferguson:

      Enclosed herein please find a statement on behalf of the Oversight Committee regarding the above matter. Please be advised that in communications with Jeff Testa, the Trustee has agreed to extend the time within which the Oversight Committee ("OC") needs to file an objection to the request made noted above.

      The time within which the OC is required to object has been extended until July 12, 2010.

      Therefore, we respectfully request that the Court refrain from entering the proposed order until the issues relating to the Trustee's application are resolved with the OC or that an objection is filed on or before July 12, 2010. In the event that an objection is filed and in accordance with the Order confirming Second Amended Chapter 11 Plan of Liquidation

---

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    WALTER GREENHALGH, RESIDENT PARTNER
744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889    PHONE: 973.424.2000   FAX: 973.424.2001
DM3\1413341.1

The Honorable Kathryn C. Ferguson  
July 1, 2010  
Page 2

DuaneMorris

proposed by the Chapter 11 Trustee, entered on April 27, 2010, the Court shall schedule a hearing as soon as possible to consider the Trustee's request. (See Order of Confirmation entered on April 27, 2010 at page 13).

Respectfully yours,

/s/ Walter J. Greenhalgh  
Walter J. Greenhalgh

WJG:da  
Enclosures

Cc: Charles Stanziale, Esq. (via email)  
Jeffrey Testa, Esq. (via email)  
Brian Baker, Esq. (via email)  
Joseph H. Lemkin, Esq. (via email)

DM3\1413341.1

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**DUANE MORRIS LLP**<br>A Delaware Limited Liability Partnership<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889<br>Telephone: (973) 424-2000<br>Facsimile: (973) 424-2001<br>Walter J. Greenhalgh, Esq. (WJG-9614)<br>*Attorney for the Oversight Committee* | |
| In re:<br><br>**SOLOMON DWEK, et al.**<br><br>Debtor. | Chapter 11<br><br>Case No.: 07-11757 (KCF)<br><br>Judge: Kathryn C. Ferguson |

**EXTENSION OF TIME FOR OVERSIGHT COMMITTEE TO OBJECT TO TRUSTEE'S REQUEST FOR AN ORDER MODIFYING ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION RELATING TO REIMBURSEMENT OF EXPENSES TO SOLOMON DWEK**

**TO:** The Honorable Kathryn C. Ferguson

The undersigned, Walter J. Greenhalgh, a member of the firm of Duane Morris, LLP, respectfully represents to the Court as follows:

1. The firm of Duane Morris, LLP represents the Oversight Committee ("OC") which was duly appointed in accordance with the Liquidating Trust Agreement, approved by Order of this Court confirming the Second Amended Chapter 11 Plan of Liquidation proposed by the Chapter 11 Trustee, dated April 27, 2010 (the "Order of Confirmation").

2. The Order of Confirmation provides beginning at pages 12 through to page 13 in accordance with Article XIII, §12.4 of the Plan as modified to "cap" certain expenses that the Trustee/Liquidating Trustee may pay to Solomon Dwek ("Dwek") in rendering post-confirmation services.

H3319.1

3. The Order of Confirmation provides at page 13 if the Trustee / Liquidating Trustee requires to exceed the Quarterly Cap, then the Trustee/Liquidating Trustee must submit a proposed order to the Court approving such inquiries, on notice to counsel for the OC. The OC shall have seven (7) days to object to the requested increase.

4. The Trustee / Liquidating Trustee has requested an increase from the Quarterly Cap set at $90,000 to $160,000.

5. With the consent of the Liquidating Trustee, the Oversight Committee requests that the time within which to object be extended until July 12, 2010.

6. Therefore, it is respectively requested that the Court not enter the Proposed Order submitted with the Trustee's Application in Bankruptcy Docket No.: 6526, filed on June 25, 2010.

7. The undersigned wishes to advise the Court that the OC is waiting to receive information from the Trustee with regards to the request to increase the cap to $160,000.

                                                  **DUANE MORRIS LLP**
                                                  744 Broad Street, 12th Floor
                                                  Newark NJ 07102

Dated: July 1, 2010                      By:    */s/ Walter J. Greenhalgh*
                                                       Walter J. Greenhalgh
                                                       Attorney for Oversight Committee