Kevin J. Nash, Esq.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for Intervest National Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------------------x

In re:

SOLOMON DWEK,

Confirmed Debtor.

--------------------------------------------------------------------------x

Return Date:
July 19, 2010
10:00 A.M.

Chapter 11

Case No. 07-11757

## INTERVEST NATIONAL BANK'S LIMITED RESPONSE TO THE SECOND ONMIBUS OBJECTION RELATING TO ITS SECURED CLAIMS FILED AGAINST DWEK WOODBRIDGE, SOLOMON DWEK AND DEWK ASSETS LLC

**TO THE HONORABLE KATHRYN C. FERGUSEN,**
**UNITED STATES BANKRUPTCY JUDGE:**

Intervest National Bank ("Intervest"), as and for its limited response to that portion of the Second Omnibus Objection relating to Intervest's secured claims (collectively, the "Intervest Claims"), respectfully states and alleges that:

1.    While it is certainly understandable that the Trustee would like to expunge and eliminate duplicate claims for administrative purposes, Intervest is equally concerned that its surviving claims fully preserve all of Intervest's residual rights against

the Debtors' respective estates.   Intervest filed multiple claims against various entities because there were multiple obligors and guarantors of the underlying mortgage loans.

2.    It appears that all remaining claims are not being administered in connection with the confirmed Chapter 11 case of Solomon Dwek under numbers 113-1 and 394-1.   While Mr. Dwek was a guarantor of various mortgages, there is no explanation why the primary obligors are not likewise still held responsible for any claim not previously disposed of through Intervest's prior credit bids.

3.    Technically, the claims filed by Intervest are not duplicative, but simply filed for like amounts against multiple obligors.

4.    Intervest does not oppose limiting its claims so long as Intervest's rights in connection with residual mortgages are fully preserved on a post-confirmation basis.

WHEREFORE, Intervest respectfully prays for the relief consistent with the foregoing, and for such other relief as is just and proper.

Dated: New York, New York
       July 12, 2010

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Counsel for Intervest National Bank
1501 Broadway, 22nd Floor
New York, New York 10036
Telephone: (212) 221-5700

By:   /s/ Kevin J. Nash
      A Member of the Firm

TO:

McCarter & English, LLP
Attn: Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102