UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**7/21/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Solomon Dwek

Case No.: _____07-11757_____

Hearing Date: _____7/21/2010_____

Judge: _____Kathryn C. Ferguson_____

Chapter: _____11_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/21/2010**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Hochberg, Addeo & Polacco, LLC<br>Special Financial Consultants to the Chapter 11 Trustee | $ 66,870.00 | $ 428.45 |

*rev. 7/1/04 jml*

*Approved by Judge Kathryn C. Ferguson  July 21, 2010*