TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: 609-890-1500
Attorneys for Defendant, Joseph Kohen
BARRY W. FROST, ESQUIRE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

SOLOMON DWEK,

    Debtor(s).

Case No. 07-11757-KCF

Chapter 11

CHARLES A. STANZIALE, JR., Chapter 11 Trustee,

    Plaintiff(s),

vs.

JOSEPH KOHEN and JEROME SHAPIRO, ESQ.,

    Defendant(s).

Adv. No. 09-1171-KCF

**CERTIFICATION IN OPPOSITION TO MOTION TO EXPUNGE CLAIMS**
Returnable: August 30, 2010 at 10:00 a.m.

I, Lisa Kohen, hereby certify as follows:

1. I caused to be filed on behalf of Monmouth Realty Group a Proof of Claim in this proceeding for $4,700,000.00.

2. These funds were monies which were loaned by Joseph Kohen and other family members to Solomon Dwek and totaled more than the $4,700,000.00 that I filed a Proof of Claim to recover.

3. The Motion, without any Certifications or other sworn statements is contending that Solomon Dwek says that he does not owe this money.

4. This is categorically not true and these are funds which were advanced to him by myself and other family members.

5. The claim in the amount of $4,700,000.00 should be allowed as a general unsecured non-priority claim for monies which were loaned to Solomon Dwek for various purposes.

I hereby certify that the foregoing statements made by me are true and to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 8/13/10

Lisa Kohen