**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Walter J. Greenhalgh (WG-9614)
Tel.:  (973) 424-2000
Fax: (973) 424-2001
*Attorneys for the Oversight Committee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *In re:* | Case No.: 07-11757 (KCF) |
| | (Jointly Administered) |
| **SOLOMON DWEK** | |
| | Chapter 11 |
| **Confirmed Debtor.** | |

### NOTICE TO ALL PARTIES IN INTEREST AND CREDITORS FILED BY THE ATTORNEYS FOR THE OVERSIGHT COMMITTEE RELATING TO THE LIQUIDATING TRUSTEE POST CONFIRMATION REPORTS

**TO:    VARIOUS PARTIES IN INTEREST**

The undersigned, a member of the firm of Duane Morris, LLP, attorneys for the Oversight Committee ("OC") states as follows:

1.     On April 28, 2010 the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an Order confirming the Second Amended Chapter 11 Plan of Liquidation proposed by the Chapter 11 Trustee (the "Confirmation").

2.     In accordance with the Confirmation Order, the Court approved a Liquidation Trust Agreement (the "LTA").  Charles A. Stanziale, the Chapter 11 Trustee was appointed the Liquidating Trustee ("LT") in accordance with the Confirmation Order and the LTA.  In accordance with the LTA the LT is required to file a written accounting report with the Court and provide a copy to the OC.  The LT's accounting reports are to be filed every three months. Pursuant to an agreement reached between the LT and the OC, the LT has agreed to provide to

the OC a monthly report setting forth certain information relating to the LT's continued efforts to comply with the LTA and further to provide information relating to statement of assets and liabilities, statement of cash receipts and disbursements, summary of status of resolution of Claims and other information.  This monthly report is not filed with the Court.

3.      The OC, through its counsel, will provide an opportunity for Creditors and parties in interest to inspect the monthly report upon written request to the attorneys for the OC.

4.      If you would like to inspect the monthly report prepared by the LT you may do so by contacting the following attorney in writing and request an opportunity to inspect the report.

WALTER J. GREENHALGH, ESQ.<br>
DUANE MORRIS<br>
744 BROAD STREET<br>
NEWARK, NEW JERSEY 07102<br>
TELEPHONE (973) 424-2000

*/s/ Walter J. Greenhalgh*
Walter J. Greenhalgh, Esq.

Dated: September 28, 2010

DM3\1497648.1