# EXHIBIT

# "A"

## Solomon Dwek - Living Expenses

| Ledger Date | Ledger Amount | Ledger Name | Description |
|---|---|---|---|
| 9/17/2007 | $45,000.00 | SOLOMON DWEK | June - Aug, 2007 3 mos living expenses per Order dated 9/5/07 |
| 10/30/2007 | $37,989.00 | SOLOMON DWEK | Sept - Dec 7, 2007 Compensation allowed per Order dated 10/26/07 |
| 1/3/2008 | $25,600.00 | SOLOMON DWEK | Dec. & Jan. Allowance per Order |
| 2/5/2008 | $12,800.00 | SOLOMON DWEK | FEBRUARY 2008 ALLOWANCE |
| 3/3/2008 | $12,800.00 | SOLOMON DWEK | MARCH 2008 ALLOWANCE |
| 4/1/2008 | $12,800.00 | SOLOMON DWEK | APRIL 2008 ALLOWANCE |
| 5/1/2008 | $12,800.00 | SOLOMON DWEK | MAY 2008 ALLOWANCE |
| 6/3/2008 | $12,800.00 | SOLOMON DWEK | JUNE 2008 ALLOWANCE |
| 6/4/2008 | $8,320.86 | SOLOMON DWEK | MAY REIMBURSEMENT - BY WIRE |
| 7/1/2008 | $12,800.00 | SOLOMON DWEK | JULY, 2008 Allowance |
| 8/1/2008 | $12,800.00 | SOLOMON DWEK | AUGUST 2008 ALLOWANCE |
| 9/2/2008 | $12,500.00 | SOLOMON DWEK | SEPTEMBER 2008 ALLOWANCE |
| 9/2/2008 | $300.00 | SOLOMON DWEK | September 2008 ADJ D79 -TOTAL SHOULD BE $12,800 |
| 10/1/2008 | $12,800.00 | SOLOMON DWEK | OCTOBER 2008 Allowance |
| 11/3/2008 | $12,800.00 | SOLOMON DWEK | NOVEMBER 2008 ALLOWANCE |
| 12/1/2008 | $12,800.00 | SOLOMON DWEK | DECEMBER 2008 ALLOWANCE |
| 1/2/2009 | $12,800.00 | SOLOMON DWEK | JANUARY 2009 ALLOWANCE |
| 2/3/2009 | $12,800.00 | SOLOMON DWEK | FEBRUARY 2009 ALLOWANCE |
| 3/2/2009 | $12,800.00 | SOLOMON DWEK | MARCH 2009 ALLOWANCE |
| 4/1/2009 | $12,800.00 | SOLOMON DWEK | APRIL 2009 ALLOWANCE |
| 5/1/2009 | $12,800.00 | SOLOMON DWEK | MAY 2009 ALLOWANCE |
| 6/1/2009 | $12,800.00 | SOLOMON DWEK | JUNE 2009 ALLOWANCE |
| 7/1/2009 | $12,800.00 | SOLOMON DWEK | JULY, 2009 Allowance |
| 8/1/2009 | $12,800.00 | SOLOMON DWEK | AUGUST 2009 ALLOWANCE |
| 9/1/2009 | $12,800.00 | SOLOMON DWEK | SEPTEMBER 2009 ALLOWANCE |
| 10/1/2009 | $12,800.00 | SOLOMON DWEK | OCTOBER 2009 ALLOWANCE |
| 11/3/2009 | $12,800.00 | SOLOMON DWEK | NOVEMBER 2009 ALLOWANCE |
| 12/1/2009 | $12,800.00 | SOLOMON DWEK | DECEMBER 2009 ALLOWANCE |
| 1/4/2010 | $12,800.00 | SOLOMON DWEK | JANUARY 2010 ALLOWANCE |
| 2/1/2010 | $10,000.00 | SOLOMON DWEK | FEBRUARY 2010 ALLOWANCE |
| 3/1/2010 | $10,000.00 | SOLOMON DWEK | MARCH 2010 ALLOWANCE |
| 4/1/2010 | $10,000.00 | SOLOMON DWEK | APRIL 2010 ALLOWANCE |

