00001     CHARLES STANZIALE, CHAPTER 11 TRUSTEE                Invoice  7666723

| Date | Description | Code | Matter | Hours | Amount |
|---|---|---|---|---|---|
| 03/08/10 | REVIEW AMENDED ANSWER TO COMPLAINT FILED BY KANTROWITZ DEFENDANTS. | (D30) | 02895/C-M | 0.40 | 144.00 |
| 03/08/10 | CONFER WITH COUNSEL FOR MORRIS LEVY RE: TRUSTEE'S DEPOSITION. | (D30) | 02895/C-M | 0.20 | 72.00 |
| 03/09/10 | ATTEND TO KANTROWITZ DISCOVERY PREP AND TRIAL MATTERS. | (D30) | 02895/C-M | 0.50 | 180.00 |
| 03/09/10 | ATTEND TO ISSUES WITH SPECTOR SUBPOENA, OTHER SUBPOENAS, AND OTHER DISCOVERY MATTERS. | (D30) | 02895/C-M | 0.80 | 288.00 |
| 03/09/10 | ATTEND TO GOTHAM ISSUES. | (D30) | 02895/C-M | 0.40 | 144.00 |
| 03/10/10 | REVIEW AND OUTLINE RESPONSE TO KANTROWITZ DEFENDANTS' MOTION TO DISMISS ON THE PLEADINGS. | (D30) | 02895/C-M | 2.10 | 756.00 |
| 03/10/10 | CONFER WITH ATTORNEY FOR KANTROWITZ ATTORNEYS AND INTERNALLY RE: RESPONSE TO MOTION TO DISMISS. | (D30) | 02895/C-M | 0.50 | 90.00 |
| 03/10/10 | CONFER WITH EDUARDO GLAS RE: OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 0.30 | 54.00 |
| 03/11/10 | RESEARCH AND PREPARE OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON PLEADINGS. | (D30) | 02895/C-M | 7.20 | 2,592.00 |
| 03/11/10 | COMMUNICATIONS WITH SHARI HARSTEIN RE: ANALYSIS OF LLCS. | (D30) | 02895/C-M | 0.20 | 72.00 |
| 03/12/10 | ATTEND TO ISSUES WITH EXTENSION OF RETURN DATE WITH MOTION FOR JUDGMENT ON PLEADINGS AND CONFER WITH COUNSEL FOR DEFENDANTS RE: SAME. | (D30) | 02895/C-M | 1.00 | 360.00 |
| 03/12/10 | PREPARE OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON PLEADINGS. | (D30) | 02895/C-M | 2.20 | 792.00 |
| 03/15/10 | PREPARE BRIEF IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS OF KANTROWITZ DEFENDANTS. | (D30) | 02895/C-M | 3.90 | 1,404.00 |
| 03/15/10 | CONFER WITH COUNSEL FOR KANTROWITZ DEFENDANTS RE: ADJOURNMENT OF MOTION RETURN DATES. | (D30) | 02895/C-M | 0.20 | 72.00 |
| 03/16/10 | ATTEND TO ISSUES WITH OPPOSITION TO KANTROWITZ DEFENDANTS. | (D30) | 02895/C-M | 1.00 | 360.00 |
| 03/16/10 | REVIEW AND CONSIDER RESPONSE TO SECOND SET OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS IN LEVY MATTER AND PREPARE FOR MEETING WITH SOLOMON DWEK RE: SAME. | (D30) | 02895/C-M | 0.90 | 324.00 |
| 03/16/10 | DRAFT OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON PLEADINGS. | (D30) | 02895/C-M | 3.10 | 1,116.00 |
| 03/17/10 | ANALYZE AND DRAFT OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS OF KANTROWITZ DEFENDANTS. | (D30) | 02895/C-M | 5.70 | 2,052.00 |
| 03/17/10 | CONFER WITH SOLOMON DWEK RE: LEVY'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS. | (D30) | 02895/C-M | 0.40 | 144.00 |
| 03/17/10 | CONFER WITH KANTROWITZ DEFENDANTS' COUNSEL RE: ADJOURNMENT OF MOTION | (D30) | 02895/C-M | 0.40 | 144.00 |

