11747-3  DWEK, SOLOMON - CHARLES STANZIALE
CHAPTER 11 TRUSTEE

00001    CHARLES STANZIALE, CHAPTER 11 TRUSTEE          Invoice  7674519

| Date | Description | | | Hours | Amount |
|------|-------------|---|---|-------|--------|
| 04/21/10 | EMAILS (X2) TO AND FROM L. RESTIVO REGARDING 1800 ROUTE 33 HAMILTON LEASES. | (D51 ) | 04929/BLB | 0.20 | 85.00 |
| 04/21/10 | REVIEW OF EMAIL TO F. KIRK CONCERNING 177 MONMOUTH ROAD, OAKHURST, NJ MORTGAGE ISSUES, CREDIT BID AND RELATED ISSUES. | (D51 ) | 04929/BLB | 0.10 | 42.50 |
| 04/21/10 | EMAIL TO P. BASS AND M. GILMAN ATTACHING SETTLEMENT AGREEMENT EXECUTED BY THE TRUSTEE. | (D51 ) | 04929/BLB | 0.10 | 42.50 |
| 04/26/10 | REVIEW OF EMAIL FROM B. MCCARTER ATTACHING CONTRACT FULLY EXECUTED AND RELATED DOCUMENTS AND PRELIMINARY REVIEW OF SAME. | (D51 ) | 04929/BLB | 0.10 | 42.50 |
| 04/26/10 | REVIEW OF EMAIL FROM DEBTOR REGARDING MORTGAGE ISSUES FOR 3752 NE 199TH STREET IN FLORIDA. | (D51 ) | 04929/BLB | 0.10 | 42.50 |
| 04/27/10 | REVIEW OF EMAIL FROM A. GREENBERG ATTACHING STAY ORDER WITH REGARD TO THE MARSAN MORTGAGES SETTLEMENT AND PRELIMINARY REVIEW OF SAME. | (D51 ) | 04929/BLB | 0.10 | 42.50 |
|  | TOTAL FOR | | 04929/BLB | 11.20 | 4,483.75 |
| 04/07/10 | CONFER WITH R. JACKSON AND REVIEW INFORMATION FOR CONTRACT NEGOTIATIONS FOR LAKEWOOD PROPERTIES' CREDIT BIDS. | (D51 ) | 04933/C-B | 0.40 | 37.00 |
| 04/09/10 | PREPARE AND UPDATE ANALYSIS OF 1461 READ PLACE PURSUANT TO TERMS OF CONTRACT NEGOTIATIONS. | (D51 ) | 04933/C-B | 0.90 | 166.50 |
| 04/12/10 | PREPARE WIRE INSTRUCTIONS FOR 311 HIGHWAY 35 AND 316 FISHER AVENUE AS REQUESTED. | (D51 ) | 04933/C-B | 0.80 | 148.00 |
| 04/15/10 | RESPOND TO INQUIRY BY J. POSTA RE 10 NEPTUNE | (D51 ) | 04933/C-B | 0.10 | 18.50 |
| 04/21/10 | PREPARE ANALYSIS OF PROPERTY RECEIPTS AND DISBURSEMENTS FOR 1806 HIGHWAY 35, PURSUANT TO CONTRACT REQUIREMENTS. | (D51 ) | 04933/C-B | 0.60 | 111.00 |
| 04/21/10 | RESPOND TO L. RESTIVO INQUIRY RE DWEK OHIO, LLC | (D51 ) | 04933/C-B | 0.20 | 18.50 |
| 04/23/10 | PREPARE ANALYSIS REPORT FOR 1402 NINTH AVENUE, NEPTUNE, NJ FOR PROPOSED NOTICE FOR SALE. | (D51 ) | 04933/C-B | 0.60 | 111.00 |
| 04/23/10 | PREPARE ANALYSIS REPORT FOR 3752 NE 199TH STREET, AVENTURA, FL FOR PROPOSED NOTICE FOR SALE. | (D51 ) | 04933/C-B | 1.10 | 203.50 |
|  | TOTAL FOR | | 04933/C-B | 4.70 | 814.00 |
| 04/01/10 | REVIEW EMAIL AND SPREADSHEET FROM J. SEVERSON RE LEASES AND EXECUTORY CONTRACTS FOR 1806 HIGHWAY 35. | (D51 ) | 04935/L-R | 0.30 | 55.50 |

# OKIN, HOLLANDER & DELUCA

# JANUARY 2009

Charles A. Stanziale. Jr., Trustee                          Page    3

                                                            Hours

1/16/09   JJD (a)  Asset Analysis and Recovery:              2.20
          Attend meeting at McCarter & English
          to begin review of available
          documents.

          JJD (a) Asset Analysis and Recovery:              0.40
          Office conference with C. Stanziale
          re status of matter including timing
          of complaint and interview with S.
          Dwek.

          JJD (a) Asset Analysis and Recovery:              1.30
          Continue due diligence activities
          regarding potential claims against
          Amboy et al.

          PSH (a)  Asset Analysis and Recovery:             0.50
          Telephone call with JJD to review
          documents reviewed at McCarter &
          English and work to be done in
          preparation for filing of complaint.

