# GRANT THORNTON

# JULY 2009

Case 07-11757-KCF    Doc 6446-2    Filed 05/24/10    Entered 05/24/10 10:07:50    Desc
Exhibit B - Detailed Itemization Page 2 of 8

EXHIBIT B - DETAILED ITEMIZATION OF SERVICES

| Date | Time Name | Hrs | Rate | Extension | Narrative | Code |
|---|---|---|---|---|---|---|
| 07/15/2009 | Clark, Anne E | 4.00 | 345.00 | 1,380.00 | Review cash transaction material in preparation for discussion with Solomon Dwek | D40 |
| 07/15/2009 | Errickson, Lee C | 4.00 | 480.00 | 1,920.00 | Review case material and preparation for interview of Solomon Dwek | D40 |
| 07/16/2009 | Clark, Anne E | 1.25 | 345.00 | 431.25 | Interview with Solomon Dwek | D41 |
| 07/16/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Meeting w/ attorneys | D41 |
| 07/16/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Summarize notes from S. Dwek interview | D41 |
| 07/16/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Review SEM account | D41 |
| 07/16/2009 | Errickson, Lee C | 2.00 | 480.00 | 960.00 | Interview with Solomon Dwek | D41 |
| 07/16/2009 | Errickson, Lee C | 1.25 | 480.00 | 600.00 | plan for determining Ponzi | D41 |
| 07/16/2009 | Errickson, Lee C | 2.00 | 480.00 | 960.00 | meeting with M&E | D41 |
| 07/17/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Review cash transactions from SEM account | D41 |
| 07/17/2009 | Clark, Anne E | 3.00 | 345.00 | 1,035.00 | Document requests | D42 |
| 07/17/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | plan solvency analysis strategy | D42 |
| 07/17/2009 | Clark, Anne E | 2.75 | 480.00 | 1,320.00 | review of wire transfer transactions in SEM account | D41 |
| 07/17/2009 | Errickson, Lee C | 0.50 | 480.00 | 240.00 | Request for additional documents regarding investor wire transfers | D42 |
| 07/20/2009 | Clark, Anne E | 2.50 | 480.00 | 1,200.00 | analysis of SEM wire transfers | D41 |
| 07/20/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | meeting to discuss strategy | D42 |
| 07/21/2009 | Clark, Anne E | 4.75 | 345.00 | 1,638.75 | Analyze SEM account | D41 |
| 07/21/2009 | Clark, Anne E | 4.00 | 345.00 | 1,380.00 | Compile schedules on SEM account and perform analysis | D42 |
| 07/21/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | Team strategy meeting | D42 |
| 07/21/2009 | Errickson, Lee C | 1.50 | 480.00 | 720.00 | Preparation of format for solvency analysis, with work commentary | D42 |
| 07/21/2009 | Errickson, Lee C | 0.50 | 480.00 | 240.00 | Instructions for Ponzi reviews by AEC | D42 |
| 07/22/2009 | Goldman, Gary M | 1.50 | 480.00 | 720.00 | Meeting w/ Errickson re: scope and review of Dwek interview results | D41 |
| 07/23/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Analyze cash transactions | D40 |
| 07/23/2009 | Errickson, Lee C | 2.00 | 480.00 | 960.00 | Instructions for analyzing investor contributions and distribution | D40 |
| 07/24/2009 | Clark, Anne E | 4.00 | 345.00 | 1,380.00 | Analyze cash transactions from wire transfer advices | D42 |
| 07/27/2009 | Clark, Anne E | 0.25 | 345.00 | 86.25 | Discussions with document custodian re: bank statement copies | D40 |
| 07/28/2009 | Clark, Anne E | 3.50 | 345.00 | 1,207.50 | Download and record receipt of bank statements - 1.25; consolidate cash transactions info - 2.0 | D41 |
| 07/29/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Organize documents received from trustee | D40 |
| 07/29/2009 | Clark, Anne E | 3.00 | 345.00 | 1,035.00 | Analyze records for confirmation of transactions per interivew w/ Solomon Dwek | D40 |
| 07/30/2009 | Clark, Anne E | 2.50 | 345.00 | 862.50 | Analysis of documents to link into our cash flow | D40 |
| 07/31/2009 | Clark, Anne E | 0.25 | 345.00 | 86.25 | Analysis of documents to link into our cash flow | D40 |
| 08/03/2009 | Clark, Anne E | 3.50 | 345.00 | 1,207.50 | Remediate cash database with missing transactions | D42 |
| 08/04/2009 | Clark, Anne E | 2.50 | 345.00 | 862.50 | Meeting with Tony Green re: documents available | D41 |
| 08/04/2009 | Errickson, Lee C | 2.50 | 480.00 | 1,200.00 | Meeting with Tony Green re: documents available | D41 |
| 08/04/2009 | Errickson, Lee C | 1.25 | 480.00 | 600.00 | Review data files | D42 |

