# BEDERSON & COMPANY

# JANUARY 2008

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE ANALYSIS FOR NEPTUNE GAS, LLC IN WHICH SHOWS LOAN PAYMENTS BILLED AN PAID | 01/24/2008 | MJS | 2.60 |
| EXPORTING REPORTS FOR NEPTUNE GAS LLC TO COMPLETE AN AMBOY BANK ANALYSIS | 01/24/2008 | MJS | 0.30 |
| PREPARE MONTHLY OPERATING REPORTS | 01/24/2008 | KBR | 5.80 |
| REVIEW DOCUMENTS RE: PONZI ANALYSIS | 01/24/2008 | SLH | 1.40 |
| ROUND TRIP TO NEWARK | 01/24/2008 | SLH | 0.80 |
| TRAVEL | 01/24/2008 | TK | 1.00 |
| MEETING WITH T. KING, L. MODUGNO AND S. DWEK RE: PONZI ANALYSIS | 01/24/2008 | SLH | 2.40 |
| MEETINGS WITH L. MODUGNO, S. DWEK AND S. HARTSTEIN AND SUBSEQUENT MEETINGS WITH THE TRUSTEE AND J. TESTA | 01/24/2008 | TK | 2.80 |
| TELEPHONE CALL FROM INTEGRATED SYSTEMS RE: DUPLICATE CLAIM | 01/25/2008 | AJT | 0.30 |
| PREPARE MONTHLY OPERATING REPORTS | 01/25/2008 | KBR | 5.80 |
| PREPARE AMBOY BANK ANALYSIS FOR VARIOUS PROPERTIES FOR 170 BROAD STREET, LLC | 01/25/2008 | MJS | 2.90 |
| PREPARE AMBOY BANK ANALYSIS FOR VARIOUS PROPERTIES FOR DWEK TRENTON GAS, LLC | 01/25/2008 | MJS | 2.70 |
| PREPARE AMBOY BANK ANALYSIS FOR VARIOUS PROPERTIES FOR DWEK INCOME, LLC | 01/25/2008 | MJS | 2.40 |
| REVIEW STATUS AND PENDING SALES | 01/25/2008 | EB | 0.70 |
| TELEPHONE CONFERENCE WITH A. ADDEO RE: TIMING OF VARIOUS TAX FILINGS POSSIBLE REFUNDS AND SIGNATURE PROBLEMS | 01/26/2008 | TK | 0.30 |
| REVIEW CORRESPONDENCE FROM ADDEO RE: SEVERAL TAX ISSUES | 01/26/2008 | TK | 0.10 |
| REVISE SCHEDULE OF PREPETITION PAYMENTS FOR CHEVY CHASE BANK | 01/28/2008 | AJT | 0.70 |

# BEDERSON & COMPANY

# FEBRUARY 2008

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE DECEMBER 2007 MOR SINKING SPRINGS 11 LLC | 02/12/2008 | CAK | 1.70 |
| PREPARE DECEMBER 2007 MOR FOR SINKING SPRINGS LP | 02/12/2008 | CAK | 1.80 |
| PREPARE DECEMBER 2007 MOR FOR SEVEN BROAD LLC | 02/12/2008 | CAK | 0.40 |
| PREPARE DECEMBER 2007 MOR FOR 1111 11TH AVENUE LLC | 02/12/2008 | CAK | 2.50 |
| MEETING WITH THE TRUSTEE RE: INVESTOR ANALYSIS | 02/12/2008 | SLH | 0.90 |
| MEETING WITH S. DWEK RE: REVIEW OF INSIDER ANALYSIS | 02/12/2008 | SLH | 2.90 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR DWEK STATE COLLEGE, LLC  AND DWEK WALL, LLC | 02/12/2008 | MJS | 2.10 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR DWEK RALEIGH, LLC AND DWEK MOTORS, LLC | 02/12/2008 | MJS | 2.60 |
| PREPARE 2007 MONTHLY OPERATING REPORTS FOR NEPTUNE GAS, LLC AND ABERDEEN GAS, LLC | 02/12/2008 | MJS | 2.30 |
| TELEPHONE CONFERENCE WITH J. TESTA RE: CONTACTING POSSIBLE  BUYER AND TAX ISSUES | 02/13/2008 | TK | 0.20 |
| REVIEW AND RESOLVE QUESTIONS RE: COMPLETING DECEMBER REPORTS | 02/13/2008 | TK | 0.40 |
| PREPARE DECEMBER 2007 MOR FOR DEAL GOLF LLC | 02/13/2008 | CAK | 0.10 |
| PREPARE DECEMBER 2007 MOR FOR SEM REALTY | 02/13/2008 | CAK | 0.10 |
| MEETING WITH M. M. SKOLNICK RE: DECEMBER 2007 MORS FOR VARIOUS ENTITIES | 02/13/2008 | CAK | 0.60 |
| MEETING WITH C. KANDEL RE: DECEMBER 2007 MORS FOR VARIOUS ENTITIES | 02/13/2008 | MJS | 0.60 |
| PREPARE DECEMBER 2007 MOR FOR DWEK APARTMENTS LLC | 02/13/2008 | CAK | 1.90 |
| PREPARE DECEMBER 2007 MOR FOR GREENWOOD PLAZA ACQUISITIONS LLC | 02/13/2008 | CAK | 2.50 |

