Oct 27/2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | General Disbs | Fees | Bid Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul 21/2008 | 360231 | SD re request for documents to Jtesta re 10 Neptune Lawyer: BJT 0.30 Hrs X 100.00 Case Administration review of email from L Restivo concerning auction sales of real properties scheduled for 7/22/2008 - bidding procedures etc | | | | 30.00 | | | | |
| Jul 22/2008 | 359556 | Lawyer: TPN 6.00 Hrs X 500.00 Plan and Disclosure Statement | | | | 3000.00 | | | | |
| Jul 23/2008 | 359586 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; Correspondence received from Mike Benedetto enc motion to enter default against Meridian Funeral Home in Sun National v Torah Academy | | | | 100.00 | | | | |
| Jul 23/2008 | 359587 | Lawyer: TPN 0.30 Hrs X 500.00 Case Administration; Correspondence received from Benedetto enc foreclosure complaints WAMU v 6201 Rte 9 LLC and Dwek Assets | | | | 150.00 | | | | |
| Jul 23/2008 | 359590 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration - review Joinder of Defendants, (I) Victor Sutton, Joseph Sutton and Morris Abraham (Adv. Proc. No. 08-1015) and (II) Alneil Lipp, LLC (Adv. Proc. No. 07-2822) in Motion to Quash Subpoena to Solomon Dwek dated July 2, 2008 | | | | 100.00 | | | | |
| Jul 23/2008 | 359591 | Lawyer: TPN 5.00 Hrs X 500.00 Plan and Disclosure Statement | | | | 2500.00 | | | | |
| Jul 23/2008 | 360230 | Lawyer: BJT 0.50 Hrs X 100.00 Case Administration review of emails from Court advising of hearing dates on auction sales of real property of the debtor; download diary | | | | 50.00 | | | | |
| Jul 23/2008 | 360232 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email from Sitar in opposition to appoint realtor | | | | 20.00 | | | | |
| Jul 23/2008 | 360233 | Lawyer: BJT 0.40 Hrs X 100.00 Case Administration review and download motion of Peter Bass on behalf of Lin re stalking horse bid; application in support | | | | 40.00 | | | | |
| Jul 23/2008 | 360234 | Lawyer: BJT 1.00 Hrs X 100.00 Case Administration review limited objections to sale of property filed by trustee's office to amboy stay relief motions | | | | 100.00 | | | | |
| Jul 23/2008 | 360236 | Lawyer: BJT 0.30 Hrs X 100.00 Case Administration review of emails concerning auction results of 7 22 08 auction sale | | | | 30.00 | | | | |
| Jul 24/2008 | 359592 | Lawyer: TPN 3.00 Hrs X 500.00 Plan and Disclosure Statement | | | | 1500.00 | | | | |
| Jul 24/2008 | 359593 | Lawyer: TPN 1.00 Hrs X 500.00 Case Administration; Office conference with Solomon re case status; plan | | | | 500.00 | | | | |

# BROEGE, NEUMANN, FISCHER & SHAVER

# AUGUST 2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Chq# Recd | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 24/2008 | 360246 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration review email from J Testa re Wick Silar | | | | 20.00 | | | | | |
| Jul 25/2008 | 364317 | Lawyer: JLJ 0.20 Hrs X 60.00 Case Administration - scan & e-mail expert report of handwriting to Mr. Dwek | | | | 12.00 | | | | | |
| Jul 28/2008 | 358526 | Lawyer: JLJ 0.50 Hrs X 50.00 Correspondence drafted to Charles Stanziale, Esq. enclosing 7-24-08 letter along with various revocation notices | | | | 25.00 | | | | | |
| Jul 28/2008 | 359596 | Lawyer: TPN 2.00 Hrs X 500.00 Fee/Employment Objections; Legal research regarding 327 and right of professional to compel trustee to employ; prep objection to motion of Wick Silar for Order requiring Trustee to employ it | | | | 1000.00 | | | | | |
| Jul 29/2008 | 358729 | Lawyer: JLJ 0.30 Hrs X 50.00 Case Administration - various filing | | | | 15.00 | | | | | |
| Jul 29/2008 | 359600 | Lawyer: TPN 5.00 Hrs X 500.00 Plan and Disclosure Statement | | | | 2500.00 | | | | | |
| Jul 30/2008 | 358738 | Lawyer: JLJ 0.50 Hrs X 50.00 Correspondence drafted to Charles Stanziale, Esq. enclosing 7-23-08 letter from Robert Schachter, Esq. concerning annual report & invoice | | | | 25.00 | | | | | |
| Jul 30/2008 | 359605 | Lawyer: TPN 4.00 Hrs X 500.00 Plan and Disclosure Statement | | | | 2000.00 | | | | | |
| Jul 31/2008 | 359018 | Lawyer: JLJ 0.20 Hrs X 50.00 Case Administration - various filing | | | | 10.00 | | | | | |
| Aug 1/2008 | 359011 | Lawyer: JLJ 0.50 Hrs X 50.00 Case Administration - Correspondence drafted to Charles Stanziale, Esq. enclosing 7-31-08 letter from Robert Schachter, Esq. & CSC invoice | | | | 25.00 | | | | | |
| Aug 4/2008 | 359612 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; email exchange from Jeff Testa and Solomon re Food Lion building | | | | 100.00 | | | | | |
| Aug 4/2008 | 359616 | Lawyer: TPN 2.50 Hrs X 500.00 Case Administration: Correspondence received from Solomon Dwek and Christopher Porino re attorney-client privilege concerns arising from documents seized by FBI and turned over to Trustee and Creditors Committee; Legal research regarding attorney-client privilege as to correspondence, billing statements and detailed invoices from attorneys seized by FBI | | | | 1250.00 | | | | | |
| Aug 5/2008 | 359622 | Lawyer: TPN 0.20 Hrs X 500.00 Telephone conference with Solomon re attorney-client issues | | | | 100.00 | | | | | |