**$454,109.86 Total Living Expenses - June, 2007 through April, 2010**

## Solomon Dwek - Expense Reimbursement

| Ledger Date | Ledger Amount | Ledger Name | Description |
|---|---|---|---|
| 12/4/2007 | $3,221.19 | SOLOMON DWEK | Reimbursement of Auto Expenses - 3 mos |
| 2/21/2008 | $2,331.45 | SOLOMON DWEK | March 2007 Expense Reimbursement |
| 2/21/2008 | $2,458.90 | SOLOMON DWEK | April 2007 Expense Reimbursement |
| 2/21/2008 | $2,535.68 | SOLOMON DWEK | MAY 2007 Expense Reimbursement |
| 2/21/2008 | $2,423.09 | SOLOMON DWEK | JUNE 2007 Expense Reimbursement |
| 2/21/2008 | $1,546.63 | SOLOMON DWEK | JULY 2007 Expense Reimbursement |
| 2/21/2008 | $1,442.14 | SOLOMON DWEK | AUG 2007 Expense Reimbursement |
| 2/21/2008 | $2,552.80 | SOLOMON DWEK | SEPT 2007 Expense Reimbursement |
| 2/21/2008 | $3,353.01 | SOLOMON DWEK | OCT 2007 Expense Reimbursement |
| 2/21/2008 | $3,405.09 | SOLOMON DWEK | NOV 2007 Expense Reimbursement |
| 2/21/2008 | $3,353.60 | SOLOMON DWEK | DEC 2007 Expense Reimbursement |
| 3/3/2008 | $4,604.04 | SOLOMON DWEK | JAN 2008 Expense Reimbursement |
| 3/17/2008 | $4,348.79 | SOLOMON DWEK | FEB 2008 Expense Reimbursement |
| 4/1/2008 | $7,264.40 | SOLOMON DWEK | MAR 2008 Expense Reimbursement |
| 5/5/2008 | $5,869.98 | SOLOMON DWEK | APRIL 2008 Expense Reimbursement |
| 6/4/2008 | $8,320.86 | SOLOMON DWEK | MAY 2008 Expense Reimbursement |
| 7/9/2008 | $6,996.49 | SOLOMON DWEK | JUNE 2008 Expense Reimbursement |
| 8/7/2008 | $11,567.50 | SOLOMON DWEK | JULY 2008 Expense Reimbursement |
| 9/8/2008 | $8,712.17 | SOLOMON DWEK | AUG 2008 Expense Reimbursement |
| 9/18/2008 | $28,864.63 | SOLOMON DWEK | SEP 2008 Estate State Expenses Paid by S. Dwek |
| 10/8/2008 | $11,255.74 | SOLOMON DWEK | SEP 2008 Expenses Paid on Properties |
| 11/11/2008 | $9,830.75 | SOLOMON DWEK | OCT 2008 Expense Reimbursement |
| 12/5/2008 | $13,434.88 | SOLOMON DWEK | NOV 2008 Expense Reimbursement |
| 1/8/2009 | $12,924.88 | SOLOMON DWEK | DEC 2008 Expense Reimbursement |
| 2/10/2009 | $25,196.76 | SOLOMON DWEK | JAN 2009 Expense Reimbursement |
| 3/5/2009 | $27,462.79 | SOLOMON DWEK | FEB 2009 Expense Reimbursement |
| 3/27/2009 | $46,411.21 | SOLOMON DWEK | MAR 2009 Expense Reimbursement |
| 5/4/2009 | $51,585.14 | SOLOMON DWEK | APRIL 2009 Expense Reimbursement |
| 6/10/2009 | $51,877.66 | SOLOMON DWEK | MAY 2009 Expense Reimbursement |
| 7/3/2009 | $13,713.41 | SOLOMON DWEK | JUNE 2009 Expense Reimbursement |
| 7/16/2009 | $26,584.75 | SOLOMON DWEK | JUNE 2009 Ex[emse Reimbursement |
| 7/21/2009 | $15,909.47 | SOLOMON DWEK | June-July Expense Reimbursement |
| 7/21/2009 | $23,432.01 | SOLOMON DWEK | June 2009 Expense Reimbursement - Const. Costs |
| 9/11/2009 | $49,583.21 | SOLOMON DWEK | JULY & AUGUST, 2009 Expense Reimbursement |
| 10/5/2009 | $26,041.83 | SOLOMON DWEK | SEPT 2009 Expense Reimbursement |
| 11/13/2009 | $2,749.47 | SOLOMON DWEK | NOV 1 - NOV 7 Expense Reimbursement |
| 11/13/2009 | $16,577.14 | SOLOMON DWEK | OCTOBER, 2009 Expense Reimbursement |
| 12/9/2009 | $9,363.56 | SOLOMON DWEK | NOV 8 - NOV 3 Expense Reimbursement |
| 12/9/2009 | $2,835.42 | SOLOMON DWEK | DEC 2009 Expense Reimbursement 1st week Dec |
| 1/12/2010 | $10,319.76 | SOLOMON DWEK | Dec 3-15 - Expense Reimbursement |
| 1/26/2010 | $10,459.60 | SOLOMON DWEK | DEC 15 - 25, 2009 Expense Reimbursement |
| 2/10/2010 | $11,603.48 | SOLOMON DWEK | DEC 26, 2009 - JAN 15, 2010 Expense Reimbursement |
| 2/10/2010 | $5,082.50 | SOLOMON DWEK | DEC 26, 2009 - Jan 15, 2010 - Expense Reimbursement |
| 2/17/2010 | $17,929.62 | SOLOMON DWEK | Auto Repair (Covered by Insurance) |
| 3/2/2010 | $11,889.44 | SOLOMON DWEK | JAN 2010 Expense Reimbursement |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 3/17/2010 | $5,692.12 | SOLOMON DWEK | FEB 2010 Expense Reimbursement |
| 3/15/2010 | $12,892.36 | SOLOMON DWEK | Auto Expense |
| 3/22/2010 | $9,988.97 | SOLOMON DWEK | FEB 2010 Additional Expenses |
| 4/9/2010 | $10,548.64 | SOLOMON DWEK | MAR 2010 Expense Reimbursement |
| 4/21/2010 | $11,979.00 | SOLOMON DWEK | MAR 2010 Additional Expense Reimbursement |
| 4/21/2010 | $9,857.29 | SOLOMON DWEK | APRIL 2010 Expense Reimbursement |
| | **$680,185.30** | **Total Expense Reimbursement** | |