117415  DWEK, SOLOMON - CHARLES STANZIALE
        CHAPTER 11 TRUSTEE
00001   CHARLES STANZIALE, CHAPTER 11 TRUSTEE                Invoice  7666723

| Date | Description | Code | | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/10 | LEVY'S SECOND SET OF INTERROGATORIES. DRAFT BRIEF IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 3.60 | 1,296.00 |
| 03/26/10 | REVIEW WINICK REALTY PRODUCTION AND PREPARE FOR DAN SPECTOR DEPOSITION IN LEVY MATTER. | (D30) | 02895/C-M | 1.30 | 468.00 |
| 03/26/10 | CONFER WITH PARTNER AT GRANT THORNTON RE: INSOLVENCY ISSUES AND EXAMINE DOCUMENTS RELATING TO SAME. | (D30) | 02895/C-M | 0.80 | 288.00 |
| 03/26/10 | TELEPHONE CONFERENCE WITH SOLOMON DWEK TO REVIEW COMMISSIONS PAID TO BARRY KANTROWITZ. | (D30) | 02895/C-M | 1.20 | 432.00 |
| 03/26/10 | REVISE RESPONSES TO LEVY 2ND SET OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS AND SUBMIT TO MR. DWEK FOR REVIEW. | (D30) | 02895/C-M | 1.20 | 432.00 |
| 03/27/10 | LEGAL RESEARCH RELATING TO OPPOSITION TO DWEK'S MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 2.20 | 792.00 |
| 03/29/10 | TELEPHONE CONFERENCE WITH SOLOMON DWEK TO DISCUSS BARRY ASSOCIATES ARRANGEMENT. | (D30) | 02895/C-M | 0.30 | 108.00 |
| 03/29/10 | RESEARCH AND PREPARE BRIEF POINT ON EQUITABLE SUBORDINATION FOR OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 0.70 | 252.00 |
| 03/29/10 | REVISE SECOND AMENDED COMPLAINT FOR KANTROWITZ. | (D30) | 02895/C-M | 1.20 | 432.00 |
| 03/29/10 | CONSIDER AND RESEARCH ISSUES RELATED TO STATE REAL ESTATE STATUTE AND COMMISSION-SHARING PROVISION FOR OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 2.20 | 792.00 |
| 03/29/10 | DRAFT OPPOSITION TO KANTROWITZ MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 3.30 | 1,188.00 |
| 03/30/10 | REVISE KANTROWITZ SECOND AMENDED COMPLAINT. | (D30) | 02895/C-M | 0.30 | 108.00 |
| 03/30/10 | COMMUNICATIONS WITH S. DWEK RE: RESPONSES TO LEVY WRITTEN DISCOVERY | (D30) | 02895/C-M | 0.20 | 72.00 |
| 03/30/10 | DRAFT AND REVISE BRIEF IN SUPPORT OF OPPOSITION TO KANTROWITZ'S MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 6.50 | 2,340.00 |
| 03/30/10 | CONFER WITH DAN SPECTOR RE: ADJOURNMENT OF DEPOSITION AND KNOWLEDGE; CONFER WITH LEVY'S ATTORNEYS RE: SAME. | (D30) | 02895/C-M | 0.40 | 144.00 |
| 03/30/10 | COMMUNICATE WITH LEVY'S ATTORNEYS RE: REVIEW OF EMAIL DATABASE. | (D30) | 02895/C-M | 0.20 | 72.00 |
| 03/31/10 | DRAFT AND REVISE SECOND AMENDED COMPLAINT AND OPPOSITION TO KANTROWITZ DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS. | (D30) | 02895/C-M | 12.10 | 4,356.00 |
| 03/31/10 | CONFER WITH MATT WAPNER AND | (D30) | 02895/C-M | 0.30 | 54.00 |

Case 07-11757-KCF    Doc 6870-17    Filed 10/04/10    Entered 10/04/10 18:11:31    Desc
Exhibit EX C.9    Page 3 of 8