          GSK (g) Fee/Employment Applications:              0.50
          Review issues for OH&D retention
          application.

          GSK (a) Asset Analysis and Recovery:              1.50
          Research issues for avoidance
          complaint against Amboy, et al.

          JJD (p) Travel:                                   1.00
          Travel to/from McCarter & English's
          office to review documents and meet
          with C. Stanziale.

1/17/09   GSK (g) Fee/Employment Applications:              1.50
          Work on OH&D's retention application.

1/18/09   JJD (a) Asset Analysis and Recovery:             1.50
          Review claim documents filed on
          behalf of D&D Trust against Dwek
          Estate and by Scharpf against Dwek
          Estate.

Charles A. Stanziale. Jr., Trustee                          Page    4

                                                            Hours

1/19/09   JJD (a) Asset Analysis and Recovery:              2.00
          Continue preparation for interview
          with S. Dwek.

          GSK (a) Asset Analysis and Recovery:             0.20
          Conference with JJD re 1/20 meeting
          with S. Dwek re Amboy issues.

          GSK (g) Fee/Employment Applications:             2.50
          Work on OH&D's retention application
          papers.

          GSK (a) Asset Analysis and Recovery:             1.50
          Prepare for 1/20 meeting with S. Dwek
          re Amboy issues.

1/20/09   JJD (a) Asset Analysis and Recovery:             2.50
          Attend meeting at McCarter with S.
          Dwek to review factual background of
          proposed complaint.

          PSH (a) Asset Analysis and Recovery:             2.00
          Prepare for and participate in
          conference call with JJD and S. Dwek.

          PSH (a) Asset Analysis and Recovery:             0.40
          Telephone call with JJD to follow up
          on meeting with S. Dwek.

          PSH (g) Fee/Employment Applications:             0.90
          Revise retention application.

          GSK (a) Asset Analysis and Recovery:             2.00
          Attend meeting with S. Dwek and JJD
          re Amboy issues.

          GSK (a) Asset Analysis and Recovery:             0.10
          Review Amboy foreclosure judgment
          against Dwek Homes.

          JJD (a) Asset Analysis and Recovery:             0.50
          Meeting with C. Stanziale to review
          status of due diligence and future
          activities regarding matter.

Charles A. Stanziale. Jr., Trustee                    Page    5

                                                      __ Hours

1/20/09   GSK (a) Asset Analysis and Recovery:          0.50
          Meet with C. Stanziale and JJD re
          Amboy Bank; meet with J. Testa and
          JJD re same.

          JJD (p) Travel;                               1.00
          Travel to/from McCarter & English's
          office to meet with S. Dwek and C.
          Stanziale.

          GSK (p) Travel:                               1.00
          Travel to/from McCarter & English's
          office to meet with S. Dwek and C.
          Stanziale.

1/21/09   JJD (a)  Asset Analysis and Recovery:         0.10
          Prepare emails to J. Testa and A.
          Green regarding documents which are
          required to be reviewed.

          JJD (a) Asset Analysis and Recovery:          0.10
          Telephone call with S. Dwek to
          arrange for meeting to discuss Amboy
          factual background.

          JJD (a) Asset Analysis and Recovery:          0.50
          Review copy of Protective Order re
          FBI documents and paper; email to
          McCarter requesting copy of privilege
          logs provided by Debtor's counsel.

          JJD (a) Asset Analysis and Recovery:          0.50
          Telephone call with C. Farley re
          status of matter.

          JJD (a) Asset Analysis and Recovery:          2.00
          Office conference with PSH and GSK to
          discuss status of matter and areas to
          address.

          JJD (a) Asset Analysis and Recovery:          3.00
          Additional review of proposed
          complaint in order to prepare for

Charles A. Stanziale. Jr., Trustee                          Page    7

                                                         Hours

1/22/09   PSH  (g) Fee/Employment Applications:           0.80
                   Revise retention papers.

          GSK  (g) Fee/Employment Applications:           0.50
                   Further revise OH&D's retention
                   application papers.

          GSK  (g) Fee/Employment Applications:           0.10
                   Correspondence to C. Stanziale re
                   OH&D's retention application papers;
                   correspondence from C. Stanziale re
                   same.

          GSK  (a) Asset Analysis and Recovery:           1.50
                   Prepare for 1/23 meeting with S. Dwek.

1/23/09   JJD  (a) Asset Analysis and Recovery:           1.50
                   Continue review of background facts
                   in connection with complaint and
                   upcoming meeting with S Dwek.

          JJD  (a) Asset Analysis and Recovery:           4.50
                   Continue meeting with S. Dwek re
                   factual background for complaint;
                   review documents from FBI database
                   authorized to be released; review
                   indices to FBI database re additional
                   materials to be reviewed.

          GSK  (a) Asset Analysis and Recovery:           4.50
                   Attend meeting with S. Dwek and JJD
                   re background for Amboy, et al.
                   complaint; conference with JJD; meet
                   with C. Stanziale and JJD re same;
                   meet with S. Hartstein re same.