EXHIBIT B - DETAILED ITEMIZATION OF SERVICES OF GRANT THORNTON LLP, AS SPECIAL FORENSIC ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE, FOR THE PERIOD OF JULY 15, 2009 THROUGH NOVEMBER 30, 2009, Page 1 of 7

# GRANT THORNTON

# SEPTEMBER 2009

# EXHIBIT B - DETAILED ITEMIZATION OF SERVICES

| Date | Time Name | Hrs | Rate | Extension | Narrative | Code |
|---|---|---|---|---|---|---|
| 09/17/2009 | Cohen, Claudine M | 3.00 | 345.00 | 1,035.00 | Review of bank statements and American Express statements | D42 |
| 09/17/2009 | Errickson, Lee C | 1.50 | 480.00 | 720.00 | Supervision of expanded bank account inputs | D42 |
| 09/17/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | Work on obtaining additional documents | D42 |
| 09/18/2009 | Jove, Scott M | 2.00 | 200.00 | 400.00 | Entered bank activity into Excel | D42 |
| 09/18/2009 | Goldman, Gary M | 2.00 | 480.00 | 960.00 | Review of documents | D42 |
| 09/22/2009 | Jove, Scott M | 4.50 | 200.00 | 900.00 | Cash matching | D42 |
| 09/22/2009 | Clark, Anne E | 5.00 | 345.00 | 1,725.00 | Prep for meeting w/ Solomon Dwek | D41 |
| 09/22/2009 | Errickson, Lee C | 3.00 | 480.00 | 1,440.00 | Preparation for interview of Solomon Dwek | D41 |
| 09/22/2009 | Ampanas, Sedic M | 1.50 | 300.00 | 450.00 | Validate and update the database | D41 |
| 09/23/2009 | Errickson, Lee C | 3.50 | 480.00 | 1,680.00 | Meeting with Solomon Dwek | D41 |
| 09/23/2009 | Ampanas, Sedic M | 0.35 | 300.00 | 105.00 | network drive; encoded Deal Golf and Maxra | D42 |
| 09/23/2009 | Errickson, Lee C | 2.50 | 480.00 | 1,200.00 | Meeting with lawyers | D41 |
| 09/23/2009 | Jove, Scott M | 3.00 | 200.00 | 600.00 | Cash matching | D40 |
| 09/23/2009 | Clark, Anne E | 4.50 | 345.00 | 1,552.50 | Interview Solomon Dwek; follow on discussion with attorneys | D41 |
| 09/24/2009 | Clark, Anne E | 5.75 | 345.00 | 1,983.75 | Review and inventory incoming documents | D42 |
| 09/25/2009 | Ampanas, Sedic M | 5.75 | 300.00 | 1,725.00 | network drive; encoded Deal Golf and Maxra | D42 |
| 09/25/2009 | Ampanas, Sedic M | 0.35 | 300.00 | 105.00 | network drive; encoded Deal Golf and Maxra | D42 |
| 09/25/2009 | Clark, Anne E | 1.50 | 345.00 | 517.50 | Review incoming documents | D42 |
| 09/25/2009 | Jove, Scott M | 0.50 | 200.00 | 100.00 | Cash matching | D40 |
| 09/28/2009 | Ampanas, Sedic M | 3.00 | 300.00 | 900.00 | Print and compile all bank statements | D42 |
| 09/28/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Review incoming documents | D42 |
| 09/28/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | Supervise download of Quickbooks data | D42 |
| 09/28/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Compile and review notes from Solomon Dwek discussion | D42 |
| 09/29/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | Supervise download of Quickbooks data | D42 |
| 09/29/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Compile and review notes from Solomon Dwek discussion | D40 |
| 09/29/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Review complaint | D42 |
| 10/01/2009 | Cohen, Claudine M | 0.50 | 345.00 | 172.50 | Meeting with A. Clark | D42 |
| 10/02/2009 | Clark, Anne E | 0.50 | 345.00 | 172.50 | Meeting with C. Cohen | D42 |
| 10/02/2009 | Goldman, Gary M | 4.00 | 480.00 | 1,920.00 | Review of documents | D42 |
| 10/03/2009 | Cohen, Claudine M | 2.00 | 345.00 | 690.00 | Quickbooks downloads | D42 |
| 10/05/2009 | Ampanas, Sedic M | 4.50 | 300.00 | 1,350.00 | Created a database for the extracted cash transactions from Quickbooks | D42 |
| 10/05/2009 | Cohen, Claudine M | 0.50 | 345.00 | 172.50 | Discussions with S. Ampanas on Quickbook files and Monafrom accounting firm | D42 |
| 10/05/2009 | Clark, Anne E | 0.75 | 345.00 | 258.75 | Supervise download of Quickbooks data | D42 |
| 10/06/2009 | Ampanas, Sedic M | 5.20 | 300.00 | 1,560.00 | Create a database for the extracted cash transactions from QuickBooks | D42 |
| 10/06/2009 | Cohen, Claudine M | 0.50 | 345.00 | 172.50 | Discussions with D. Ivosevich | D42 |
| 10/06/2009 | Ivosevich, Danielle M | 5.00 | 275.00 | 1,375.00 | transaction detail to Excel; meeting with C. Cohen | D42 |
| 10/07/2009 | Ampanas, Sedic M | 2.10 | 300.00 | 630.00 | from the QuickBooks | D42 |