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE DECEMBER 2007 MOR FOR 55 NORTH GILBERT LLC | 02/15/2008 | CAK | 1.60 |
| REVIEW DECEMBER MORS | 02/15/2008 | SLH | 1.10 |
| FINALIZE AND TRANSMIT YARDVILLE BANK ANALYSIS | 02/15/2008 | SLH | 1.30 |
| REVIEW 4 E-MAILS FROM S. DWEK AND ADDEO AND DRAFT RESPONSE | 02/15/2008 | TK | 0.30 |
| CORRESPONDENCE TO J. TESTA RE: UPDATE ON TAX RETURNS | 02/15/2008 | TK | 0.20 |
| TELEPHONE CONFERENCE WITH A. SODONO OF RETURNS ADDITIONAL INFORMATION HE NEEDS AND SEM CLASS | 02/15/2008 | TK | 0.20 |
| CORRESPONDENCE TO A. ADDEO RE: COURT ORDER | 02/15/2008 | TK | 0.10 |
| REVIEW CORRESPONDENCE AND COURT ORDER TO COMPEL FILING OF 2005 AND 2006 TAX RETURNS | 02/15/2008 | TK | 0.20 |
| REVIEW WACHTEL E-MAIL RE: CONFIDENTIALITY AND FORWARD INVESTOR ANALYSIS | 02/15/2008 | TK | 0:20 |
| REVIEW SEVERAL E-MAILS FROM ADDEO AND EPP RE: TAX SITUATION AND MISSING DOCUMENTS | 02/16/2008 | TK | 0.20 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR DWEK PROPERTIES, LLC AND DWEK INCOME, LLC | 02/18/2008 | MJS | 2.40 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR WLB CENTER AND WLB HIGHWAY, LLC | 02/18/2008 | MJS | 1.10 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR BEACH MART, LLC AND DWEK NEPTUNE CITY STORE, LLC | 02/18/2008 | MJS | 2.30 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORTS FOR DWEK MOTORS, LLC AND DWEK HOMES, LLC | 02/18/2008 | MJS | 2.20 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORT FOR WLB CENTER, LLC | 02/18/2008 | CAK | 2.00 |
| PREPARE DECEMBER 2007 MONTHLY OPERATING REPORT FOR BEACH MARK, LLC | 02/18/2008 | CAK | 1.20 |

# BEDERSON & COMPANY

## JULY 2008

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| REVIEW AND RESPOND TO SEVERAL EMAILS RE: IRS DISPUTE | 07/31/2008 | TK | 0.20 |
| TWO TELEPHONE CONFERENCES WITH S. DWEK RE: IRS DISPUTE | 07/31/2008 | TK | 0.20 |
| COORDINATE PREPARATION OF POWER OF ATTORNEY FOR INTERNAL REVENUE SERVICE | 07/31/2008 | SLH | 0.30 |
| REVIEW SDRE MONTHLY OPERATING REPORT FOR VARIOUS ENTITIES | 07/31/2008 | SLH | 1.90 |
| REVIEW JUNE 2008 MONTHLY OPERATING REPORT FOR SOLOMON DWEK REAL ESTATE | 07/31/2008 | KBR | 0.40 |
| REVISE JUNE 2008 MOR FOR DWEK RALEIGH | 07/31/2008 | AJT | 0.70 |
| REVIEW COVER LETTER AND SORT MOR'S FOR MAILING | 07/31/2008 | AJT | 0.50 |
| Total | | | 289.30 |