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Che# Recd | Rcpts | General Disbs | Fees | InvH | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 5/2008 | 359625 | Lawyer: TPN 0.50 Hrs X 500.00 Case Administration; Correspondence dictated to Charles Stanziale and Walter Greenhalgh re attroeney client privilege and docs seized by FBI | | | | 250.00 | | | | | |
| Aug 6/2008 | 359317 | Lawyer: JLJ 0.50 Hrs X 50.00 Case Administration - various filing | | | | 25.00 | | | | | |
| Aug 6/2008 | 364388 | Lawyer: JLJ 0.10 Hrs X 60.00 Case Administration - various filing | | | | 6.00 | | | | | |
| Aug 7/2008 | 359634 | Lawyer: TPN 0.20 Hrs X 500.00 Claims Administration and Objections - review tax claim filed by NJ Div of Taxation | | | | 100.00 | | | | | |
| Aug 7/2008 | 363933 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email to client re attaching drafts of plan and disclosure statement | | | | 20.00 | | | | | |
| Aug 9/2008 | 359533 | Lawyer: JLJ 0.50 Hrs X 50.00 Case Administration - various filing | | | | 25.00 | | | | | |
| Aug 12/2008 | 359547 | Lawyer: TPN 0.30 Hrs X 500.00 Case Administration; Correspondence received from Walter Greenhalgh replying to TPN letter re FBI docs; forward to Solomon and Chris Porino | | | | 150.00 | | | | | |
| Aug 12/2008 | 359548 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; Telephone conference with C Stanziale | | | | 100.00 | | | | | |
| Aug 12/2008 | 359549 | Lawyer: TPN 0.30 Hrs X 500.00 Case Administration; Telephone conference with Solomon Dwek, Jeff Testa and Mike Waters re attorney-client privilege abd FBI documents | | | | 150.00 | | | | | |
| Aug 12/2008 | 363932 | Lawyer: BJT 0.30 Hrs X 100.00 Case Administration email to client re opposition to motions | | | | 30.00 | | | | | |
| Aug 13/2008 | 360312 | Lawyer: BJT 0.50 Hrs X 100.00 Litigation(Other than Avoidance Action Litigation) draft of objection to sale of Winston circle property by WaMu. | | | | 50.00 | | | | | |
| Aug 13/2008 | 360313 | Lawyer: BJT 0.50 Hrs X 100.00 Litigation(Other than Avoidance Action Litigation) efile final objection to stay relief motion by WaMu re Winston Circle property | | | | 50.00 | | | | | |
| Aug 15/2008 | 360311 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration review of emails re auto insurance | | | | 20.00 | | | | | |
| Aug 15/2008 | 36393 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email to client re inquiry sale of Toms River Marina | | | | 20.00 | | | | | |
| Aug 18/2008 | 360324 | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email from J Testa re arrangements to have the Lakewood Credit Bid files returned to us; Lucille Karp and myself will work to closed these with the Zucker Goldberg Firm. | | | | 20.00 | | | | | |

Oct 27/2008

Page: 26

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | General Disbs | Fees | Inv# Acc | Bid Rcpts | Rcpts | Trust Activity Disbs | Disbs | Balance |
|------|---------|-----------------------------------|-----------|-------|---------------|------|----------|-----------|-------|----------------------|-------|---------|
| Aug 19/2008 | 360959 | Lawyer: TPN  4.00 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); Legal research regarding whether 2004 is trumped by adversary discovery rules; prep of opposition memorandum to motion to quash subpoena of Trustee for Rule 2004 examination of Solomon Dwek | | | | 2000.00 | | | | | | |
| Aug 19/2008 | 360960 | Lawyer: TPN  2.50 Hrs X 500.00 Case Administration; Legal research regarding attorney/client privilege as to documetns seized pursuant to search warrant and turned over to Trustee and Committee; draft letter to Stanziale and Greenhalgh re same | | | | 1250.00 | | | | | | |
| Aug 19/2008 | 360964 | Lawyer: TPN  1.00 Hrs X 500.00 Case Administration; Correspondence drafted to Walter Greenhalgh re attorney client privilege and documents seized by FBI | | | | 500.00 | | | | | | |
| Aug 21/2008 | 360971 | Lawyer: TPN  0.30 Hrs X 500.00 Case Administration; Telephone conference with Lois Goodman re atorney/client privilege issues | | | | 150.00 | | | | | | |
| Aug 21/2008 | 361039 | Lawyer: BJT  0.80 Hrs X 100.00 Case Administration preparation or draft petition for Sinking Springs Outparcel | | | | 80.00 | | | | | | |
| Aug 21/2008 | 361040 | Lawyer: BJT  1.50 Hrs X 100.00 Case Administration review of emails containing information necessary to complete ch 11 petition for Sinking Springs Outparcel LP | | | | 150.00 | | | | | | |
| Aug 21/2008 | 361041 | Lawyer: BJT  0.50 Hrs X 100.00 Case Administration Review of income tax returns | | | | 50.00 | | | | | | |
| Aug 22/2008 | 360976 | Lawyer: TPN  1.50 Hrs X 500.00 Case Administration;; Correspondence received from Lois Goodman with copies of certain documents; review docs for claim of attorney client privilege; Correspondence drafted to Lois Goodman re same | | | | 750.00 | | | | | | |
| Aug 25/2008 | 360978 | Lawyer: TPN  2.00 Hrs X 500.00 Travel to 6 from Trenton | | | | 1000.00 | | | | | | |
| Aug 25/2008 | 360979 | Lawyer: TPN  2.50 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); Court Appearance to oppose motion to quash 2004 subpoena of Solomon dwek by Chapter 11 trustee | | | | 1250.00 | | | | | | |
| Aug 26/2008 | 360983 | Lawyer: TPN  0.30 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); review form of Order granting motion to quash; emails re same from and to Mike Waters and Walter Greenhalgh | | | | 150.00 | | | | | | |
| Aug 27/2008 | 361049 | Lawyer: BJT  1.00 Hrs X 100.00 Case Administration Office COnf | | | | 100.00 | | | | | | |

Oct. 27/2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Ch# Recd | Received From/Paid To Explanation | Rcpts | General Disbs | Fees | Bid Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 27/2008 | 361050 | | with SD re Amendment to 3 petitions; Sd, Monmouth Consulting Services and Dwek Properties; p Lawyer: BJT 1.00 Hrs X 100.00 Case Administration preparation of Sinking Springs Outparcel LLC for filing with court; efile with Court; office conf with SD re review and sign petition; emails to and from | | | 100.00 | | | | | |
| Aug 27/2008 | 361051 | | Mary Jo Epp and Addeo's Office Lawyer: BJT 1.00 Hrs X 100.00 Case Administration Office Conf with SD re informatin necessary to prepare Deal Land Holdings LLC; preparation of ch 11 petition; efile with court | | | 100.00 | | | | | |
| Aug 27/2008 | 361053 | | Lawyer: BJT 0.50 Hrs X 100.00 Case Administration email to court US Trustee and Ch 11 Trustee of efiling of Deal Road Land Holdings LLC and Sinking Springs Outparcel, LLC | | | 50.00 | | | | | |
| Aug 28/2008 | 361052 | | Lawyer: BJT 0.50 Hrs X 100.00 Case Administration efile 3 amendments to SD individual petition; Monmouth Consulting Services and Dwek Properties with Court; email tocllient advising ofsame | | | 50.00 | | | | | |
| Aug 28/2008 | 361054 | | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email from SD | | | 20.00 | | | | | |
| Aug 28/2008 | 361061 | | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration review email from J Testa re SS Realty | | | 20.00 | | | | | |
| Sep 3/2008 | 361085 | | Lawyer: BJT 0.20 Hrs X 100.00 Answer to Complaint Due-Dwek North Olden, LLC -; Litigation(Other than Avoidance Action Litigation) | | | 20.00 | | | | | |
| Sep 3/2008 | 361086 | | Lawyer: BJT 0.20 Hrs X 100.00 Answer to Complaint Due-1111 Eleventh Avenue Litigation(Other than Avoidance Action Litigation) | | | 20.00 | | | | | |
| Sep 3/2008 | 361087 | | Lawyer: BJT 0.20 Hrs X 100.00 Asnwer to Complaint Due-Dwek Assets, LLC -; Litigation(Other than Avoidance Action Litigation) | | | 20.00 | | | | | |
| Sep 3/2008 | 363938 | | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration Email to SD re reinstatement of Dwek Properties insurance by Dickstein Assoc. | | | 20.00 | | | | | |
| Sep 3/2008 | 363939 | | Lawyer: BJT 0.20 Hrs X 100.00 Case Administration email to SD re supoenas to Michael Benedetto | | | 20.00 | | | | | |
| Sep 3/2008 | 364290 | | Lawyer: BJT 0.50 Hrs X 80.00 Last day to serve rebuttal expert reports -; Litigation(Other than Avoidance Action Litigation) | | | 40.00 | | | | | |
| Sep 3/2008 | 364291 | | Lawyer: BJT 0.30 Hrs X 80.00 Rebuttal Man Writing Expert | | | 24.00 | | | | | |