## Solomon Dwek - Security Expenses

| Ledger Date | Ledger Amount | Ledger Name | Description |
|---|---|---|---|
| 9/17/2009 | $25,350.00 | SOLOMON DWEK | AUGUST SECURITY |
| 9/24/2009 | $25,683.24 | SOLOMON DWEK | SEPTEMBER SECURITY FOR WEEK ENDING 9/26/09 |
| 10/5/2009 | $20,537.20 | SOLOMON DWEK | SEPTEMBER SECURITY |
| 10/14/2009 | $20,537.20 | SOLOMON DWEK | OCTOBER SECURITY |
| 10/22/2009 | $20,537.20 | SOLOMON DWEK | OCTOBER SECURITY |
| 11/4/2009 | $20,537.20 | SOLOMON DWEK | OCTOBER SECURITY - BALANCE |
| 11/25/2009 | $20,537.20 | SOLOMON DWEK | NOVEMBER SECURITY |
| 12/9/2009 | $20,537.20 | SOLOMON DWEK | NOVEMBER SECURITY |
| 12/17/2009 | $20,537.20 | SOLOMON DWEK | DECEMBER SECURITY |
| 1/6/2010 | $20,537.20 | SOLOMON DWEK | DECEMBER SECURITY |
| 1/12/2010 | $4,066.28 | SOLOMON DWEK | DECEMBER BAL. SECURITY |
| 1/20/2010 | $20,537.20 | SOLOMON DWEK | JANUARY SECURITY |
| 2/5/2010 | $20,537.20 | SOLOMON DWEK | JANUARY SECURITY |
| 2/9/2010 | $9,037.34 | SOLOMON DWEK | FEBRUARY ADDITIONAL SECURITY |
| 2/25/2010 | $3,123.38 | SOLOMON DWEK | FEBRUARY ADDITIONAL SECURITY |
| 3/1/2010 | $20,537.20 | SOLOMON DWEK | MARCH SECURITY |
| 3/4/2010 | $5,359.55 | SOLOMON DWEK | FEBRUARY ADDITIONAL SECURITY |
| 3/4/2010 | $12,497.08 | SOLOMON DWEK | FEBRUARY ADDITIONAL SECURITY |
| 3/17/2010 | $8,737.83 | SOLOMON DWEK | FEBRUARY SECURITY BALANCE |
| 3/24/2010 | $3,221.21 | SOLOMON DWEK | MARCH ADDITIONAL SECURITY |
| 3/29/2010 | $19,549.92 | SOLOMON DWEK | APRIL ADDITIONAL SECURITY |
| 4/5/2010 | $20,537.20 | SOLOMON DWEK | APRIL SECURITY EXPENSES |
| 4/14/2010 | $20,537.20 | SOLOMON DWEK | APRIL SECURITY EXPENSES |
| 4/28/2010 | $20,537.20 | SOLOMON DWEK | APRIL SECURITY EXPENSES |
| | **$404,146.63** | **Total Security Expenses** | |

**$1,538,441.79 Grand Total**