117415    DWEK, SOLOMON - CHARLES STANZIALE                                   Page 60
         CHAPTER 11 TRUSTEE
00001    CHARLES STANZIALE, CHAPTER 11 TRUSTEE              Invoice 7666723

|  |  |  |  |  |
|---|---|---|---|---|
|  | FILED WITH JUDGMENT UNIT. | | | |
|  | TOTAL FOR | 04593/T-V | 7.00 | 1,645.00 |
| 03/01/10 | CONFERRING WITH J. TESTA AND S. DWEK REGARDING BELMONT AVENUE. | (D30) 04637/M-U | 0.20 | 30.50 |
| 03/01/10 | PREPARING PLEADINGS AND EXHIBITS FOR SUBMISSION TO JUDGE ESCANDON REGARDING BELMONT AVENUE. | (D30) 04637/M-U | 0.40 | 122.00 |
| 03/01/10 | CONFERRING WITH JUDGE ESCANDON'S CHAMBERS REGARDING REPLY SUBMISSION. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/01/10 | PREPARING E-MAIL TO S. DWEK REGARDING BELMONT AVENUE PROPERTY. | (D30) 04637/M-U | 0.20 | 61.00 |
| 03/01/10 | COMMUNICATING WITH M. BENEDETTO AND J. KLEIN REGARDING BELMONT AVENUE. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/01/10 | REVIEWING INTERROGATORIES SERVED BY AIRPORT EQUITIES IN ADVERSARY ACTION. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/01/10 | REVIEWING COURT RULES REGARDING DEADLINE TO RESPOND TO INTERROGATORIES. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/01/10 | CONFERRING WITH A. GREEN REGARDING DOCUMENTS REGARDING BELMONT AVENUE PROPERTY. | (D30) 04637/M-U | 0.30 | 45.75 |
| 03/01/10 | REVIEWING DOCUMENTS REGARDING BELMONT AVENUE PROPERTY. | (D30) 04637/M-U | 0.90 | 274.50 |
| 03/01/10 | CONFERRING WITH J. TESTA AND B. BAKER REGARDING BELMONT AVENUE LITIGATION. | (D30) 04637/M-U | 0.20 | 30.50 |
| 03/02/10 | REVISING REPY LETTER REGARDING BELMONT AVENUE LITIGATION. | (D30) 04637/M-U | 0.30 | 91.50 |
| 03/02/10 | MEETING WITH W. MCCARTER, B. BAKER AND MORTGAGE HOLDERS OF PROPERTY REGARDING AIRPORT EQUITIES LITIGATION. | (D30) 04637/M-U | 0.90 | 137.25 |
| 03/02/10 | PREPARING REPLY LETTER TO COURT REGARDING BELMONT AVENUE DEPOSIT. | (D30) 04637/M-U | 1.50 | 457.50 |
| 03/03/10 | CIRCULATING 10 NEPTUNE 9019 MOTION. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/04/10 | COMMUNICATING WITH W. MCCARTER REGARDING EXTENSION OF DISCOVERY DEADLINES. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/05/10 | CONFERRING WITH B. BAKER REGARDING DISCOVERY TO PROPOUND ON AIRPORT EQUITIES. | (D30) 04637/M-U | 0.20 | 30.50 |
| 03/05/10 | CONSIDERATION OF ISSUES REGARDING INTERROGATORIES AND DOCUMENT DEMANDS TO SERVICE ON AIRPORT EQUITIES. | (D30) 04637/M-U | 0.10 | 30.50 |
| 03/07/10 | COMMUNICATING WITH B. BAKER REGARDING DISCOVERY RE: AIRPORT EQUITIES CASE. | (D30) 04637/M-U | 0.10 | 15.25 |
| 03/08/10 | COMMUNICATING WITH J. TESTA REGARDING 10 NEPTUNE MOTION. | (D30) 04637/M-U | 0.10 | 15.25 |
| 03/08/10 | ATTENDING TO FILING 10 NEPTUNE 9019 MOTIONS IN LEAD CASE AND 2 ADVERSARY CASES. | (D30) 04637/M-U | 0.50 | 152.50 |