          JJD  (p) Travel:                                 1.00
                   Travel to/from McCarter & English's
                   to meet with S. Dwek and review
                   documents.

          GSK  (p) Travel:                                 1.00
                   Travel to/from McCarter & English's
                   office to meet with S. Dwek and
                   review documents.

Charles A. Stanziale. Jr., Trustee                          Page    8

                                                              Hours

1/24/09   JJD (a) Asset Analysis and Recovery:           0.20
          Review materials re entities in which
          G. Scharpf may have interest.

          JJD (a) Asset Analysis and Recovery:           0.50
          Review prior certifications of G.
          Scharpf filed in connection with
          various D and D Trust matters.

1/25/09   JJD (k) Avoidance Action Litigation:           3.00
          Begin redrafting of preliminary
          matters as to proposed complaint
          against Amboy; prepare outline of
          proofs of claim filed by Amboy, D & D
          and Scharpf against Dwek and related
          entities.

1/26/09   JJD (a) Asset Analysis and Recovery:           0.50
          Prepare email to S Dwek confirming
          continued meeting at McCarter;
          telephone call with A. Addeo re
          monies paid to Amboy and related
          matters; review email from A. Addeo
          and prepare response thereto; review
          list of Dwek entities and dates of
          filing for additional to proposed
          complaint.

          JJD (k) Avoidance Action Litigation:           4.50
          Revise factual paragraphs of
          Complaint.

          GSK (a) Asset Analysis and Recovery:           0.10
          Confer with JJD re 1/27 meeting with
          S. Dwek.

          GSK (a) Asset Analysis and Recovery:           0.50
          Confer with JJD re information
          requested from Bederson; review
          correspondence from A. Addeo;
          telephone discussions with S.
          Hartstein; review correspondence from
          S. Hartstein; review correspondence
          from JJD re same; memo to JJD re same.

Charles A. Stanziale. Jr., Trustee                         Page   11

                                                           Hours

1/29/09   GSK (k) Avoidance Action Litigation:              2.00
          Review and research issues for draft
          complaint.

1/30/09   JJD (a) Asset Analysis and Recovery:             0.10
          Revise and finalize correspondence to
          J. Testa re Amboy foreclosures.

          JJD (a) Asset Analysis and Recovery:             0.10
          Prepare email to S. Dwek re
          additional meeting to discuss Amboy
          issues.

          JJD (a) Asset Analysis and Recovery:             0.60
          Review listing from FBI data base re
          Pearl Equities to confirm information
          re prior mortgages; obtain prior
          mortgages from Monmouth County land
          records re 612 Wardell Avenue
          Property.

          PSH (k) Avoidance Action Litigation:             6.00
          Review and make revisions to
          complaint.

          GSK (a) Asset Analysis and Recovery:             0.10
          Review various Court notices.

          GSK (g) Asset Analysis and Recovery:             0.20
          Correspondence to C. Stanziale re
          status of OH&D's retention
          application; conference with JJD and
          PSH re same.

1/31/09   JJD (g) Fee/Employment Applications:             0.10
          Telephone call with J. Testa's office
          re status of OHD retention as special
          litigation counsel to Chapter 11
          Trustee re Amboy matter; telephone
          call to K. Greco's residence re Amboy
          matters.

          GSK (a) Asset Analysis and Recovery:             0.10
          Review various Court notices.

# OKIN, HOLLANDER & DELUCA

# FEBRUARY 2009

Charles A. Stanziale. Jr., Trustee                    Page 3

                                                  Hours

| Date | | | | Hours |
|------|------|------|------|------|
| 2/4/09 | PSH | (k) Avoidance Action Litigation: Further review of latest revision of Complaint and telephone call with JJD re issues to be addressed in meeting with S. Dwek and latest documents reviewed. | | 0.80 |
| | JJD | (K) Avoidance Action Litigation: Revise facts for Amboy complaint. | | 1.50 |
| | JJD | (a) Asset Analysis and Recovery: Prepare email to T. Green to advise of additional documents to be provided. | | 0.10 |
| | JJD | (k) Avoidance Action Litigation: Review email from S. Dwek re additional meeting to review facts and prepare response therto. | | 0.10 |
| | JJD | (k) Avoidance Action Litigation: Attend meeting with S. Dwek to review factual allegations of proposed Amboy complaint. | | 3.50 |
| | GSK | (k) Avoidance Action Litigation: Research issues for draft complaint. | | 2.50 |
| | GSK | (k) Avoidance Action Litigation: Review and revise draft complaint. | | 8.50 |
| 2/5/09 | JJD | (k) Avoidance Action Litigation: Review Amboy complaint. | | 2.00 |
| | JJD | (k) Avoidance Action Litigation: Office conference with GSK to review complaint and causes of action. | | 0.60 |
| | JJD | (k) Avoidance Action Litigation: Additional revision of complaint. | | 1.00 |
| | GSK | (k) Avoidance Action Litigation: Meeting with JJD to review revised draft complaint and to discuss open issues re complaint. | | 0.60 |