EXHIBIT B - DETAILED ITEMIZATION OF SERVICES OF GRANT THORNTON LLP, AS SPECIAL FORENSIC ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE, FOR THE PERIOD OF JULY 15, 2009 THROUGH NOVEMBER 30, 2009, Page 4 of 7

# GRANT THORNTON

# NOVEMBER 2009

Case 07-11757-KCF    Doc 6446-2    Filed 05/24/10    Entered 05/24/10 10:07:50    Desc
EXHIBIT B - DETAILED ITEMIZATION OF SERVICES

| Date | Time Name | Hrs | Rate | Extension | Narrative | Code |
|---|---|---|---|---|---|---|
| 11/17/2009 | Ivosevich, Danielle M | 2.75 | 275.00 | 756.25 | Converting properties and SDRH QuickBooks and extracting Tb's and Excel transactions | D42 |
| 11/17/2009 | Errickson, Lee C | 2.50 | 480.00 | 1,200.00 | Extension of Amounts Due Investors on December 31, 2005 and March 31, 2006 | D40 |
| 11/17/2009 | Jove, Scott M | 8.00 | 200.00 | 1,600.00 | Input property level data from Financial Statements | D42 |
| 11/17/2009 | Errickson, Lee C | 2.00 | 480.00 | 960.00 | Preparation for meeting with Solomon Dwek | D41 |
| 11/17/2009 | Clark, Anne E | 4.25 | 345.00 | 1,466.25 | Analyze available Quickbooks data for property analysis | D42 |
| 11/18/2009 | Clark, Anne E | 5.00 | 345.00 | 1,725.00 | Interview w/ Solomon; travel to and from | D41 |
| 11/18/2009 | Errickson, Lee C | 5.00 | 480.00 | 2,400.00 | Baker | D41 |
| 11/20/2009 | Ivosevich, Danielle M | 2.80 | 275.00 | 770.00 | Importing cash transactions for SDRH into large tracking file | D42 |
| 11/20/2009 | Jove, Scott M | 5.00 | 200.00 | 1,000.00 | Liability verification | D42 |
| 11/20/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Review documents received from McCarter & English | D42 |
| 11/20/2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Liability verification | D42 |
| 11/23/2009 | Jove, Scott M | 2.00 | 200.00 | 400.00 | Liability verification | D42 |
| 11/23/2009 | Clark, Anne E | 5.50 | 345.00 | 1,897.50 | Review cash transactions | D42 |
| 11/24/2009 | Park, Alvin J | 2.50 | 275.00 | 687.50 | Converting accounting data from Quickbooks | D42 |
| 11/24/2009 | Jove, Scott M | 10.00 | 200.00 | 2,000.00 | Liability verification | D42 |
| 11/24/2009 | Errickson, Lee C | 2.50 | 480.00 | 1,200.00 | Preparation of report | D41 |