## Summary by Employee

| Employee | Hours |
|---|---|
| TK - TIMOTHY KING | 8.80 |
| SLH - SHARI HARTSTEIN | 50.70 |
| AJT - AARON TODOROFF | 64.60 |
| MJS - MITCHELL SKOLNICK | 101.50 |
| KBR - KYLE REMS | 54.60 |
| CAP - CAROL ANN GALANTE | 5.10 |
| AMG - ANTHONY GRECO | 4.00 |
| Totals | 289.30 |

T:\Practice\Data\InvDWEKS/OLO41.rtf

# BEDERSON & COMPANY

# AUGUST 2008

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| REVIEW SEVERAL EMAILS RE: ADDEO OBTAINING CLAIM AND PREPARING RESPONSE | 08/07/2008 | TK | 0.10 |
| MEETING WITH T. KING RE: 501(B) ISSUE | 08/07/2008 | SLH | 0.30 |
| MEETING WITH S. HARTSTEIN RE: 501(B) ISSUE | 08/07/2008 | TK | 0.30 |
| CORRESPONDENCE RE: CLAIM FILED BY STATE OF NJ | 08/07/2008 | SLH | 0.20 |
| TELEPHONE WITH J. TESTA, B. BAKER AND S. DWEK RE: ANALYSIS | 08/07/2008 | SLH | 0.30 |
| PREPARE CASH RECEIPTS AND DISBURSEMENTS SCHEDULES FOR DWEK HOMES, LLC AND DWEK MOTORS, LLC | 08/08/2008 | MJS | 1.60 |
| PREPARE CASH RECEIPTS AND DISBURSEMENTS SCHEDULES FOR DWEK BRANCHES, LLC AND 167 MONMOUTH ROAD LLC | 08/08/2008 | MJS | 1.80 |
| CORRESPONDENCE WITH THE U.S. TRUSTEE OFFICE RE: MISSING MONTHLY OPERATING REPORTS | 08/11/2008 | SLH | 0.70 |
| REVIEW BANK PAYMENT ANALYSIS FOR 106 CROSBY | 08/11/2008 | SLH | 0.90 |
| RESPOND TO INQUIRIES RE: DWEK HOPATCHUNG | 08/12/2008 | SLH | 0.30 |
| REVIEW ANALYSIS OF BANK PAYMENTS FOR 106 CROSBY | 08/12/2008 | SLH | 2.40 |
| PREPARE CASH RECEIPTS AND DISBURSEMENTS SCHEDULE FOR DWEK ASSET, LLC AND DWEK PROPERTIES, LLC | 08/12/2008 | MJS | 2.30 |
| PREPARE MONTHLY OPERATING REPORTS FOR WARETOWN SHOPS FROM FOURTH QUARTER 2007 TO 2ND QUARTER 2008 | 08/12/2008 | MJS | 1.60 |
| CORRESPONDENCE WITH S. DWEK RE: POWER OF ATTORNEY | 08/13/2008 | SLH | 0.40 |
| TELEPHONE WITH R. TRAMANTANO RE: SINKING SPRINGS | 08/13/2008 | SLH | 0.30 |
| PREPARE BANK RECONCILIATIONS FOR JULY 2008 MONTHLY OPERATING REPORTS FOR DOVER ESTATES, LLC, WLB HIGHWAY, LLC, WLB CENTER, AND ASBURY GAS, LLC | 08/13/2008 | MJS | 1.80 |
| PREPARE CASH RECEIPTS AND DISBURSEMENTS SCHEDULE FOR SOLOMON DWEK REAL ESTATE HOLDINGS, LLC | 08/13/2008 | MJS | 2.30 |