# BROEGE, NEUMANN, FISCHER & SHAVER

## SEPTEMBER 2008

Oct 27/2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Chrg Rec# | Rcpts | General Disbs | Fees | Invl | Acc | Rcpts | Disbs | Balance |
|------|---------|-----------------------------------|-----------|-------|---------------|------|------|-----|-------|-------|---------|
| | | Reports Due -; Litigation(Other than Avoidance Action Litigation) | | | | | | | | | |
| Sep 3/2008 | 364292 | Lawyer: BJT 0.30 Hrs X 80.00 Last day to serve all other expert reports -; Litigation(Other than Avoidance Action Litigation) | | | | 24.00 | | | | | |
| Sep 3/2008 | 364293 | Lawyer: BJT 0.20 Hrs X 80.00 Answers to Interrogatories Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364294 | Lawyer: BJT 0.20 Hrs X 80.00 Expert Witness Reports Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364295 | Lawyer: BJT 0.20 Hrs X 80.00 Responses to Request for Admission&Doc demand due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364296 | Lawyer: BJT 0.20 Hrs X 80.00 All other Motions to Compel Discovery Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364297 | Lawyer: BJT 0.20 Hrs X 80.00 Joint Stip of Undisputed Facts, Proposed Findings of Disputed Facts Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364298 | Lawyer: BJT 0.20 Hrs X 80.00 Deps of Fact Witness Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364299 | Lawyer: BJT 0.20 Hrs X 80.00 Discovery, Request for Admission, Roggs&Doc demands due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364300 | Lawyer: BJT 0.20 Hrs X 80.00 Mahoney Cohen Dep Check /SD - Deps were adjourned without date from 10/10/2007; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364301 | Lawyer: BJT 0.20 Hrs X 80.00 Answer to Roggs Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364302 | Lawyer: BJT 0.20 Hrs X 80.00 Expert Reports Due -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364389 | Lawyer: BJT 0.50 Hrs X 80.00 Litigation(Other than Avoidance Action Litigation) email to SD re supplemental deps of Joey and Terry Dwek | | | | 40.00 | | | | | |
| Sep 3/2008 | 364395 | Lawyer: BJT 0.20 Hrs X 80.00 Motions Deadline Dwek vs Franco -; Litigation(Other than Avoidance Action Litigation) | | | | 16.00 | | | | | |
| Sep 3/2008 | 364410 | Lawyer: BJT 0.20 Hrs X 80.00 Discovery Due - The following parties were served: Plaintiffs' Attorneys, Defendants, Defendants' Attorney. Signed on 9/21/2007 Discovery due by 4/30/2008 Trial date set for 7/31/2008 | | | | 16.00 | | | | | |

Oct 27/2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Chq#/Rec# | Received From/Paid To Explanation | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | at 10:00 AM at KCF - Courtroom 2, Trenton; Litigation(Other than Avoidance Action Litigation) | | | | | | | |
| Sep 4/2008 | 361830 | | Lawyer: TPN  4.50 Hrs X 500.00 Travel to and from NYC | | | 2250.00 | | | | |
| Sep 4/2008 | 361831 | | Lawyer: TPN  3.50 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation) - attend deposition of Joseph and Terry Dwek at Cole schotz NY office | | | 1750.00 | | | | |
| Sep 5/2008 | 361842 | | Lawyer: TPN  0.50 Hrs X 500.00 Case Administration; Correspondence received from Andrew Kelly to Joe Lemkin re subpoenas served by Committee on Ansell Zaro law firm; | | | 250.00 | | | | |
| Sep 5/2008 | 361843 | | Lawyer: TPN  0.20 Hrs X 500.00 Case Administration; Correspondence drafted to Kelly Correspondence received from Don Crecca to Peter Wegener re condemnation of Neptune Gas property | | | 100.00 | | | | |
| Sep 8/2008 | 361845 | | Lawyer: TPN  0.20 Hrs X 500.00 Case Administration; review copy of letter from Joe Lemkin to Schu re Yeshiva | | | 100.00 | | | | |
| Sep 9/2008 | 361847 | | Lawyer: TPN  1.50 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation) - revisions to cert of Solomon re attorney-client privilege; finalize memorandum | | | 750.00 | | | | |
| Sep 9/2008 | 361850 | | Lawyer: TPN  0.20 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation) ; review complaint against Joseph Kohen for the turnover of rent payments for 45 Monmouth Rd. | | | 100.00 | | | | |
| Sep 9/2008 | 361851 | | Lawyer: TPN  0.20 Hrs X 500.00 Case Administration; Telephone conference with Solomon | | | 100.00 | | | | |
| Sep 9/2008 | 361852 | | Lawyer: TPN  0.30 Hrs X 500.00 Case Administration; Correspondence drafted to and received from Solomon via email | | | 150.00 | | | | |
| Sep 10/2008 | 361855 | | Lawyer: TPN  0.40 Hrs X 500.00 Case Administration; Correspondence received via email from Don Crecca re Neptune Gas condemnation and retention of Wegener; Telephone conference with Wegener' secretary; email to Don Crecca | | | 200.00 | | | | |
| Sep 10/2008 | 361860 | | Lawyer: TPN  0.30 Hrs X 500.00 Case Administration - email from Jeff Testa and Solomon re discounting price of Jo eParker property because environmental issue even though sale was AS IS; reply | | | 150.00 | | | | |
| Sep 11/2008 | 361863 | | Lawyer: TPN  0.20 Hrs X 500.00 Case Administration - emails from Lucile Karp and Solomon re smoke detector/carbon monoxide certifications for Joe | | | 100.00 | | | | |