11748                DWEK, SOLOMON - CHARLES STANZIALE,
                     CHAPTER 11 TRUSTEE
00001                CHARLES STANZIALE, CHAPTER 11 TRUSTEE                        Invoice 7666723

| Date | Description | | | Hours | Amount |
|---|---|---|---|---|---|
| | BANK. | | | | |
| 03/08/10 | ATTEND TO SUN NATIONAL BANK LITIGATION-BEGIN WORK ON RESPONDING TO SUN DISCOVERY DEMANDS; REVIEW OF SUN REPLY BRIEF IN DISTRICT COURT APPEAL; REVIEW OF DISCOVERY DEMANDS SENT BY HOLMES AND RESCINIO. | (D30) | 04904/J-S | 3.10 | 806.00 |
| 03/09/10 | DRAFT SCHEDULING ORDER IN NAGAR ADVERSARY PROCEEDING; SEND SAME TO ADVERSARY FOR REVIEW. | (D30) | 04904/J-S | 0.30 | 78.00 |
| 03/10/10 | ATTEND TO REVIEW OF BACK UP DOCUMENTATION FOR POTENTIAL LITIGATION AGAINST RONIT NAHUM. | (D30) | 04904/J-S | 0.30 | 78.00 |
| 03/11/10 | ATTEND TO FINALIZING NAGAR SCHEDULING ORDER AND SENDING SAME TO THE COURT. | (D30) | 04904/J-S | 0.20 | 52.00 |
| 03/15/10 | PRIVILEGE REVIEW OF SOLOMON DWEK'S EMAILS. | (D30) | 04904/J-S | 2.30 | 598.00 |
| 03/16/10 | ATTEND TO STATUS AND SETTLEMENT ISSUES FOR A NUMBER OF ADVERSARY PROCEEDINGS. | (D30) | 04904/J-S | 0.40 | 104.00 |
| 03/17/10 | PRIVILEGE REVIEW OF DWEK EMAILS. | (D30) | 04904/J-S | 0.20 | 52.00 |
| 03/22/10 | DRAFT NOTICE OF SETTLEMENTS IN TWO ADVERSARY PROCEEDINGS. | (D30) | 04904/J-S | 0.50 | 130.00 |
| 03/23/10 | PREPARE NOTICE OF DISMISSAL FOR JEWISH COMMUNAL FUND. | (D30) | 04904/J-S | 0.20 | 52.00 |
| 03/24/10 | ATTEND TO ISSUES REGARDING MOVING FORWARD WITH DWEK PRIVILEGE REVIEW. | (D30) | 04904/J-S | 0.20 | 52.00 |
| 03/24/10 | REVIEW OF FINANCIAL DOCUMENTATION FOR LOANS TO PREPARE TO RESPOND TO DISCOVERY REQUESTS; REVIEW OF FINANCIAL DOCUMENTATION ON NEW LOANS IN CONSIDERATION OF AMENDING COMPLAINT. | (D30) | 04904/J-S | 2.20 | 572.00 |
| 03/24/10 | PREPARE AND SEND NAHUM RELATED FINANCIAL DOCUMENTS TO JUSTIN WALDER. | (D30) | 04904/J-S | 0.10 | 26.00 |
| | TOTAL FOR | | 04904/J-S | 14.90 | 3,874.00 |
| 03/02/10 | REVIEW SOLOMON DWEK'S PLEA HEARING BEFORE JUDGE LINARES AS PONZI SUPPORT. | (D30) | 04927/CAS | 0.50 | 262.50 |
| 03/02/10 | REVIEW OF FILED AMBOY SETTLEMENT FILED WITH THE COURT AND DISCUSS TERMS AND APPROVAL TO COURT. | (D30) | 04927/CAS | 1.50 | 787.50 |
| 03/05/10 | REVIEW INTERROGATORIES AND DOCUMENT REQUEST; CONFER WITH S. BECKELMAN AND DWEK. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/06/10 | READ BRIEF IN OPPOSITION TO KANTROWITZ MOTION TO DISMISS CHAPTER 11 FILING; CONFER WITH ATTORNEYS FOR HEARING PREPARATION. | (D30) | 04927/CAS | 2.50 | 1,312.50 |
| 03/08/10 | SETTLEMENT MEMO FROM T. MOSKOWITZ REGARDING MAMIYE PROPERTIES AND RECEIPT OF $852,500 FOR ESTATE - CONFER | (D30) | 04927/CAS | 1.20 | 315.00 |