Charles A. Stanziale. Jr., Trustee                    Page 12

                                                          Hours

| 2/20/09 | JJD | (a) Asset Analysis and Recovery: Telephone call with J. Testa and B. Baker re Amboy motion for relief from stay as to 1407 10th Avenue and discuss same with GSK. | 0.30 |
| | JJD | (a) Asset Analysis and Recovery: Review prior orders granting Amboy relief from stay and terms thereof. | 2.00 |
| | JJD | (a) Asset Analysis and Recovery: Telephone call E. Holdren re reservation of rights regarding order granting further relief from stay as to 1407 10th Avenue. | 0.10 |
| | JJD | (a) Asset Analysis and Recovery: Telephone call J. Bernstein re prior orders granting Amboy relief from stay. | 0.20 |
| | JJD | (a) Asset Analysis and Recovery: Telephone call with J. Testa and S. Dwek re additional properties as to which Amboy holds mortgages and approach as to same. | 0.10 |
| | GSK | (k) Avoidance Action Litigation: Review various Court notices. | 0.10 |
| | GSK | (a) Asset Analysis and Recovery: Review issues re Amboy stay relief motion re 1407 10th Avenue, Neptune; various discussions with JJD and PSH re same; telephone conference call with T. Testa and B. Baker re same; telephone conference call with E. Holdren re same; telephone call with J. Bernstein re same; review prior orders re Amboy prior stay relief motions. | 2.50 |
| | GSK | (k) Avoidance Action Litigation: Letter to transcription service re transcripts of prior hearings on Amboy relief motions. | 0.20 |

Charles A. Stanziale. Jr., Trustee                    Page 14

                                                      Hours

2/23/09    GSK    (g) Fee/Employment Applications:        0.60
                  Review time records for fee
                  application.

2/24/09    GSK    (g) Fee/Employment Applications:        0.10
                  Review retention order as to OHD as
                  entered by Court.

           JJD    (a) Asset analysis and Recovery:        0.50
                  Review schedule of Amboy foreclosures
                  and the status of same and potential
                  approach as to properties subject to
                  Amboy mortgages.

           JJD    (a) Asset Analysis and Recovery:        0.10
                  Telephone call with S. Dwek's office re
                  potential approach as to additional
                  properties subject to Amboy mortgages.

           JJD    (k) Avoidance Action Litigation:        1.00
                  Begin drafting summary of complaint in
                  connection with potential motions on
                  behalf of Trustee.

           JJD    (k) Avoidance Action Litigation:        0.20
                  Prepare memorandum re efforts to
                  expedite third party discovery.

           GSK    (k) Avoidance Action Litigation:        0.10
                  Review various Court notices.

           GSK    (g) Fee/Employment Applications:        0.10
                  Review signed order re OH&D's
                  retention.

2/25/09    JJD    (a) Asset Analysis and Recovery:        0.20
                  Review additional material re
                  properties subject to Amboy mortgages
                  and potential approach as to same.

           JJD    (a) Asset Analysis and Recovery:        0.20
                  Telephone call with S. Dwek re
                  properties subject to Amboy mortgages.

Charles A. Stanziale. Jr., Trustee                              Page 8

                                                                Hours

          PSH   (a) Asset Analysis and Recovery:          0.70
                Review agenda for meeting on 3/19/09;
                review issues to prepare for meeting.

          GSK   (k) Avoidance Action Litigation:          0.10
                Review Amboy's initial disclosures.

          GSK   (k) Avoidance Action Litigation:          0.10
                Review correspondence to Ch. 11
                trustee, et al. re Amboy's initial
                disclosures; review correspondence from
                S. Dwek re same.

          GSK   (k) Avoidance Action Litigation:          0.20
                Conference call with E. Killian and JJD
                re litigation and Rule 26 (f)
                conference; conference call with M.
                Kahme and JJD re litigation, Rule 26
                (f) conference and potential settlement
                conference.

          GSK   (d) Case Administration:                  0.10
                Review various Court notices.

          GSK   (a) Asset Analysis and Recovery:          0.10
                Review revised agenda for meeting with
                Ch. 11 trustee.

3/19/09   PSH   (a) Asset Analysis and Recovery:          1.00
                Prepare for meeting with Chapter 11
                Trustee re strategy on various matters
                including Amboy stay motions,
                litigation and settlement overtures.

          JJD   (a) Asset Analysis and Recovery:          2.50
                Attend meeting with Trustee re
                litigation issues and related matters.

          JJD   (n) Relief from Stay Proceedings:         0.20
                Office conference with GSK re Amboy
                motion for relief from stay and how to
                proceed in connection with same.

# OKIN, HOLLANDER & DELUCA

# MARCH 2009

Charles A. Stanziale. Jr., Trustee                          Page 9

                                                            Hours

    JJD   (n) Relief from Stay Proceedings:    1.00
           Review Amboy motion for relief from
           stay as to 1001 Norwood Avenue; review
           documents for response to Amboy stay
           relief motion.

    JJD   (a) Asset Analysis and Recovery:    0.20
           Review email from S. Dwek re Amboy
           foreclosures; prepare email to S. Dwek
           re status of various Amboy foreclosure
           sales.