| 11/24/2009 | Clark, Anne E | 0.75 | 345.00 | 258.75 | Provide documents for administrative purposes | D27 |
| 11/25/2009 | Park, Alvin J | 8.00 | 275.00 | 2,200.00 | Converting accounting data from Quickbooks | D42 |
| 11/25/2009 | Errickson, Lee C | 7.50 | 480.00 | 3,600.00 | Preparation of report | D41 |
| 11/25/2009 | Errickson, Lee C | 0.50 | 480.00 | 240.00 | Update client | D41 |
| 11/25/2009 | Clark, Anne E | 0.25 | 275.00 | 68.75 | Updating A. Clark on status | D42 |
| 11/25/2009 | Ivosevich, Danielle M | 0.25 | 345.00 | 86.25 | Meeting with D. Ivosevich | D42 |
| 11/25/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Download NOI data from QuickBooks records | D40 |
| 11/26/2009 | Park, Alvin J | 4.00 | 275.00 | 1,100.00 | Converting accounting data from Quickbooks | D42 |
| 11/27/2009 | Park, Alvin J | 8.00 | 275.00 | 2,200.00 | Converting accounting data from Quickbooks | D42 |
| 11/28/2009 | Park, Alvin J | 10.00 | 275.00 | 2,750.00 | Converting accounting data from Quickbooks | D42 |
| 11/29/2009 | Park, Alvin J | 2.00 | 275.00 | 550.00 | Converting accounting data from Quickbooks | D42 |
| 11/30/2009 | Park, Alvin J | 8.00 | 275.00 | 2,200.00 | Converting accounting data from Quickbooks | D42 |
| 11/30/2009 | Jove, Scott M | 8.00 | 200.00 | 1,600.00 | Liability verification | D42 |
| 11/30/2009 | Clark, Anne E | 1.75 | 345.00 | 603.75 | Liability verification | D42 |
| 11/30/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Investor payable analysis | D42 |
| 11/30/2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Review NOI analysis | D40 |
| Total | | 673.20 | | 224,732.50 | | |

EXHIBIT B - DETAILED ITEMIZATION OF SERVICES OF GRANT THORNTON LLP, AS SPECIAL FORENSIC ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE, FOR THE PERIOD OF JULY 15, 2009 THROUGH NOVEMBER 30, 2009, Page 7 of 7

# GRANT THORNTON

# DECEMBER 2009

Case 07-11757-KCF    Doc 6681    Filed 07/20/10    Entered 07/20/10 12:51:53    Desc Main
Document    Page 8 of 13

McCarter & English LLP - In Re Solomon Dwek
Second Billing - December 1, 2009 to March 31, 2010
Exhibit B - Timekeeper Detail