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE CASH RECEIPTS AND DISBURSEMENTS SCHEDULE FOR SOLOMON DWEK REAL ESTATE HOLDINGS, LLC SECURITY DEPOSIT ACCOUNTS | 08/13/2008 | MJS | 1.30 |
| PREPARE BANK RECONCILIATIONS FOR JULY 2008 MONTHLY OPERATING REPORTS FOR JEMAR ENTERPRISES, LLC, NEWPORT WLB, LLC, AND WEST BANGS AVENUE, LLC | 08/13/2008 | MJS | 1.40 |
| TELEPHONE CONFERENCE WITH L. RESTIVO RE: PNC DOCUMENTATION | 08/14/2008 | SLH | 0.40 |
| TELEPHONE CONFERENCE WITH A. ADDEO RE: 2007 TAX PLANNING | 08/14/2008 | SLH | 0.30 |
| REVIEW, APPROVE PREVIOUSLY FIELD MONTHLY REPORTS, COMPLETE AND SIGN TRANSMITTAL CORRESPONDENCE | 08/15/2008 | MS | 0.20 |
| REVIEW CORRESPONDENCE FROM ADDEO RE: 505B STATUS | 08/18/2008 | TK | 0.10 |
| REVIEW E-MAIL FROM S. DWEK RE: CHANGE IN IRS POSITION | 08/18/2008 | TK | 0.10 |
| TELEPHONE CONFERENCE WITH M. WATERS RE: DEAL YESHIVA AND SYNAGOGUE AND MEMO TO FILE | 08/18/2008 | TK | 0.30 |
| CORRESPONDENCE WITH M. GILMAN AND M. SORLI RE: WINSTON CIRCLE | 08/18/2008 | SLH | 0.60 |
| RESPOND TO INQUIRIES RE: 106 CROSBY | 08/18/2008 | SLH | 0.80 |
| PREPARE APRIL - JUNE 2008 MOR FOR WINSTON CIRCLE | 08/18/2008 | AJT | 1.30 |
| UPLOAD AND REVIEW QUICKBOOKS FILES FOR JULY 2008 | 08/18/2008 | AJT | 0.40 |
| PREPARE JULY 2008 MONTHLY OPERATING REPORT FOR SUGAR MAPLE ESTATES, LLC | 08/18/2008 | MJS | 1.40 |
| PREPARE JULY 2008 MONTHLY OPERATING REPORT FOR LACEY LAND, LLC | 08/18/2008 | MJS | 1.20 |
| PREPARE JULY 2008 MONTHLY OPERATING REPORT FOR DWEK RALEIGH, LLC | 08/18/2008 | MJS | 1.80 |
| PREPARE JULY 2008 BANK RECONCILIATIONS FOR DWEK PROPERTIES, LLC MONTHLY OPERATING REPORT | 08/18/2008 | MJS | 0.80 |
| PREPARE APRIL - JUNE 2008 MOR FOR WINSTON CIRCLE | 08/18/2008 | AJT | 0.90 |