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Che# Rec# | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|------|---------|-----------------------------------|-----------|-------|---------------|------|--------------|----------------------|-------|---------|
| Sep 11/2008 | 361804 | Parker properties Lawyer: TPN 0.20 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); Correspondence received from Solomon re Chicago Title Insurance Company v. Pearl Dwek; Joseph Kohen; eet al civil RICO suit; reply | | | | 100.00 | | | | |
| Sep 15/2008 | 361861 | Lawyer: TPN 0.30 Hrs X 500.00 Case Administration; Review documents Trustee intends to send to counsel for Technical Steel; email to Liz Kenny that not privileged and can be released | | | | 150.00 | | | | |
| Sep 16/2008 | 362152 | Lawyer: JLJ 0.60 Hrs X 50.00 Case Administration - various filing | | | | 30.00 | | | | |
| Sep 17/2008 | 362565 | Lawyer: TPN 0.50 Hrs X 500.00 Case Administration; Telephone conference with Walter Greenhalgh re Kasowitz application; attorney/client privilege motion resolution; plan | | | | 250.00 | | | | |
| Sep 17/2008 | 362568 | Lawyer: TPN 0.20 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); Telephone conference with Mike Waters re resolution of attorney/client privilege motion | | | | 100.00 | | | | |
| Sep 17/2008 | 362570 | Lawyer: TPN 0.50 Hrs X 500.00 Case Administration; Court Appearance with Fran Steele and Charles Stanzile re via phone; re status conference re substantive consolidation; conversion vs plan | | | | 250.00 | | | | |
| Sep 17/2008 | 362571 | Lawyer: TPN 0.30 Hrs X 500.00 Case Administration; Telephone conference with Solomon re status conference with Court | | | | 150.00 | | | | |
| Sep 17/2008 | 362575 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; Correspondence received from Don Crecca and Peter Wegener re Neptune Gas condemnation | | | | 100.00 | | | | |
| Sep 18/2008 | 362256 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; Telephone conference with Charles Stanzione re substantive consolidation; plan | | | | 100.00 | | | | |
| Sep 18/2008 | 362257 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration; Telephone conference with Walter Greenhalgh re substantive consolidation; plan | | | | 100.00 | | | | |
| Sep 22/2008 | 362580 | Lawyer: TPN 0.40 Hrs X 500.00 Litigation(Other than Avoidance Action Litigation); Telephone conference with Mike Waters re adjourning motion re AC privilege; Telephone conference with Sheila Wiggins re adjourning motion re AC privilege; email to Court requesting adjournment of | | | | 200.00 | | | | |

Broege, Neumann, Fischer & Shaver, L.L.C.
Client Ledger
Feb 1/2008 To Sep 30/2008

| Date | Entry # | Received From/Paid To Explanation | Chel Recl | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | motion re AC privilege | | | | | | | | |
| Sep 22/2008 | 362583 | Lawyer: TPN 1.00 Hrs X 500.00 Case Administration: Court Appearance re application of Debtor to replace Broege Neumann | | | | 500.00 | | | | |
| Sep 22/2008 | 362584 | Lawyer: TPN 0.40 Hrs X 500.00 Plan and Disclosure Statement: Correspondence received from Walter Greenhalgh; review plan and revise; email to Walter Greenhalgh | | | | 200.00 | | | | |
| Sep 22/2008 | 362585 | Lawyer: TPN 0.30 Hrs X 500.00 Plan and Disclosure Statement - Telephone conference with Charles Stanziale re plan | | | | 150.00 | | | | |
| Sep 22/2008 | 362586 | Lawyer: TPN 0.20 Hrs X 500.00 Plan and Disclosure Statement; Telephone conference with Solomon re plan | | | | 100.00 | | | | |
| Sep 23/2008 | 362557 | Lawyer: TPN 2.50 Hrs X 425.00 Travel to and from Newark to Office of Charles Stanziale | | | | 1062.50 | | | | |
| Sep 23/2008 | 362558 | Lawyer: TPN 2.50 Hrs X 500.00 Plan and Disclosure Statement: Out of office meeting with Charles Stanziale, Walter Greenhalgh, Brian Baker, Jeff Testa, Joe Lemkin, Solomon Dwek to discuss substantive consolidation; plan | | | | 1250.00 | | | | |
| Sep 23/2008 | 362650 | Lawyer: JLJ 0.30 Hrs X 50.00 Case Administration - copy various pending revocation notices | | | | 15.00 | | | | |
| Sep 23/2008 | 363993 | Lawyer: BJT 0.50 Hrs X 100.00 Case Administration review of Revocation notices; email to and from SD; forwarding same to client | | | | 50.00 | | | | |
| Sep 24/2008 | 363760 | Lawyer: TPN 1.00 Hrs X 500.00 Plan and Disclosure Statement - revise plan | | | | 500.00 | | | | |
| Sep 24/2008 | 363764 | Lawyer: TPN 1.50 Hrs X 500.00 Plan and Disclosure Statement - revise plan | | | | 750.00 | | | | |
| Sep 25/2008 | 363134 | Lawyer: DES 0.30 Hrs X 275.00 Internal staff meeting with Timothy P Neumann re: attorney client privilege assignment tasks that need to be performed/privilege log | | | | 82.50 | | | | |
| Sep 26/2008 | 363133 | Lawyer: PJB 0.30 Hrs X 350.00 Internal staff meeting withTimothy P Neumann Esq re: document review and attorney client privilege | | | | 105.00 | | | | |
| Sep 26/2008 | 363768 | Lawyer: TPN 0.70 Hrs X 500.00 Case Administration: prep memo re law of ARC privilege for other attorneys in firm | | | | 350.00 | | | | |
| Sep 26/2008 | 363769 | Lawyer: TPN 0.20 Hrs X 500.00 Case Administration - Internal staff meeting with PJB, FJF and DES re staffing document review of FBI docs to protect attorney-client privilege | | | | 100.00 | | | | |
| Sep 26/2008 | | Lawyer: TPN 0.60 Hrs X 500.00 | | | | 300.00 | | | | |

# BROEGE, NEUMANN, FISCHER & SHAVER

## OCTOBER 2008

November 20, 2008

Solomon Dwek
311 Crosby Avenue
Deal, NJ 07723

File #:   9125-001
Invoice Number:   5697

**Case:Solomon Dwek,**
**Case No. 07-11757**

---------------------------------------------------------------------------------------------------------------------------------