| Date | Description | Code | Matter | Hours | Amount |
|---|---|---|---|---|---|
| | WITH MOSKOWITZ REGARDING LEGAL ISSUES AND ORDER. | | | | |
| 03/08/10 | LETTER FROM JOEL COOPER CHALLENGING TURNOVER AND RAISING LEGAL ISSUE THAT CAN NOT TURN OVER. | (D30) | 04927/CAS | 0.50 | 262.50 |
| 03/09/10 | MEETING WITH PENNY TAYLOR AND D. CRECCA RELATIVE TO REQUEST FOR ADJOURNMENT FOR HEALTH REASONS OF TRIAL. STRATEGY TO DEMAND INFORMATION FOR ADJOURNMENT; CALL S. DWEK FOR INPUT. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/11/10 | CONFER WITH B. BAKER ON PRE-TRIAL CONFERENCES FOR 3/15. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/15/10 | CONFER WITH C. BARBA AND B. BAKER ON STATUS CONFERENCE WITH JUDGE ON INVESTOR CASES - READ LETTER TO JUDGE ON PRE-TRIALS. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/15/10 | REVIEW REPORT OF DUANE MORRIS ON CERTIFICATE OF ACTION V. AGZA SUGGESTIONS MADE. | (D30) | 04927/CAS | 1.00 | 525.00 |
| 03/15/10 | READ INTERROGATORIES ON MORRIS LEVY MATTER. (FIRST AND SECOND SET) | (D30) | 04927/CAS | 1.50 | 787.50 |
| 03/16/10 | MEETING TO AMEND COMPLAINTS TO ADD INFORMATION NOT PREVIOUSLY STATED WITH KANTROWITZ; SERUYA | (D30) | 04927/CAS | 1.20 | 630.00 |
| 03/17/10 | MEETING IN DELAWARE OFFICE WITH TAYLOR AND MAYER. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/18/10 | CALL REGARDING STANZIALE V. OCEAN TOWNSHIP. | (D30) | 04927/CAS | 0.50 | 262.50 |
| 03/23/10 | CONFER WITH ATTORNEY PAUL DEFILIPPO RE OFFER CLIENT UP PROFIT. | (D30) | 04927/CAS | 0.50 | 262.50 |
| 03/23/10 | CONFER WITH JOE HAYDEN REGARDING ANSELL, ZARO ISSUES AND SETTLEMENT. | (D30) | 04927/CAS | 0.50 | 262.50 |
| 03/24/10 | READ REPORT OF EXPERT LEE ERICKSON ON PONZI PROOFS. | (D30) | 04927/CAS | 2.00 | 1,050.00 |
| 03/26/10 | CONFER WITH B. BAKER AND CALL FROM ATTORNEY ARON REGARDING LONG BRANCH ELECTION AND NEWSPAPER ALLEGATION REGARDING PAYOFF OF COUNSEL PERSON. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/29/10 | CONFER WITH B. BAKER AND J. TESTA ON 1806 SETTLEMENT; DISCUSS TERMS AND LITIGATION. | (D30) | 04927/CAS | 1.00 | 262.50 |
| 03/30/10 | REVIEW STATUS OF CASES AND DISCOVERY ON INVESTOR CASES WITH P. TAYLOR, E. GLAS AND J. TESTA. | (D30) | 04927/CAS | 1.00 | 525.00 |
| 03/30/10 | CONFERENCE CALL WITH W. GREENHALGH COUNSEL TO THE CREDITORS COMMITTEE TO DISCUSS LEGAL ISSUES TO BE RAISED AT ANSELL CONFERENCE AND MEETING SET UP. | (D30) | 04927/CAS | 0.50 | 262.50 |
| | TOTAL FOR | | 04927/CAS | 21.90 | 9,345.00 |