    GSK   (n) Relief from Stay Proceedings:    0.20
           Confer with JJD re Amboy stay relief
           motion re 1001 Norwood Avenue, Long
           Branch property.

    GSK   (n) Relief from Stay Proceedings:    1.00
           Review issues re Amboy stay relief
           motion re 1001 Norwood Avenue, Long
           Branch property.

    GSK   (a) Asset Analysis and Recovery:    0.20
           Review correspondence from JJD to S.
           Dwek re Amboy loans and properties
           subject to foreclosure; review
           correspondence from S. Dwek re same;
           confer with JJD re same; review
           correspondence to/from S. Hartstein re
           same.

    GSK   (d) Case Administration:    0.10
           Review various Court notices.

    GSK   (a) Asset Analysis and Recovery:    0.10
           Review material from accountants re
           post-petition dispositions of real
           property subject to Amboy's asserted
           mortgages.

    GSK   (k) Avoidance Action Litigation:    0.10
           Review Sharpf's and D&D Trust's initial
           disclosures.

Charles A. Stanziale. Jr., Trustee                        Page 10

                                                          Hours

| | | | |
|---|---|---|---|
| | PSH | (a) Asset Analysis and Recovery: Attend meeting with Chapter 11 Trustee re strategy on various matters including Amboy stay motions, litigation and settlement overtures. | 2.50 |
| 3/20/09 | JJD | (a) Asset Analysis and Recovery: Review information re properties sold by Trustee subject to Amboy's asserted mortgages and prepare email to Bederson to quantify amounts paid to Amboy. | 0.40 |
| | GSK | (d) Case Administration: Review various Court notices. | 0.10 |
| | GSK | (d) Case Administration: Review Ch. 11 trustee's request to upstream excess funds from certain LLCs to main case. | 0.10 |
| | GSK | (d) Case Administration: Review letter to Judge Ferguson from W. Greenhalgh confirming adjournment of hearing on disclosure statement. | 0.10 |
| | GSK | (a) Asset Analysis and Recovery: Review correspondence from JJD re information relating to post-petition dispositions of properties subject to Amboy's asserted mortgages: review correspondence from S. Dwek re same; review correspondence from S. Hartstein re same; confer with JJD re same. | 0.20 |
| | GSK | (n) Relief from Stay Proceedings: Research issues for opposition to Amboy stay relief motion re 1001 Norwood Avenue, Long Branch property. | 2.00 |
| 3/21/09 | JJD | (a) Asset Analysis and Recovery: Review notice of auction re 60 West Main Street, Bergenfield, NJ, including Trustee's request to escrow sale proceeds. | 0.30 |

Charles A. Stanziale. Jr., Trustee                           Page 11

                                                             Hours

          JJD   (a) Asset Analysis and Recovery:              0.20
                Prepare emails re status of potential
                auctions as to properties as to which
                Amboy asserts a mortgage.

          JJD   (k) Avoidance Action Litigation:              0.50
                Prepare letter to Defendants counsel re
                settlement meeting and terms thereof.

          GSK   (d) Case Administration and Objections:       0.10
                Review various Court notices.

          GSK   (a) Asset Analysis and Recovery:              0.10
                Review email from JJD to B. Baker re
                notice and auction sale re 60 West Main
                Street, Bergenfield property, etc.

          GSK   (n) Relief from Stay Proceedings:             0.10
                Review email from JJD to S. Dwek re
                Amboy's stay relief motion re 1001
                Norwood Avenue, Long Branch property,
                etc.; review email from S. Dwek re
                same.

          GSK   (n) Relief from Stay Proceedings:             2.00
                Further research for opposition to
                Amboy stay relief motion re 1001
                Norwood Avenue, Long Branch property.

3/23/09   PSH   (k) Avoidance Action Litigation:              0.40
                Review correspondence to defense
                counsel re settlement meeting.

          JJD   (k) Avoidance Action Litigation:              0.50
                Review and revise proposed
                correspondence to M. Kahme and G.
                Killian re settlement meeting; review
                email from M. Kahme re C. Stanziale's
                attendance at meeting and prepare
                response thereto.

          JJD   (k) Avoidance Action Litigation:              1.50
                Draft answer to D&D Trust counterclaim.