| Date | Time Name | Hours | Hourly Rate | Amount | Narrative | Code |
|---|---|---|---|---|---|---|
| 12.19.2009 | Ivosevich, Danielle M | 6.00 | 275.00 | 1,650.00 | Entering bank statement transfers and deposit counterparties | D42 |
| 12.19.2009 | Park, Alvin J | 5.00 | 275.00 | 1,375.00 | Entity Consolidation | D42 |
| 12.21.2009 | Clark, Anne E | 2.50 | 345.00 | 862.50 | Meeting with Bederson accountants | D40 |
| 12.21.2009 | Clark, Anne E | 3.00 | 345.00 | 1,035.00 | Read SD deposition | D41 |
| 12.21.2009 | Clark, Anne E | 5.25 | 345.00 | 1,811.25 | Review and catalogue new documents received | D41 |
| 12.21.2009 | Errickson, Lee C | 6.00 | 480.00 | 2,880.00 | Review of claims register and unsecured loan for meeting with S. Dwek | D40 |
| 12.21.2009 | Ivosevich, Danielle M | 10.00 | 275.00 | 2,750.00 | Entering bank statement transfers and deposit counterparties | D42 |
| 12.21.2009 | Jove, Scott M | 10.00 | 200.00 | 2,000.00 | Enter bank statement data | D42 |
| 12.21.2009 | Park, Alvin J | 10.00 | 275.00 | 2,750.00 | Bank statement indexing, and cash payment tracing | D42 |
| 12.22.2009 | Clark, Anne E | 3.00 | 345.00 | 1,035.00 | Locate investor transactions in database | D40 |
| 12.22.2009 | Clark, Anne E | 2.50 | 345.00 | 862.50 | Meet with Solomon Dwek | D41 |
| 12.22.2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Review property detail supplied by Addeo | D40 |
| 12.22.2009 | Calvanico, Joseph J | 2.00 | 370.00 | 740.00 | Review of real estate data and research. | D40 |
| 12.22.2009 | Errickson, Lee C | 10.00 | 480.00 | 4,800.00 | Valuation of real estate | D35 |
| 12.22.2009 | Ivosevich, Danielle M | 10.50 | 275.00 | 2,887.50 | Entering bank statement transfers and deposit counterparties | D42 |
| 12.22.2009 | Jove, Scott M | 8.00 | 200.00 | 1,600.00 | Enter bank statement data | D42 |
| 12.22.2009 | Park, Alvin J | 8.00 | 275.00 | 2,200.00 | Cash tracing | D42 |
| 12.23.2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Document loan cash receipts | D41 |
| 12.23.2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Investor transactions in database | D40 |
| 12.23.2009 | Clark, Anne E | 4.00 | 345.00 | 1,380.00 | Property valuation | D35 |
| 12.23.2009 | Clark, Anne E | 1.50 | 345.00 | 517.50 | Read Solomon Dwek deposition | D41 |
| 12.23.2009 | Clark, Anne E | 1.75 | 345.00 | 603.75 | Review property detail supplied by Addeo | D40 |
| 12.23.2009 | Errickson, Lee C | 10.00 | 480.00 | 4,800.00 | Property valuation | D35 |
| 12.23.2009 | Ivosevich, Danielle M | 8.00 | 275.00 | 2,200.00 | Cataloging, updating all cash transactions | D41 |
| 12.23.2009 | Jove, Scott M | 5.00 | 200.00 | 1,000.00 | Enter bank statement data | D42 |
| 12.23.2009 | Park, Alvin J | 8.00 | 275.00 | 2,200.00 | Cash Tracing | D42 |
| 12.26.2009 | Clark, Anne E | 4.00 | 345.00 | 1,380.00 | Reconcile Ponzi xtns | D40 |
| 12.27.2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Travel to NJ | D50 |
| 12.27.2009 | Clark, Anne E | 3.00 | 345.00 | 1,035.00 | Verify investor claims | D41 |
| 12.28.2009 | Clark, Anne E | 6.00 | 345.00 | 2,070.00 | Review financial statement files at Addeo | D40 |
| 12.28.2009 | Clark, Anne E | 2.00 | 345.00 | 690.00 | Travel to NY | D50 |
| 12.28.2009 | Clark, Anne E | 1.00 | 345.00 | 345.00 | Verify investor claims | D41 |
| 12.28.2009 | Errickson, Lee C | 10.00 | 480.00 | 4,800.00 | Insolvency analysis | D41 |
| 12.29.2009 | Clark, Anne E | 1.50 | 345.00 | 517.50 | Prepare report exhibits | D41 |