# BEDERSON & COMPANY

# OCTOBER 2008

<u>EXHIBIT A</u>

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| TELEPHONE WITH M. J .EPPS RE: P&LS FOR WHARTON PROPERTIES | 10/03/2008 | SLH | 0.30 |
| PREPARE SUBSTANTIVE CONSOLIDATION AFFIDAVIT | 10/03/2008 | SLH | 3.70 |
| RESPOND TO REQUEST FOR INFORMATION RE: REVISED FINANCIAL FOR BULK SALE PROPERTIES | 10/03/2008 | SLH | 0.80 |
| REVIEW NOTEBOOK OF MATERIALS ASSEMBLED AND SENT BY SOBEL RE: DEAL YESHIVA AND DEAL SYNAGOGUE | 10/03/2008 | EB | 1.60 |
| MEETING WITH S. HARTSTEIN RE: MOTION FOR SUBSTANTIVE CONSOLIDATION | 10/03/2008 | TK | 0.80 |
| MEETING WITH T. KING RE: MOTION FOR SUBSTANTIVE CONSOLIDATION | 10/03/2008 | SLH | 0.80 |
| TELEPHONE WITH B. BAKER RE: DRAFT SUBSTANTIVE CONSOLIDATION AFFIDAVIT | 10/06/2008 | SLH | 0.40 |
| REVISE AFFIDAVIT BASED ON COMMENTS FROM B. BAKER | 10/06/2008 | SLH | 1.40 |
| RESPOND TO INQUIRIES FROM S. DWEK | 10/06/2008 | SLH | 0.40 |
| DRAFT AFFIDAVIT IN SUPPORT OF SUBSTANTIVE CONSOLIDATION | 10/06/2008 | SLH | 3.20 |
| REVIEW AND REVISIONS TO CERTIFICATION | 10/06/2008 | TK | 0.90 |
| REVISE SUBSTANTIVE CONSOLIDATION AFFIDAVIT AND PREPARE SUPPORTING DOCUMENTATION AND EXHIBITS | 10/06/2008 | AJT | 5.40 |
| FINALIZE SUBSTANTIVE CONSOLIDATION AFFIDAVIT | 10/07/2008 | SLH | 0.70 |
| TELEPHONE WITH B. BAKER RE: SUBSTANTIVE CONSOLIDATION AFFIDAVIT | 10/07/2008 | SLH | 0.40 |
| MEETING WITH T. KING RE :DRAFT SUBSTANTIVE CONSOLIDATION AFFIDAVIT | 10/07/2008 | SLH | 0.50 |
| MEETING WITH S. HARTSTEIN RE: CERTIFICATION | 10/07/2008 | TK | 0.50 |
| TELEPHONE CONFERENCE WITH B. BAKER RE: TIMING OF COMPLETING CERTIFICATION | 10/07/2008 | TK | 0.10 |
| FINAL REVISIONS TO CERTIFICATION AND COMPLETE CORRESPONDENCE TO B. BAKER | 10/07/2008 | TK | 1.40 |

# BEDERSON & COMPANY

# JANUARY 2009

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| MEETING WITH S. HARTSTEIN RE: REVISIONS TO POSSIBLE FRAUDULENT MORTGATE ANALYSIS | 01/22/2009 | AJT | 0.30 |
| MEETING WITH A. TODOROFF RE: REVISIONS TO POSSIBLE FRAUDULENT MORTGATE ANALYSIS | 01/22/2009 | SLH | 0.30 |
| REVIEW AND REVISE DECEMBER 2008 MONTHLY OPERATING REPORTS | 01/22/2009 | AJT | 2.50 |
| REVISE DECEMBER 2008 INVOICE | 01/23/2009 | CAP | 1.20 |
| TRAVEL ROUND TRIP TO NEWARK | 01/23/2009 | SLH | 1.00 |
| MEETING WITH E. GLAS, S. DWEK, S. HARTSTEIN AND J. TESTA RE: LITIGATION VS. SERUYA AND SUBSEQUENT MEETING WITH SPECIAL COUNSEL RE: AMBOY BANK | 01/23/2009 | TK | 2.40 |
| MEETING WITH T. KING, S. DWEK AND COUNSEL RE: VARIOUS LITIGATION MATTERS | 01/23/2009 | SLH | 2.40 |
| TELEPHONE WITH M. SORLI RE: SERUYA CAPITAL ACCOUNTS | 01/23/2009 | SLH | 0.60 |
| CORRESPONDENCE WITH T. GREEN RE: SEARCH FOR DOCUMENTS | 01/23/2009 | SLH | 0.70 |
| TRAVEL | 01/23/2009 | TK | 1.00 |
| PREPARE DECEMBER 2008 MONTHLY OPERATING REPORT FOR 1111 ELEVENTH AVENUE, LLC | 01/23/2009 | MJS | 1.70 |
| PREPARE DECEMBER 2008 MONTHLY OPERATING REPORT FOR P & Y HOLDINGS, LLC | 01/23/2009 | MJS | 1.30 |
| PREPARE DECEMBER 2008 MONTHLY OPERATING REPORT FOR MYRTLE AVENUE LAND, LLC | 01/23/2009 | MJS | 1.60 |
| PREPARE DECEMBER 2008 MONTHLY OPERATING REPORT FOR WLB HIGHWAY, LLC | 01/23/2009 | MJS | 1.60 |
| PREPARE DECEMBER 2008 MONTHLY OPERATING REPORT FOR MONMOUTH PLAZA, LLC | 01/23/2009 | MJS | 1.80 |
| MEETING WITH S. HARTSTEIN RE: FRAUDULENT MORTGAGE ANALYSIS | 01/23/2009 | AJT | 0.20 |
| MEETING WITH A. TODOROFF RE: FRAUDULENT MORTGAGE ANALYSIS | 01/23/2009 | SLH | 0.20 |
| PREPARE ANALYSIS OF AMBOY BANK PAYMENTS | 01/26/2009 | SLH | 4.30 |