--------

| **Date** | **Description** | **Hours** | **Attorney Paralegal** |
|---|---|---|---|
| 10 /1/08 | Litigation(Other than Avoidance Action Litigation); prep response to motion to compel deposition of Solomon Dwek | 0.50 | TPN |
| 10 /2/08 | Meeting of Creditors in Sinking Springs Outparcel, LP and Deal Road Land Holdings, LLC; post hearing conference with Charles Stanziale, Lou Modugno and Solomon Dwek | 2.00 | TPN |
| | Travel to and from Trenton | 2.00 | TPN |
| | Case Administration - scan various documents | 0.20 | JLJ |
| 10 /3/08 | Case Administration; Telephone conference with Solomon re filing motion to compel abandonment of upside down properties; renewing motion to compel escrow of disputed penalties and fes when sell property | 0.20 | TPN |
| 10 /5/08 | Litigation(Other than Avoidance Action Litigation) - prepare for hearings re 1806 and motion to compel testimony of Solomon by HSBC | 0.50 | TPN |
| 10 /6/08 | Litigation(Other than Avoidance Action Litigation); Court Appearance re motion to compel deposition of Solomon Dwek | 0.50 | TPN |
| | Plan and Disclosure Statement - revise plan | 2.00 | TPN |
| | Plan and Disclosure Statement - meet with Solomon, Walter Greenhalgh and Steve Urban re selling properties vs retaining in plan of reorganization | 1.00 | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.

Solomon Dwek,
Case No. 07-11757
Page 3
November 20, 2008

| | | | |
|---|---|---|---|
| | Litigation(Other than Avoidance Action Litigation); Travel to & from Trenton | 2.00 | TPN |
| | Travel - Trenton to Newark, Duane Morris; return from Newark | 2.50 | TPN |
| 10 /7/08 | Litigation(Other than Avoidance Action Litigation); Telephone conference with Sheila Wiggins re consent order resolving AC privilege motion | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); Telephone conference with Sheila Wiggins, Lois Goodman and Mike Waters re consent order resolving AC privilege motion | 0.30 | TPN |
| | Case Administration - various filing | 0.50 | JLJ |
| 10 /8/08 | Conference w/TPN re:  discs and documents on way; division of tasks by disc/document number/time table to get done; process of exclusion | 0.30 | DES |
| | Case Administration; Correspondence drafted to Walter Greenhalgh re plan revision | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); Correspondence received from Lois Goodman and Sheila Wiggins re consent order re AC privilege motion; reply | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); review proposed consent order re motion to compel testimony of Solomon Dwek | 0.20 | TPN |
| | Plan and Disclosure Statement - revise plan | 1.00 | TPN |
| | Case Administration email for client re cobett Holdings filing | 0.30 | BJT |
| 10 /9/08 | Case Administration - review revised consent order re AC privilege; email Solomon re same | 0.30 | TPN |
| | Case Administration - Correspondence drafted to client enclosing Motion for Final Judgment in re: Route 33 Medical & Grant Avenue Estates | 0.50 | JLJ |
| | Case Administration - various filing | 0.50 | JLJ |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
Solomon Dwek,
November 20, 1998
Page    4

| | | | |
|---|---|---|---|
| 10 /10/08 | Case Administration - review notice of auction of 13 properties; email to Solomon re same | 0.30 | TPN |
| | Case Administration - email from Walter Greenhalgh re witnesses to be subpoenaed; emai to Solomon re same; reply from Solomon; reply to Walter | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); Correspondence  via email drafted to Lois Goodman and Sheila Wiggins re consent order on AC privilege; reply from Walter Greenhalgh; reply to Walter Greenhalgh; email to Solomon re same; reply from Solomon; email to Walter | 0.40 | TPN |
| | Litigation(Other than Avoidance Action Litigation) - prepare second motion to require escrow of disputed fees | 0.50 | TPN |
| 10 /13/08 | Case Administration - review FBI documents for Attorney Client privilege | 4.00 | TPN |
| | Case Administration - revise Consent Order re Attorney Client privilege; email to Mike waters and Sheila Wiggins | 0.40 | TPN |
| | Plan and Disclosure Statement - revise plan | 0.50 | TPN |
| 10 /14/08 | Review documents; conference TPN re:  same | 0.20 | DES |
| | Review of sub-file #7 to check for attorney client privilege | 1.80 | FJF |
| | Organizing FBI files; inner office conference w/Tim Neumann Esq | 0.50 | FJF |
| | Internal staff meeting w/TPN and FJF re:  document review | 0.50 | PJB |
| | Case Administration - review FBI docs for attorney client privilege | 1.50 | TPN |
| | Case Administration - email from Walter Greenhalgh re plan; reply | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); Correspondence drafted to Court re consent to late | 0.30 | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.

Solomon Dwek,
November 20, 2008
Page    5

|  |  |  |  |  |
|---|---|---|---|---|
|  | submission of opposition to motion to enforce attorney-client privilege |  |  |  |
|  | Case Administration; Internal staff meeting with PJB and FJF ro organize FBI doc review | 0.50 |  | TPN |
|  | Case Administration; Preparation of motion to compel abandonment of real properties with no equity | 2.50 |  | TPN |
|  | Case Administration email to client advise that Ch 11 petition for Sinking Springs were filed | 0.20 |  | BJT |
| 10 /15/08 | Case Administration - review FBI docs to ID privileged communications | 4.00 |  | TPN |
|  | Case Administration; Review FBI docs to screen for privileged documents | 4.00 |  | TPN |
|  | Case Administration efile consent order re status of privilege; email to court and parties in interest | 0.50 |  | BJT |
|  | Litigation(Other than Avoidance Action Litigation) download and review joint scheduling order re Stanziale vs HSBC; calendar events | 0.50 |  | BJT |
| 10 /16/08 | Case Administration - prepare motion to compel trustee to abandon real property with no equity | 2.00 |  | TPN |
|  | Case Administration - prep motion to compel trustee to escrow disputed prepayment penalties, counsel fees, default interest and late charges | 1.50 |  | TPN |
|  | Case Administration - review FBI documents | 4.00 |  | TPN |
|  | Case Administration review of email from client | 0.30 |  | BJT |
|  | Litigation(Other than Avoidance Action Litigation) motion for an order requiring escrow of disputed legal fees etc. cert of service; proposed form of order | 0.80 |  | BJT |
|  | Litigation(Other than Avoidance Action Litigation) motion to compel escrow of disputed fees; efile with court; prep of cert of service | 1.00 |  | BJT |
| 10 /17/08 | Case Administration - review FBI documents for attroney/cleint privileged communications | 5.00 |  | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
Solomon Dwek,
Case No. 07-11757
November 20, 2008
Page    6