117415  DWEK, SOLOMON - CHARLES STANZIALE,
        CHAPTER 11 TRUSTEE
00001   CHARLES STANZIALE, CHAPTER 11 TRUSTEE                    Invoice  7666723

| Date | Description | Code | Matter/Atty | Hours | Amount |
|---|---|---|---|---|---|
| 03/01/10 | REVIEW OF EMAIL FROM J. CARRIERO REGARDING SOUTH CAROLINA CLOSING STATUS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM B. BAKER CONCERNING BALLOTS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM M. UNTAWALE CONCERNING BELMONT PROPERTIES, OPERATING AGREEMENT REVIEW AND RELATED LEGAL ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF FRE 408 EMAIL TO P. SLOANE AND K. GILMAN CONCERNING FRANCO/HSBC SETTLEMENTS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM M. BENEDETTO REGARDING 182 BELMONT AVE., LONG BRANCH, NJ ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAILS (X2) FROM S. BECKELMAN CONCERNING STATUS OF FRANCO LITIGATION. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/01/10 | REVIEW STAFFORD SMITH FEE ISSUE. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM S. VAJTAY REGARDING PEARL DWEK 311 CROSBY AVE., DEAL, NJ PROPERTY ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL CONCERNING SUN BANK, TODD HOLMES AND AL RESCINIO LEGAL ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM A. FACCONE REGARDING FBI DOCUMENTS AND RELATED DISCOVERY ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL TO S. WIGGINS AND G. INCARDONE, COMMITTEE COUNSEL, CONCERNING ELECTRONIC DISCOVERY REVIEW AND PENDING LITIGATION. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF FRE 408 EMAIL FROM K. YUDELL CONCERNING 10 NEPTUNE SETTLEMENT DOCUMENTS AND RELATED MATTERS. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/01/10 | REVIEW OF EMAIL TO A. ADJMI REGARDING 54 BROAD LEGAL ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL CONCERNING OPERATING AGREEMENT FOR OCEAN CIRCLE HOLDINGS, LLC. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM A. ADJMI REGARDING 54 BROAD PARTNERSHIP ISSUE. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAILS (X2) FROM M. UNTAWALE REGARDING 182 BELMONT AVE., LONG BRANCH, NJ PROPERTY SALE ISSUES. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/01/10 | REVIEW OF EMAIL FROM M. UNTAWALE REGARDING 10 NEPTUNE, DRAFT MOTION AND RELATED LEGAL ISSUES. | (D30) | 04928/JTT | 0.30 | 127.50 |
| 03/01/10 | REVIEW OF EMAIL FROM M. BENEDETTO CONCERNING NEPTUNE LIQUORS, LLC AND LITTLE SILVER RETAIL LLC LEGAL MATTERS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/01/10 | REVIEW OF EMAIL FROM P. SLOAN CONCERNING PROPOSAL FOR MODIFIED RELEASES RE HSBC LITIGATION. | (D30) | 04928/JTT | 0.10 | 42.50 |

11741 5  DWEK, SOLOMON — CHARLES STANZIALE,
         CHAPTER 11 TRUSTEE
00001    CHARLES STANZIALE, CHAPTER 11 TRUSTEE                        Invoice  7666723

| Date | Description | Code | Matter/Atty | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/10 | REVIEW OF EMAILS (X2) TO AND FROM DEBTOR CONCERNING PREPARATION FOR MEETING WITH HOLMES AND RESCINO. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X3) TO AND FROM W. GREENHALGH, COMMITTEE COUNSEL, REGARDING DRAFT COMPLAINT AGAINST PEARL DWEK. | (D30) | 04928/JTT | 0.30 | 127.50 |
| 03/03/10 | REVIEW OF EMAIL FROM C. BEIRNE REGARDING GREENWOOD, SC, AND FLORIDA PROPERTIES LEGAL ISSUES RE CLOSINGS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM P. SLOANE COUNSEL FOR HSBC REGARDING LOAN ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM L. RESTIVO REGARDING 481 ADAMSTON ROAD, BRICK, NJ PROPERTY. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM S. VAJTAY REGARDING PEARL DWEK 311 CROSBY AVE DEAL NJ SETTLEMENT ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM DEBTOR REGARDING FRANCO LITIGATION. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM DEBTOR CONCERNING CORLIES AVE LAND LLC SALE ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF TRANSCRIPT OF PROCEEDINGS BEFORE JUDGE LINARES. | (D30) | 04928/JTT | 0.80 | 340.00 |
| 03/03/10 | REVIEW OF EMAIL TO W. GREENHALGH, COMMITTEE COUNSEL, CONCERNING DRAFT PEARL DWEK COMPLAINT. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) TO AND FROM A. STEINBERG CONCERNING STATUS OF IKE FRANCO SETTLEMENT. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM B. BAKER REGARDING WINSTON CIRCLE ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM R. SMITH REGARDING 1806 HOLDINGS LLC 1806 HWY 35, OCEAN, NJ OFFER. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM K. YUDELL CONCERNING DRAFT 9019 MOTION FOR 10 NETPTUNE RESOLUTION. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/03/10 | REVIEW OF EMAIL FROM W. GREENHALGH, COMMITTEE COUNSEL, REGARDING EXECUTED TOLLING EXTENSION LETTER. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) FROM M. UNTAWALE CONCERNING 10 NEPTUNE DRAFT SETTLEMENT MOTION. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) FROM B. BAKER CONCERNING SILVERBERG MEETING CONCERNING 1806 MANAGEMENT ISSUES RE SETTLEMENT NEGOTIATIONS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM L. RESTIVO REGARDING 1461 REED PROPERTY ISSUES EFFECTING SALES. | (D30) | 04928/JTT | 0.10 | 42.50 |