Charles A. Stanziale. Jr., Trustee                    Page 12

                                                         Hours

|  |  |  |
|---|---|---|
| JJD | (k) Avoidance Action Litigation:<br>Prepare revisions to initial Rule 26(a)<br>disclosures. | 1.00 |
| JJD | (n) Relief from Stay Proceedings:<br>Review email re 1001 Norwood property<br>and prepare response thereto. | 0.30 |
| JJD | (k) Avoidance Action Litigation:<br>Telephone call with D. Vuocolo's office<br>re D&D Trust counterclaim and stock<br>pledge loan. | 0.10 |
| JJD | (d) Case Administration:<br>Review notice of adjournment as to sale<br>of certain properties in which Amboy<br>claims a mortgage and prepare email re<br>Trustee's intention as to the treatment<br>of such mortgages. | 0.20 |
| GSK | (d) Case Administration:<br>Review various Court notices. | 0.10 |
| GSK | (n) Relief from Stay Proceedings:<br>Review email from JJD to L. Restivo, et<br>al., re Amboy's stay relief motion re<br>1001 Norwood Avenue, Long Branch<br>property. | 0.10 |
| GSK | (a) Asset Analysis and Recovery:<br>Review email from JJD to S. Dwek re 264<br>Hope Road, Tinton Falls property;<br>review email from S. Dwek re same. | 0.10 |
| GSK | (g) Fee/Employment Applications:<br>Confer with JJD re status of OH&D's<br>January fee application. | 0.10 |

# OKIN, HOLLANDER & DELUCA

## APRIL 2009

Charles A. Stanziale. Jr., Trustee                          Page 4

                                                            Hours

4/2/09      GSK    (d) Case Administration                  0.10
                   Review signed order authorizing
                   upstream of excess funds from certain
                   LLC debtors to main case.

4/2/09      GSK    (n) Relief from Stay Proceedings         0.20
                   Review debtor's sur-reply to Amboy's
                   reply to Ch. 11 trustee's objection to
                   stay relief motion (Norwood Property);
                   confer with JJD re same; correspondence
                   from/to S. Dwek re same.

4/2/09      GSK    (n) Relief from Stay Proceedings         0.10
                   Review correspondence from JJD to
                   Trustee's office re conference call as
                   to Amboy's stay relief motion (Norwood
                   Property); review correspondence from
                   C. Stanziale re same.

4/2/09      GSK    (n) Relief from Stay Proceedings         1.20
                   Review and research issues re Amboy's
                   stay relief motion (Norwood Property).

4/3/09      PSH    (n) Relief from Stay Proceedings         0.60
                   Review correspondence to the Court re
                   adjournment request and Amboy's
                   response; review correspondence to
                   Trustee's office.

4/3/09      JJD    (n) Relief from Stay Proceedings         0.20
                   Prepare email to Trustee's prior
                   counsel re Norwood Property and issues
                   raised in Amboy reply papers.

4/3/09      JJD    (n) Relief from Stay Proceedings         0.30
                   Prepare for call with Trustee's office
                   re motion for relief from stay and
                   related matters (Norwood Property).

4/3/09      JJD    (n) Relief from Stay Proceedings         0.50
                   Conference call with Trustee re Norwood
                   Property and potential response in
                   connection with same.

Charles A. Stanziale. Jr., Trustee                                    Page 18

                                                                      Hours

4/2309       PSH     (k) Avoidance Action Litigation            0.70
                     Telephone call with JJD and W.
                     Greenhalgh on retention of
                     professionals and related matters.

4/23/09      PSH     (b) Asset Disposition                      0.40
                     Further review Amboy objection to sale
                     the Bergenfield Property and case law
                     relating hereto.

4/23/09      PSH     (b) Asset Disposition                      0.80
                     Review of Amboy objection to sale free
                     and clear of liens and review issues to
                     be raised in response thereto.

4/23/09      GSK     (b) Asset Disposition                      0.20
                     Review correspondence from JJD to L.
                     Restivo re upcoming sale hearings
                     scheduled for the Bergenfield Property,
                     1329/1331/1333/ Tenth Avenue and 1344
                     Corlies Avenue properties and Norwood
                     Property; confer with JJD re same;
                     review correspondence from Trustee re
                     same.

4/23/09      GSK     (d) Case Administration                    0.10
                     Review various Court notices.

4/23/09      GSK     (b) Asset Disposition                      0.60
                     Review Amboy's objection to sale of the
                     Bergenfield Property; confer with JJD
                     re same; review correspondence from
                     Trustee's office re same; review
                     correspondence from JJD to Trustee's
                     office re same; review correspondence
                     from S. Dwek re same; correspondence to
                     S. Dwek re same.

4/23/09      GSK     (b) Asset Disposition                      2.50
                     Research issues for reply to Amboy's
                     objection to sale of the Bergenfield
                     Property; confer with JJD re cases
                     cited in Amboy's objection.

# OKIN, HOLLANDER & DELUCA

# MAY 2009

Charles A. Stanziale. Jr., Trustee                          Page 3

                                                            Hours

5/5/09      JJD     (k) Avoidance Action Litigation          0.50
                    Review email from Trustee's office re
                    Ansell Zaro files; prepare transmittal
                    of subpoena to Ansell Zaro; prepare
                    correspondence to Trustee re Ansell
                    Zaro documents; prepare correspondence
                    to Defendants' counsel re Ansell Zaro
                    subpoena.

5/5/09      JJD     (a) Asset Analysis and Recovery          0.20
                    Review email from Trustee's office re
                    Corlies Avenue Land, LLC and maturity
                    of loan and prepare response thereto.

5/5/09      JJD     (n) Relief from Stay Proceedings         1.00
                    Review motion for relief from stay re
                    1412 Corlies Avenue, et al.,
                    properties.