# BEDERSON & COMPANY

# FEBRUARY 2009

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| SCHEDULE ACCOUNTS PAYABLE WITHOUT BANK DEBT FOR UNSOLD PROPERTY ENTITIES | 02/09/2009 | AJT | 2.30 |
| REVISE DECEMBER 2008 MONTHLY OPERATING REPORT FOR SOLOMON DWEK REAL ESTATE | 02/09/2009 | AJT | 3.40 |
| OVERALL REVIEW OF ALL DECEMBER 2008 MONTHLY OPERATING REPORTS TO BE FILED | 02/09/2009 | AJT | 1.70 |
| REVISE LIQUIDATION ANALYSIS | 02/10/2009 | SLH | 2.10 |
| REVIEW CLAIMS ANALYSIS | 02/10/2009 | SLH | 1.60 |
| RESPOND TO INQUIRIES FROM B. BAKER RE: DRAFT LIQUIDATION ANALYSIS | 02/09/2009 | SLH | 1.30 |
| MEETING WITH T. KING, COUNSEL AND S. DWEK RE: DISCLOSURE STATEMENT | 02/10/2009 | SLH | 2.60 |
| MEETING WITH S. DWEK, J. TESTA AND S. HARTSTEIN RE: DISCLOSURE STATEMENT AND OTHER ISSUES | 02/10/2009 | TK | 2.60 |
| ROUND TRIP TRAVEL TO NEWARK | 02/10/2009 | SLH | 1.00 |
| TRAVEL | 02/10/2009 | TK | 1.00 |
| BEGIN 14TH FEE APPLICATION | 02/10/2009 | CAP | 1.70 |
| REVIEW COURT DOCUMENTS REGARDING PAYMENTS AND OPENING BALANCES | 02/10/2009 | CAP | 2.20 |
| REVIEW AND APPROVE DECEMBER MORS; DRAFT CORRESPONDENCE TO THE TRUSTEE | 02/10/2009 | TK | 3.70 |
| TELEPHONE CONFERENCE WITH TRUSTEE'S ASSISTANT | 02/10/2009 | TK | 0.10 |
| REVISE ANALYSIS OF BANK DEBT TO ACCOUNTS PAYABLE INFORMATION | 02/10/2009 | AJT | 1.20 |
| REVIEW DRAFT DISCLOSURE STATEMENT | 02/11/2009 | SLH | 2.50 |
| RESPOND TO INQUIRIES RE: SEM RECEIPTS AND DISBURSEMENTS | 02/11/2009 | SLH | 1.20 |
| MEETING WITH A. TODOROFF RE: CLAIMS ANALYSIS | 02/11/2009 | SLH | 0.40 |
| MEETING WITH S. HARTSTEIN RE: CLAIMS ANALYSIS | 02/11/2009 | AJT | 0.40 |