| | | | |
|---|---|---|---|
| | Asset Disposition; Correspondence received from Jeff Testa to Geoffrey Castello re credit bidding at auction | 0.20 | TPN |
| | Fee/Employment Applications  preparation of third interim fee application; cert of TPN; application cover sheet | 3.50 | BJT |
| 10 /18/08 | Case Administration - review FBI documents for attorney/client privileged communications | 5.00 | TPN |
| 10 /19/08 | Case Administration - review FBI documents for attorney/client privileged communications | 5.00 | TPN |
| 10 /20/08 | Review of subscriptions file #7 to check for attorney client privilege | 1.00 | FJF |
| | Case Administration Tel conf with inquiry of Carey Tajfel re Deal Road Holdings; email to SD and TPN | 0.50 | BJT |
| | Case Administration email from Mary Jo re Revocation of Notices; email to Mary Jo; scan and forward Revocation Notices | 0.50 | BJT |
| | Case Administration Seidman & Pincus re Ackn of service re Lakeland  Bank vs. Dover Estates; fax to lawyers | 0.50 | BJT |
| 10 /21/08 | Case Administration - organize search of VOLUME 2 of FBI docs for attorney-client privileged communications. | 0.50 | TPN |
| | Case Administration; Correspondence received from Liz Kenny enc documents with request that they be examined for attorney-client privilege; review documents; email to Solomon; email to Liz Kenny that documents are clear | 0.50 | TPN |
| 10 /22/08 | Case Administration - examine FBI documents | 2.50 | TPN |
| | Case Administration - revise letter to US Attorney re use immunity | 0.30 | TPN |
| | Case Administration; Correspondence drafted to US Attorney advising Solomon Dwek will invoke 5th Amendment and not testify unless given use immunity | 1.00 | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
Solomon Dwek,
November 20, 2008
Case No. 07-11757
Page    7

| | | | |
|---|---|---|---|
| | Case Administration; Telephone conference with Charles Stanziale re case status; plan; consolidation motion | 0.20 | TPN |
| | Case Administration; Telephone conference with Sheila Wiggins and email exchange re FBI documents; inability of her firm to access hard drive; review of Bates number sequencing re the same | 0.80 | TPN |
| | Fee/Employment Applications  redraft 3rd fee application coversheet; application in support etc | 1.00 | BJT |
| 10 /23/08 | Case Administration email to and from SD re transcripts | 0.30 | BJT |
| | Litigation(Other than Avoidance Action Litigation) email to client re draft letter to  U S Attorney | 0.30 | BJT |
| | Litigation(Other than Avoidance Action Litigation) review of adversary files; attend to transcripts of the SD's testimoney at 341(a) meeting of creditors and adversary proceedings | 1.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) review of dates of hearing of 341 meetings; email to U S Trustee requesting copies of transcripts | 1.00 | BJT |
| | Case Administration - copy deposition transcripts | 2.00 | JLJ |
| | Case Administration - copy cd's of deposition transcripts | 1.50 | JLJ |
| | Case Administration - package & UPS copies of deposition transcripts & cd's | 0.50 | JLJ |
| 10 /24/08 | Review of various files for lawyer client privileges | 2.50 | FJF |
| | Case Administration - scan & e-mail 10-20-08 letter with pending revocations to Solomon Dwek | 0.30 | JLJ |
| 10 /25/08 | Case Administration - review FBI documents | 4.50 | TPN |
| 10 /27/08 | Litigation(Other than Avoidance Action Litigation); Office conference with counsel to Chicago title, Solomon Dwek and Steve Rubin, Esq. re RICO litigation against Kohen, Solomon et al | 1.00 | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.

Solomon Dwek,
November 20, 2008
Page    8

| | | | |
|---|---|---|---|
| ✓ | Plan and Disclosure Statement; Office conference with Solomon to review/edit plan an d disclosure statement | 2.00 | TPN |
| ✓ | Case Administration  preparation of ch 11 petition for corbett holdings i; email to and from SD and Mary Epp and mona | 2.50 | BJT |
| ✓ | Case Administration  Offcie conf with SD | 0.30 | BJT |
| | Plan and Disclosure Statement  modifications to plan and disclosure | 1.00 | BJT |
| | Case Administration - Correspondence drafted to Michael Kahme, Esq. enclosing acknowledgment of service re: Amboy vs Dwek Proeprties; also faxed | 0.50 | JLJ |
| 10 /28/08 | Case Administration - Correspondence to Michael Kahme, Esq. enclosing signed acknowledgment of service in re: Dwek Branches; also faxed | 0.50 | JLJ |

**FEE SUMMARY:**

| Attorney/Paralegal | Amount | Hours |
|---|---|---|
| David E. Shaver | $160.00 | 0.50 |
| Frank J. Fischer | $2,030.00 | 5.80 |
| Peter J. Broege | $212.50 | 0.50 |
| Timothy P. Neumann | $35,450.00 | 70.90 |
| Barbara J. Tassillo | $1,600.00 | 16.00 |
| Jennifer Johnson | $420.00 | 7.00 |

**Total Professional Services** | | **$39,872.50**

# BROEGE, NEUMANN, FISCHER & SHAVER

## NOVEMBER 2008

BROEGE, NEUMANN, FISCHER & SHAYER, L.L.C.
Solomon Dwek.
December 23, 2008
Page   2

| Date | Description | Hours | Attorney Paralegal |
|------|-------------|-------|--------------------|
| 11 /3/08 | Review of files for lawyer client privilege | 2.00 | FJF |
| | Case Administration email from SD re carry the motion to escrow default interests as well as the motion on the bleeder properties for 4 weeks. | 0.20 | BJT |
| | Claims Administration and Objections email to court re motion to compel escrow of funds #3340 | 0.30 | BJT |
| | Litigation(Other than Avoidance Action Litigation) email from SD re file opposition to this Kantrowitz commission. | 0.30 | BJT |
| 11 /4/08 | Case Administration email from SD to move motion #3340 compel escrow of funds to 12/15 | 0.20 | BJT |
| | Case Administration email to and from SD re abandonment motion to be adjourned | 0.50 | BJT |
| 11 /5/08 | Case Administration email to and from SD re adjournment of abandonment motion; email to court and parties in interest | 0.50 | BJT |
| | Litigation(Other than Avoidance Action Litigation) preparation of opposition to Kantrowitz fee applications | 0.50 | BJT |
| | Litigation(Other than Avoidance Action Litigation) efile opposition to Kantrowitz motion; review of pleadings and court docket | 1.00 | BJT |
| 11 /6/08 | Case Administration review FBI documents to establish privilege log | 2.50 | TPN |
| | Case Administration various filing | 0.30 | JLJ |
| 11 /7/08 | Case Administration preparation of privilege log of documents seized by FBI | 1.00 | TPN |
| 11 /8/08 | Plan and Disclosure Statement wrok/revise plam and disclosure statement | 4.00 | TPN |
| 11 /9/08 | Case Administration email from SD re credit bid of the december 2008 property to be sold; review of issues of objection | 0.30 | BJT |
| 11 /10/08 | Case Administration email to client re withdrawing motion and parties in interest | 0.50 | BJT |