1174 ps Case 07-11757-KCF Doc 6870-17s Filed 10/04/10 Entered 10/04/10 18:17:031 Desc
DWEK, SOLOMON - CHARLES STANZIALE, Exhibit Ex C.9 Page 8 of 8
CHAPTER 11 TRUSTEE

00001    CHARLES STANZIALE, CHAPTER 11 TRUSTEE              Invoice 7666723

| Date | Description | Code | Matter | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/10 | REVIEW OF EMAIL FROM S. WIGGINS, COMMITTEE COUNSEL, ATTACHING EXECUTED TOLLING EXTENSION LETTER AND INITIAL REVIEW OF SAME. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM DEBTOR REGARDING STATUS OF HIS DEPOSITION IN THE SERUYA CASE. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM E. GLAS CONCERNING KOHEN TRIAL ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM B. BAKER REGARDING FRANCO RELEASE ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) FROM L. RESTIVO REGARDING PLAN MATERIALS REVIEW. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/03/10 | REVIEW OF EMAIL FROM E. GLAS ATTACHING INVESTOR CASES CHART AND INITIAL REVIEW OF SAME. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM B. BAKER CONCERNING 1806 HOLDINGS LLC 1806 HWY 35, OCEAN, NJ OFFER. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM P. SLOANE REGARDING HSBC SETTLEMENT, FRANCO RELEASE AND RELATED MATTERS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM J. SKOFF REGARDING NAHUM COMPLAINT. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM C. BARBA ATTACHING CORRESPONDENCE TO OVED & OVED AND INITIAL REVIEW OF SAME. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM DEBTOR CONCERNING PNC BANK DOCUMENTS. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X6) REGARDING MOTION TO APPROVE FRANCO SETTLEMENT. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM H. TAYLOR CONCERNING ADJMI ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM TRUSTEE CONCERNING CLOSINGS FOR SEVERAL PROPERTIES AND RELATED ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) TO AND FROM J. AUGUST CONCERNING STATUS OF LNR SC CLOSING ISSUES. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/03/10 | REVIEW OF EMAIL (X3) FROM J. POSTA REGARDING 10 NEPTUNE SETTLEMENT AGREEMENT. | (D30) | 04928/JTT | 0.30 | 127.50 |
| 03/03/10 | REVIEW OF EMAIL FROM J. MANDIA CONCERNING EAGLE SOUTH. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAILS (X2) FROM K. GILMAN CONCERNING IKE FRANCO LITIGATION ISSUES. | (D30) | 04928/JTT | 0.20 | 85.00 |
| 03/03/10 | REVIEW OF EMAIL FROM R. JACKSON CONCERNING CORLIES AVE LAND LLC SALE ISSUES. | (D30) | 04928/JTT | 0.10 | 42.50 |
| 03/03/10 | REVIEW OF EMAIL FROM S. VAJTAY REGARDING DEAL YESHIVA, CHARITY ISSUES AND RELATED LEGAL MATTERS. | (D30) | 04928/JTT | 0.10 | 42.50 |