5/5/09      GSK     (d) Case Administration                  0.10
                    Review various Court notices.

5/5/09      GSK     (a) Asset Analysis and Recovery          0.50
                    Review Amboy notice re loan maturity re
                    Corlies Ave. Land LLC; research PACER
                    re Corlies Ave. Land LLC; confer with
                    JJD re Amboy notice; review
                    correspondence from JJD to B. Baker re
                    Amboy notice re loan maturity re
                    Corlies Ave. Land LLC.

5/5/09      GSK     (n) Relief from Stay Proceeding          0.50
                    Review Amboy stay relief motion re 1412
                    Corlies Avenue, 1414 Corlies Avenue and
                    1413 10th Avenue, Neptune; review
                    correspondence from Debtor re same;
                    review issues re Amboy stay relief
                    motion.

Charles A. Stanziale. Jr., Trustee                         Page 10

                                                              Hours

5/13/09    JJD    (b) Asset Disposition                        2.50
                  Telephone call with Trustee's office re
                  discussions with Amboy's counsel;
                  office conference with GSK to consider
                  proposal from Amboy re upcoming
                  motions; review various matters,
                  including prior hearing before the
                  Court as to escrowing of funds,
                  including BRT matter; telephone call
                  with Debtor and GSK re proposal from
                  Bank; telephone call with Amboy's
                  counsel re upcoming motions and
                  approach as to same; continue
                  preparation for upcoming motions.

5/13/09    GSK    (n) Relief from Stay Proceedings             1.80
                  Participate in various discussions with
                  JJD and PSH re handling of hearings on
                  stay relief motion re 1001 Norwood
                  Avenue property and sale motion re 60
                  West Main Street property and proposal
                  from Amboy's counsel with respect
                  thereto, various telephone discussions
                  with Trustee's counsel re same and
                  various telephone discussions with
                  Debtor re same.

5/13/09    GSK    (n) Relief from Stay Proceedings             0.60
                  Various telephone discussions with
                  Trustee's counsel re hearings on stay
                  relief motion re 1001 Norwood Avenue
                  property and sale motion re 60 West
                  Main Street property and proposal from
                  Amboy's counsel with respect thereto;
                  telephone discussion with Amboy's
                  counsel re same; telephone call with
                  Debtor re same.

Charles A. Stanziale. Jr., Trustee                    Page 15

                                                      Hours

5/18/09   GSK   (p) Travel                            3.00
                Travel to/from Court for hearing on
                sale of 60 W. Main St. property and
                Amboy's stay relief motion re 1001
                Norwood Ave. property.

5/18/09   GSK   (b) Asset Disposition                 2.50
                Attend hearing on sale of 60 W. Main
                St. property and Amboy's stay relief
                motion re 1001 Norwood Ave. property;
                meet with trustee's realtor; meet with
                trustee's appraiser; meet with
                purchaser's agent re 60 W. Main St.
                property; meet with Debtor and counsel
                after hearing.

5/18/09   GSK   (b) Asset Disposition                 0.10
                Order transcript of hearing on sale of
                60 W. Main St. property and Amboy's
                stay relief motion re 1001 Norwood Ave.
                property.

5/18/09   JJD   (n) Relief from Stay Proceedings      1.00
                Review correspondence from Amboy's
                counsel to Judge Ferguson re proposed
                stay relief order re 1001 Norwood Ave.
                property; review proposed order;
                correspondence to trustee re same;
                correspondence to debtor's counsel re
                same; confer with JJD re same; draft
                proposed revisions to proposed order;
                correspondence to trustee re proposed
                revisions.

5/18/09   GSK   (b) Asset Disposition                 0.20
                Confer with JJD re adjournment of sale
                hearing on 60 W. Main St. property.

5/18/09   GSK   (b) Asset Disposition                 0.50
                Telephone call with purchaser's agent
                re outcome of hearing on sale of 60 W.
                Main St. property; memo to purchaser's
                agent re same.

Charles A. Stanziale. Jr., Trustee                    Page 16

                                                      Hours

5/18/09   GSK   (k) Avoidance Action Litigation        0.10
                Review correspondence from Debtor re
                verification of Trustee's complaint
                against Amboy, et al.

5/19/09   JJD   (k) Avoidance Action Litigation        0.30
                Review email re conference call as to
                potential experts; telephone call with
                Trustee's office re upcoming meeting
                with professionals as to litigation
                matters; prepare for upcoming
                conference call with professionals.

5/19/09   JJD   (k) Avoidance Action Litigation        0.20
                Review email re certification from S.
                Dwek and prepare a response thereto.

5/19/09   JJD   (k) Avoidance Action Litigation        1.00
                Telephone call with P. Kenny re
                response of K. Greco to subpoena; draft
                letter to P. Kenny re response to
                subpoena by K. Greco and related
                matters.

5/19/09   JJD   (k) Avoidance Action Litigation        2.00
                Review matters related to potential
                witnesses and related matters for Amboy
                litigation.

5/19/09   JJD   (n) Relief from Stay Proceedings       0.20
                Review emails re status of proposed
                order as to 1001 Norwood Avenue, Long
                Branch, NJ.