SOLOMON DWEK

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| COMPLETE BANK RECONCILIATION FOR 230 BROADWAY | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR 264 HIGHWAY 35 | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR 55 NORTH GILBERT LLC | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR 6201 ROUTE 9 LLC | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR BATH AVENUE HOLDINGS LLC | 02/13/2009 | LJM | 0.20 |
| PRINT BANK STATEMENTS AND COLLATE BY ENTITY FOR JANUARY 2008 MONTHLY OPERATING REPORTS PREPARATION | 02/13/2009 | LJM | 1.10 |
| COMPLETE BANK RECONCILIATION FOR 167 MONMOUTH ROAD LLC | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR ROUTE 33 MEDICAL LLC | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR DWEK NORTH OLDEN LLC | 02/13/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR DWEK STATE COLLEGE | 02/13/2009 | LJM | 0.10 |
| MEETING WITH B. BAKER AND S. DWEK RE: REVIEW OF CLAIMS | 02/13/2009 | SLH | 3.00 |
| ROUND TRIP TRAVEL TO NEWARK | 02/13/2009 | SLH | 1.00 |
| RESEARCH AND REVIEW FILES AND MAKE ADJUSTMENTS | 02/13/2009 | CAP | 1.50 |
| UPDATE CLAIMS SCHEDULE TO REFLECT STAY RELIEFS, PROPERTY SALES OR NO CHANGES TO CLAIM LISTINGS | 02/13/2009 | AJT | 2.80 |
| COMPLETE BANK RECONCILIATION FOR SEVEN BROAD LLC | 02/14/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR DWEK APARTMENTS LLC | 02/14/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR BELMAR GAS LLC | 02/14/2009 | LJM | 0.10 |
| COMPLETE BANK RECONCILIATION FOR DWEK HOPATCHUNG LLC | 02/14/2009 | LJM | 0.20 |

# BEDERSON & COMPANY

# MARCH 2009

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR 230 BROADWAY, LLC | 03/03/2009 | AJT | 0.70 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR 55 NORTH GILBERT, LLC | 03/03/2009 | AJT | 0.80 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR MONMOUTH PLAZA, LLC | 03/03/2009 | AJT | 0.80 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR P&Y HOLDINGS, LLC | 03/03/2009 | AJT | 1.10 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR 111 ELEVENTH AVENUE, LLC | 03/03/2009 | AJT | 0.50 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR BEACH MART, LLC | 03/03/2009 | AJT | 0.40 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR KADOSH, LLC | 03/03/2009 | AJT | 0.60 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR WARETOWN SHOPS, LLC | 03/03/2009 | AJT | 0.10 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORTS FOR 2100 HIGHWAY 35, LLC | 03/03/2009 | AJT | 0.60 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORT FOR LACEY LAND, LLC | 03/03/2009 | AJT | 0.40 |
| REVIEW AND REVISE JANUARY MONTHLY OPERATING REPORT FOR 6201 ROUTE 9, LLC | 03/03/2009 | AJT | 0.30 |
| REVIEW AVAILABLE FRANCO DOCUMENTATION | 03/04/2009 | SLH | 1.20 |
| RECONCILE SCHEDULES PROVIDED BY FRANCO | 03/04/2009 | SLH | 0.90 |
| CONFERENCE CALL WITH S DWEK AND B BAKER RE FRANCO ANALYSIS | 03/04/2009 | SLH | 0.40 |
| RESPOND TO INQUIRY RE PAYMENT HISTORY FOR 279 OAKLEY AND 35 STERNBERGER | 03/04/2009 | SLH | 1.50 |
| ORGANIZE JANUARY 2009 MONTHLY OPERATING REPORTS IN ENTITY ORDER AS PER TRUSTEE LETTER FOR T. KING'S REVIEW | 03/04/2009 | LJM | 0.60 |
| UPDATE AND PRINT TRUSTEE LETTER FOR JANUARY 2009 MONTHLY OPERATING REPORTS | 03/04/2009 | LJM | 0.20 |