BROEGE, NEUMANN, FISCHER & NEUMANN, L.L.C.
Solomon Dwek.
December 23, 1998
Page    3

| | | | | |
|---|---|---|---|---|
| | Case Administration email to court withdrawing motion to compel abandonment #3342.. | 0.50 | BJT |
| | Case Administration email to attorneys for Amboy Bank advising that motion to compel abandonment was withdrawn | 0.30 | BJT |
| 11 /11/08 | Case Administration email to SD re Amboy National Bank final judgment motions; review of 3 motions for final judgment | 0.50 | BJT |
| | Correspondence received from Solomon Dwek re #3342 motion to compel abandonment; response to client. | 0.40 | BJT |
| | Case Administration - Correspondence drafted to Solomon Dwek enclosing Request to Enter Default & Certification of Default in re  Neptune Gas | 0.50 | JLJ |
| | Case Administration - Correspondence drafted to Solomon Dwek enclosing Request to Enter Default & Certification of Default in re. Dwek Income | 0.50 | JLJ |
| 11 /12/08 | Case Administration- email re meeting with TPN by SD | 0.20 | BJT |
| 11 /13/08 | Case Administration (fix) corres via email to SD re Order adjourning dep re HSBC vs Dwek; review of emails from SD | 0.50 | BJT |
| | Case Administration- email to client confirming meeting | 0.20 | BJT |
| | Case Administration review of Order adj dep re HSBC vs Dwek, Litigation(Other than Avoidance Action Litigation) | 0.40 | BJT |
| | Litigation(Other than Avoidance Action Litigation) email to and from client re adjournment of dep and order (under seal) | 0.50 | BJT |
| 11 /14/08 | Review of files for Lawyer client privilege | 2.00 | FJF |
| | Case Administration review of file: draft plan and disclosure statement | 0.50 | BJT |
| 11 /15/08 | Plan and Disclosure Statement - work on plan and disclosure statement | 4.50 | TPN |
| 11 /16/08 | Plan and Disclosure Statement - review/revise plan and disclosure statement; office conference with Solomon re same | 3.00 | TPN |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.

Solomon Dwek
December 31, 2008
Page   4

| 11 /17/08 | Case Administration  Court  Appearance in connection with motion of Committee to enforce subpoena of records of Ansel Zaro lawsuit | 0.40 | TPN |
| | Plan and Disclosure Statement - work on plan and disclosure statement | 2.50 | TPN |
| | Case Administration  email re list of tenants names | 0.30 | BJT |
| | Case Administration  various filing | 1.00 | JLJ |
| 11 /18/08 | Case Administration  review FBI docs for privilege and establish privilege log | 3.00 | TPN |
| | Plan and Disclosure Statement - finalize plan and disclosure statement | 6.50 | TPN |
| | Plan and Disclosure Statement - finalize plan and disclosure statement | 3.00 | TPN |
| | Case Administration  email re 112 Sara Court  Cert of Default by mortgage company | 0.30 | BJT |
| | Plan and Disclosure Statement  Prepare list of bank claims and individual claimants | 1.00 | BJT |
| | Plan and Disclosure Statement  prepare plan and disclosure  statement for efiling with the Court; | 1.00 | BJT |
| | Relief and Stay Proceedings  review of certification of default by Option One Bank re 113 Sarah Court, lakewood; email to client re position | 0.50 | BJT |
| | Relief and Stay Proceedings review of minutes from hearing held on 11/17/08 | 0.30 | BJT |
| 11 /19/08 | Case Administration  Telephone conference with Charles Stanziale re plan | 0.20 | TPN |
| | Plan and Disclosure Statement; Telephone conference with Fran Steele and Shining Hsu re plan and disclosure statement | 0.40 | TPN |
| | Case Administration review of emails from SD re BRT loans and tenant addresses | 0.50 | BJT |
| | Case Administration  email from SD re list of LLC with BRT loans | 0.30 | BJT |

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
Solomon Dwek,
December 23, 1998
Page   5

| 11 /20/08 | Review of files for lawyer client privilege | 3.00 | FJF |
| | Case Administration - review draft agreement prepared by Lois Goodman re release of FBI docs to investor defendants | 0.20 | TPN |
| | Plan and Disclosure Statement: Correspondence drafted to Fran Steele re plan and disc modifications | 0.50 | TPN |
| | Case Administration inquiry from interested party re liquor license of Neptune | 0.50 | BJT |
| 11 /25/08 | Litigation(Other than Avoidance Action Litigation) cert of objection to litigation settlement of controversy Stanziale v. dw7 /25/08 | 0.30 | BJT |
| | Litigation(Other than Avoidance Action Litigation) draft cert in opposition to settlement of controversy re Stanziale vs Diagnostic | 1.50 | BJT |
| 11 /26/08 | Case Administration email to and from SD re revsisions: redraft of cert in opp re Stanziale vs Diagnostic | 0.50 | BJT |
| | Litigation(Other than Avoidance Action Litigation) redraft changes to objection to Diagnostic advs Stanziale; email from SD with changes | 1.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) redraft of 4th revision to objectin to settlement re Stanziale vs Diagnostic | 0.50 | BJT |
| 11 /29/08 | Case Administration - review FBI documents | 4.00 | TPN |
| 11 /30/08 | Litigation(Other than Avoidance Action Litigation) - prep objection to notice of proposed settlement for $3000 of claim of Dwek Branches for breach of lease | 2.00 | TPN |

**FEE SUMMARY:**

| Attorney/Paralegal | Amount | Hours |
|---|---|---|
| Frank J. Fischer | $2,100.00 | 7.00 |
| Timothy P. Neumann | $18,850.00 | 37.70 |
| Barbara J. Tassilio | $1,800.00 | 16.80 |
| Jennifer Johnson | $138.00 | 2.30 |

# BROEGE, NEUMANN, FISCHER & SHAVER

# DECEMBER 2008

Broege, Neumann, Fischer & Shaver, L.L.C.
Solomon Dwek,
Case No. 07-11757
Page    2