5/19/09   JJD   (k) Avoidance Action Litigation        2.90
                Participate in conference call re
                retention of professionals as to
                Trustee litigation matters.

5/19/09   GSK   (d) Case Administration                0.10
                Review various Court notices.

Charles A. Stanziale. Jr., Trustee                    Page 17

                                                      Hours

5/19/09    GSK    (k) Avoidance Action Litigation         0.20
                  Confer with JJD re Debtor's
                  verification to Trustee's complaint
                  against Amboy; review correspondence
                  from JJD to Debtor re same; review
                  correspondent from Debtor re same;
                  review correspondence from Debtor's
                  counsel re same.

5/19/09    GSK    (b) Asset Disposition                   0.20
                  Confer with JJD re upcoming auctions of
                  properties subject to Amboy's asserted
                  mortgages; review correspondence from
                  JJD to trustee re same.

5/19/09    GSK    (b) Asset Disposition                   0.10
                  Correspondence to trustee, et al. re
                  memo to purchaser's agent re 5/18
                  hearing on 60 W. Main St. property.

5/19/09    GSK    (n) Relief from Stay Proceedings        0.50
                  Various correspondence to Amboy's
                  counsel re proposed revisions to
                  proposed stay relief orders for 1001
                  Norwood Ave. property and Corlies Ave.
                  properties; review various
                  correspondence from Amboy's counsel re
                  same; confer with JJD re same.

5/19/09    GSK    (n) Relief from Stay Proceedings        2.50
                  Draft letter objection to Amboy's
                  proposed stay relief order re 1001
                  Norwood Ave. property; confer with JJD
                  re same; revise draft.

5/19/09    GSK    (n) Relief from Stay Proceedings        1.50
                  Draft counter-proposed stay relief
                  order re 1001 Norwood Ave. property;
                  confer with JJD re same.

Charles A. Stanziale. Jr., Trustee                          Page 19

                                                            Hours

5/20/09    GSK    (n) Relief from Stay Proceedings              0.10
                  Corresp to Judge Ferguson's Chambers re
                  objection to Amboy's proposed stay
                  relief order re 1001 Norwood Ave.
                  property.

5/20/09    GSK    (k)Avoidance Action Litigation               0.30
                  Review trustee's verified complaints
                  against BRT Realty and Stillwater;
                  confer with JJD re same.

5/20/09    GSK    (k) Avoidance Action Litigation             0.20
                  Various correspondence to debtor's
                  counsel re status of debtor's
                  verification to trustee's complaint
                  against Amboy, et al.; review
                  correspondence from debtor and debtor's
                  counsel re same.

5/20/09    GSK    (b) Asset Disposition                       0.20
                  Various correspondence to trustee re
                  status of auction results of properties
                  subject to Amboy's asserted mortgages;
                  telephone call with trustee's counsel
                  re same.

5/20/09    GSK    (g) Fee/Employment Applications             0.10
                  Review notice re OH&D's interim fee
                  application

5/20/09    GSK    (k) Avoidance Action Litigation             .20
                  Review correspondence from debtor re
                  certification re trustee's complaint
                  against Amboy, et al.; correspondence
                  to debtor's counsel re same.

5/20/09    GSK    (k) Avoidance Action Litigation             0.50
                  Review Debtor's draft certification re
                  trustee's complaint against Amboy, et
                  al.; review draft certification against
                  complaint; prepare memo re
                  certification.

Charles A. Stanziale. Jr., Trustee                     Page 23

                                                       Hours

5/22/09    GSK    (k) Avoidance Action Litigation          1.00
                  Review correspondence from JJD re
                  proposed letter to defendants' counsel,
                  etc.; telephone call with JJD and PSH
                  re same; review revised draft letter;
                  review correspondence to trustee re
                  same; confer with PSH re same;
                  correspondence to/from JJD re same.

5/22/09    GSK    (k) Avoidance Action Litigation          0.20
                  Correspondence to debtor's counsel re
                  status of verification to trustee's
                  complaint against Amboy, et al.; review
                  correspondence from debtor re same;
                  confer with PSH re same.

5/22/09    GSK    (b) Asset Disposition                    0.20
                  Review notices of auctions and sales of
                  various properties.

5/22/09    GSK    (n) Relief from Stay Proceedings         0.60
                  Finalize letter objection to Amboy's
                  proposed stay relief order re 1001
                  Norwood Ave. property; prepare letter
                  objection for filing; file letter
                  objection; prepare letter objection for
                  submission and service; submit letter
                  objection to Chambers.

5/22/09    GSK    (n) Relief from Stay Proceedings         0.20
                  Review various correspondence from
                  debtor and trustee's office re letter
                  objection; various correspondence to
                  debtor and trustee's office re same.

5/22/09    GSK    (k) Avoidance Action Litigation          0.20
                  Review correspondence from Trustee's
                  counsel re status of debtor's
                  verification to trustee's complaint
                  against Amboy, et al.; correspondence
                  to Trustee's counsel re same;
                  correspondence to JJD re same.