# BEDERSON & COMPANY

# MAY 2009

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| REVIEW FEE APPLICATION RECEIVED FOR WARREN SMITH & ASSOCIATES | 05/05/2009 | EB | 0.10 |
| REVIEW MARCH 2009 MONTHLY OPERATING REPORTS FOR SDRE | 05/06/2009 | SLH | 1.30 |
| REVIEW MARCH 2009 MONTHLY OPERATING REPORTS | 05/06/2009 | SLH | 1.80 |
| TELEPHONE CONFERENCE WITH MJ EPP RE: 2008 PROPERTY CLOSINGS | 05/06/2009 | SLH | 1.70 |
| CONFERENCE CALL WITH B. BAKER AND S. DWEK RE: CORBETT HOLDINGS EQUITY | 05/06/2009 | SLH | 0.60 |
| REVISE MARCH 2009 MONTHLY OPERATING REPORT FOR SOLOMON DWEK REAL ESTATE, LLC | 05/06/2009 | AJT | 0.60 |
| PREPARE APRIL 2009 MONTHLY OPERATING REPORT EXCEL FILES FOR VARIOUS PROPERTIES | 05/07/2009 | MJS | 3.60 |
| PREPARE SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS FOR VARIOUS PROPERTIES | 05/07/2009 | MJS | 2.80 |
| RESPOND TO INQUIRIES RE: CORBETT HOLDINGS | 05/07/2009 | SLH | 1.50 |
| TELEPHONE WITH B. BAKER RE: CORBETT HOLDINGS | 05/07/2009 | SLH | 0.30 |
| TELEPHONE WITH SORLI RE: CORBETT HOLDINGS CAPITAL ACCOUNTS | 05/07/2009 | SLH | 0.30 |
| RESPOND TO INQUIRIES RE: CERTAIN CHARITABLE CONTRIBUTIONS | 05/07/2009 | SLH | 1.20 |
| TELEPHONE CALL WITH MJ EPP RE: DOCUMENTATION NEEDED ON CLOSED PROPERTY SALES FOR TAX RETURN PREPARATION | 05/07/2009 | AJT | 0.30 |
| RETRIEVE MISCELLANEOUS PROPERTY BANKRUPTCY ORDERS FROM PACER FOR DETAILS REGARDING CLOSING AND SALE OF PROPERTY FOR CAPITAL REAL ESTATE MANAGEMENTS TAX RETURN PREPARATION | 05/07/2009 | AJT | 4.50 |
| ASSEMBLE MONTHLY OPERATING REPORTS FOR DISTRIBUTION TO TRUSTEE | 05/07/2009 | AJT | 1.40 |
| REVISE MARCH 2009 MONTHLY OPERATING REPORT FOR SOLOMON DWEK REAL ESTATE, LLC | 05/07/2009 | AJT | 1.80 |
| UPDATE ANALYSIS OF BANK ACCOUNTS FOR SOBEL | 05/07/2009 | SLH | 2.30 |

# BEDERSON & COMPANY

# OCTOBER 2009

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR WEST BANGS AVENUE, LLC | 10/28/2009 | KBR | 0.60 |
| PREPARE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR 1631 HIGHWAY 35 | 10/28/2009 | KBR | 0.60 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR MYRTLE AVENUE LAND, LLC | 10/28/2009 | KBR | 0.40 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR GRANT AVENUE ESTATES, LLC | 10/28/2009 | KBR | 0.40 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR MONMOUTH ROAD BROKERS, LLC | 10/28/2009 | KBR | 0.40 |
| PREPARE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR SINKING SPRINGS, LP | 10/28/2009 | KBR | 0.60 |
| PREPARE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR DWEK ASSETS, LLC | 10/28/2009 | KBR | 0.80 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR DEAL GOLF, LLC | 10/28/2009 | KBR | 0.20 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR SEM REALTY | 10/28/2009 | KBR | 0.20 |
| PREPARE SEPTEMBER MONTHLY OPERATING REPORT FOR DEAL ROAD LAND HOLDINGS, LLC | 10/28/2009 | KBR | 0.20 |
| REVIEW CLAIMS ANALYSIS | 10/28/2009 | TK | 0.60 |
| TELEPHONE WITH S. DWEK AND COUNSEL RE: CLAIMS ANALYSIS | 10/29/2009 | SLH | 0.20 |
| TELEPHONE WITH C. MEYER RE: GOTHAM NOTE | 10/29/2009 | SLH | 0.30 |
| REVISED CLAIMS ANALYSIS BASED ON DISCUSSION WITH COUNSEL | 10/29/2009 | SLH | 1.90 |
| PREPARE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR DWEK PROPERTIES, LLC | 10/29/2009 | MJS | 2.30 |
| REVIEW OF DWEK PROPERTIES, LLC QUICKBOOKS FILE AND UPDATE CERTAIN CASH BALANCES | 10/29/2009 | MJS | 1.10 |
| FINALIZE SEPTEMBER 2009 MONTHLY OPERATING REPORT FOR DWEK BRANCHES, LLC | 10/29/2009 | KBR | 0.60 |