| Date | Description | Hours | Attorney Paralegal |
|------|-------------|-------|--------------------|
| 12 /1/08 | Case Administration - email from Solomon to Ray Smith re auction | 0.20 | TPN |
| 12 /3/08 | Case Administration Tel conf with Irv Burcel re interest in 1660 Old Ave Ewing NJ; | 0.30 | TPN |
| | Case Administration; Telephone conference with Pater Bass re status of stay relief motion on winston Circle property | 0.30 | TPN |
| | Case Administration phone call from prospective buyer for Ewing Twp Property; email to Solomon | 0.50 | BJT |
| | Case Administration  Review of Court's docket regarding Cert of No OBjection re 3467; email to Court and trustee; email from Court re correct cert of No Objectin | 0.60 | BJT |
| | Litigation(Other than Avoidance Action Litigation) review of 3rd amended joint scheduling order re Adjimi advs Dwek; download, diary | 1.00 | BJT |
| 12 /4/08 | Case Administration - various filing | 0.50 | JLJ |
| 12 /5/08 | Litigation(Other than Avoidance Action Litigation) review of 3rd joint scheduling order re Stanziale vs HSBC; email to SD re dates | 0.80 | BJT |
| 12 /6/08 | Case Administration - review documents seized by FBI an dprepare privilege log | 5.00 | TPN |
| 12 /7/08 | Litigation(Other than Avoidance Action Litigation) review of 3rd joint scheduling order re Trustee vs HSBC; review of email from Jeff Testa re same | 0.40 | TPN |
| 12 /8/08 | Litigation(Other than Avoidance Action Litigation) email to and from SD and Jeff Bernstein re Trustee vs HSBC | 0.50 | BJT |
| 12 /9/08 | Review of volume two files for privileged information | 2.00 | FJF |
| | Case Administration - various filing | 0.50 | JLJ |
| 12 /10/08 | Relief and Stay Proceedings; Correspondence received from Solomon re whether debtor opposed stay relief motion re WInston Circle; research and reply | 0.30 | TPN |
| | Relief and Stay Proceedings email from Solomon re Winston Circle | 0.30 | TPN |

**Broege, Neumann, Fischer & Shaver, L.L.C.**
Solomon Dwek,
Case no. 07-20037
Page   3

| | | | | |
|---|---|---|---|---|
| | Case Administration; Telephone conference with Solomon re objecting to sales of property to be retained under plan | 0.20 | TPN |
| | Case Administration Review of Sub of Attorney of McCarter English | 0.30 | BJT |
| | Case Administration tel conf with prospective buyer for Neptune License | 0.20 | BJT |
| | Case Administration email to and from SD re Winston Circle and opposition to motion | 0.30 | BJT |
| 12 /11/08 | Asset Disposition - objection to sale of properties to be retained under plan | 3.50 | TPN |
| 12 /12/08 | Plan and Disclosure Statement; Correspondence received from Solomon asking to amend plan | 0.20 | TPN |
| | Litigation(Other than Avoidance Action Litigation); Correspondence received from Solomon Dwek, Walter Greenhalgh and Jeff Testa re adjourning motion to compel escrow of disputed legal fees, prepayment penalties, etc; reply | 0.20 | TPN |
| 12 /13/08 | Asset Disposition; Correspondence received from SOlomon by email  re objecting to SOuth Carolina sale; reply | 0.20 | TPN |
| | Plan and Disclosure Statement - prepare First Modifed Plan and First Modified Disclosure Statement | 2.50 | TPN |
| 12 /14/08 | Case Administration email from Solomon re hearing on for 12/15/2008 and plan and disclosure | 0.30 | TPN |
| 12 /15/08 | Asset Disposition; Court Appearance in connection with hearing to approve slaes of December auction | 1.50 | TPN |
| | Asset Disposition; Preparation of objection to sale of auctioned properties | 1.00 | TPN |
| | Relief and Stay Proceedings review of email from Brian Baker re Greenwood S Carolina and hearing | 0.30 | TPN |
| | Travel from Trenton | 1.00 | TPN |

Broege, Neumann, Fischer & Shaver, L.L.C.
Solomon Dwek,
Case No. 07200757
Page   4

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Case Administration mod to proposed objection to Acution Sale re Greenwood Carolina property; preparation to efile with Court | 1.00 | BJT |
| | Case Administration review of email from SD re plan and disclosure | 0.30 | BJT |
| | Case Administration review of emails from Brian Baker, SD and TPN re objection to Greenwood S Carolina; debt figures, changes to opposition | 0.80 | BJT |
| 12 /16/08 | Case Administration  email from Solomom re LNR partners re South Carolina property | 0.30 | TPN |
| | Case Administration review of email from SD to Brian concerning number on SC property | 0.30 | BJT |
| 12 /19/08 | Plan and Disclosure Statement - first modified plan an ddisclosure statement revisions | 1.50 | TPN |
| 12 /20/08 | Case Administration - review documents seized by FBI an dprepare privilege log | 4.50 | TPN |
| 12 /22/08 | Case Administration review of email and certification changes from SD | 0.30 | BJT |
| 12 /23/08 | Case Administration; Correspondence received from ALex Cress re date of disclosure hearing | 0.20 | TPN |
| | Fee/Employment Applications preparation of second interim fee application | 1.50 | TPN |
| 12 /24/08 | Case Administration; Correspondence drafted to Walter Greenhalgh re date of disclosure hearing | 0.20 | TPN |
| | Case Administration; Telephone conference with office of Riker Danzig re date of disclosure hearing | 0.20 | TPN |
| | Case Administration - various filing | 0.20 | JLJ |
| 12 /26/08 | Case Administration - review documents seized by FBI an dprepare privilege log | 6.00 | TPN |
| 12 /28/08 | Relief and Stay Proceedings  email from Solomon re debt numbers re South Carolina property | 0.30 | TPN |
| 12 /29/08 | Case Administration review of email re notice of sale | 0.20 | BJT |

Broege, Neumann, Fischer & Shaver, L.L.C.
Solomon Dwek,
Case No. 07-11757
Page    5

|  |  |  |  |
|---|---|---|---|
|  | Case Administration review of notice of sale  601 Main Street, Loch Arbour, New Jersey (related document:[915] Order (Generic | 0.30 | BJT |
|  | Case Administration review of email from SD and TPN re debt numbers re South Carolina property | 0.30 | BJT |
| 12 /30/08 | Asset Disposition - work on objection to auction resuilts, payment of default interest and counsel fees | 2.00 | TPN |
|  | Case Administration review of email from SD and TPN re North Carolina Properties | 0.30 | BJT |
| 12 /31/08 | Asset Disposition - work on objection to auction resuilts, payment of default interest and counsel fees | 2.50 | TPN |
|  | Case Administration email to Solomon re interested party purchasing toms river property | 0.30 | TPN |
|  | Plan and Disclosure Statement - finalize first modified plan and first modified disclosure statement | 3.50 | TPN |
|  | Case Administration review of email from TPN to SD re prospective interest on 3397 route 37 property; plan etc. | 0.40 | BJT |
| 1 /6/09 | Case Administration - Correspondence drafted to Donald Crecca, Esq. enclosing signed Stipulation & Consent Order; also faxed | 0.50 | JLJ |

**FEE SUMMARY:**

| Attorney/Paralegal | Amount | Hours |
|---|---|---|
| Frank J. Fischer | $700.00 | 2.00 |
| Timothy P. Neumann | $17,672.50 | 40.70 |
| Barbara J. Tassillo | $1,815.00 | 8.40 |
| Jennifer Johnson | $102.00 | 1.70 |
| **Total Professional Services** |  | **$20,289.50** |
| **Total Fees, Disbursements** |  | **$20,289.50** |

**PAYMENTS RECEIVED**