# BROEGE, NEUMANN, FISCHER & SHAVER

# JANUARY 2009

# *Broege, Neumann, Fischer & Shaver, L.L.C.*

25 Abe Voorhees Drive
Manasquan, New Jersey 08736

Ph:732-223-8484                    Fax:732-223-2416

Solomon Dwek                                                                August 13, 2009
311 Crosby Avenue
Deal, NJ
07723

|  |  |
|---|---|
| File #: | 9125-001 |
| Inv #: | Settle |

**Attention:**

**RE:**     Solomon Dwek,
Case No. 07-11757

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-02-09 | Plan and Disclosure Statement - review Ike Franco objection to disclosure statement; Telephone conference with Solomon Dwek re same | 0.30 | 105.00 | TPN |
| Jan-06-09 | Case Administration - Correspondence drafted to Donald Crecca, Esq. enclosing signed Stipulation & Consent Order; also faxed | 0.50 | 30.00 | JLJ |
| Jan-08-09 | Plan and Disclosure Statement - prepare highlighted modified plan for Walter Greenhalgh | 0.50 | 175.00 | TPN |
| Jan-12-09 | Case Administration email to Peter Wegner forwarding consent order re condemation matter | 0.50 | 50.00 | BJT |
|  | Case Administration  cert of non compliance by Robert Gernicola | 0.20 | 20.00 | BJT |
|  | Case Administration  email from and to SD reDiagnostic | 0.30 | 105.00 | BJT |
|  | Case Administration review of calendar and update calendar events re motions for stay relief etc | 0.50 | 175.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation) email to SD re order ajdourning | 0.50 | 50.00 | BJT |

|  |  |  |  |  |
|---|---|---|---|---|
|  | deps in the matter of HSBS - Stanziale by U S Attorney; review of documents |  |  |  |
|  | Litigation(Other than Avoidance Action Litigation) Review of response by MDMC to McArter English motion to compel substitution of counsel in adversary matters | 0.30 | 105.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation) Withdorawal of opposition to Notice of Settlement of COntroversy re Diagnostic; efile with court | 0.50 | 175.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation) review of order adjourning deps filed by U S Attorneys office together with application under seal; email to SD | 0.50 | 175.00 | BJT |
| Jan-13-09 | Litigation(Other than Avoidance Action Litigation) - review District Court's OSC in Chicago Title Insurance v Pearl Dwek et al | 0.20 | 70.00 | TPN |
|  | Case Administration corres to SD re complaint filed by Chicago TItle vs Debtor | 0.50 | 175.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation) review of clerks notice of no objection to notice of settlement re Diagnostic | 0.30 | 105.00 | BJT |
| Jan-14-09 | Case Administration review of certification of debtor in opposition to certain stay relief motion regarding 'forged signatures' ; review of email from client | 1.00 | 350.00 | BJT |
|  | Fee/Employment Applications preparation of fourt interim fee application for BNFS; cert of TPN; proposed order and application cover sheet | 3.50 | 350.00 | BJT |
| Jan-15-09 | Case Administration; Office conference with Solomon Dwek re case status | 1.00 | 350.00 | TPN |
|  | Case Administration; Telephone conference with SOlomon re case status | 0.20 | 70.00 | TPN |
|  | Case Administration, email from and to SD re 'forged morgates'; 102 Runyon Ave, deal, | 0.50 | 175.00 | BJT |
|  | Case Administration  review and compile doucments for meeting with SD and TN; | 1.30 | 455.00 | BJT |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | motions to compel abandon of tank, equitably tolling, complaints etc | | | |
| Jan-19-09 | Case Administration - e-mail 1-5-09 letter from Kahme in re: Sheriff Sale along with the Final Judgment | 0.30 | 105.00 | JLJ |
| Jan-20-09 | Asset Disposition - response to Johnson Restaurant Equipment motion re 1102 Corlies Avenue | 0.50 | 175.00 | TPN |
| Jan-22-09 | Review of NOM by Trustee to Approve Settlement Agreement; Review of Isasac Franco's Objection to Disclosure Statement; review of related files; conference with Barbara re: same; commenced prep of Answer to Complaint to Determine Nondischargability of Debt (Chicago Title Ins. Co v. Dwek). | 1.40 | 490.00 | DAM |
| | Case Administration  tel conf with Liz Holdren re motion on for Monday | 0.30 | 105.00 | BJT |
| | Relief and Stay Proceedings revise and efile opposition to motion of Oceanfirst to remove tank from corlies avenue premises | 1.00 | 350.00 | BJT |
| Jan-23-09 | Plan and Disclosure Statement - prep reply to Franco objection to disclosure statement | 3.00 | 1,050.00 | TPN |
| | Case Administration; Telephone conference with Neal Ruben re debtor opposition to OCean First motion re underground tank | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Solomon re debtor opposition to OCean First motion re underground tank; motion to compel escrow disputed items such as default interest, legal fees, etc.; objection to sale of real properties in plan | 0.30 | 105.00 | TPN |
| | Teleconference with client re: answers to complaint filed by Chicago Title Ins. Co.; review of complaint; drafted answer to complaint; conference with TPN re: same; brief research. | 1.30 | 455.00 | DAM |
| | Case Administration  prep for motions scheduled for 1 26 2009; review calendar and files responsive pleadings | 1.00 | 350.00 | BJT |
| Jan-24-09 | Case Administration - review thrid party | 0.40 | 140.00 | TPN |

Invoice Case 07-11757-KCF    Doc 5042-6    Filed 08/13/09    Entered 08/13/09 15:35:54    Desc
Exhibit B    Page 4 of 12

| Date | Description | | | |
|------|-------------|------|--------|-----|
| | complaint against Dwek entities Bellmore Street LLC and entry of default; email to Solomon whether Bellmore has assets and should be in Chapter 11 to preserve value of same | | | |
| | Case Administration - review FBI documents for claim of privilege | 2.50 | 875.00 | TPN |
| Jan-25-09 | Plan and Disclosure Statement - revisions to reply to Ike Franco objections to disclosure statement | 1.00 | 350.00 | TPN |
| Jan-26-09 | Litigation(Other than Avoidance Action Litigation) - hearing on debtors objecion to sales of property | 1.00 | 350.00 | TPN |
| | Case Administration; Telephone conference with Solomon Dwek; Telephone conference with Charles Stanziale; Telephone conference with Walter Greenhalgh all regarding Solomon speaking to Walter Greenhalgh re certain claims to be brought vs third parties by Committee; email form of joint defense agreement to Walter | 0.70 | 245.00 | TPN |
| | Travel from Trenton | 1.00 | 350.00 | TPN |
| | Case Administration review of email from SD re response to Franco Objection | 0.30 | 105.00 | BJT |
| Jan-27-09 | Case Administration - prep privilege log for Volume 9 of FBI documents;; Correspondence drafted to Julie Kot re same | 0.50 | 175.00 | TPN |
| | Plan and Disclosure Statement - review objections of Chapter 11 Trustee and Creditors Committee to disclosure statement | 0.50 | 175.00 | TPN |
| | Case Administration review of objection by Unsecured creditors committee | 0.30 | 105.00 | BJT |
| | Case Administration review of objection filed by Gazi and Shahom | 0.30 | 105.00 | BJT |
| | Case Administration review and rsponse to and from SD | 0.30 | 105.00 | BJT |
| Jan-28-09 | Case Administration; Telephone conference with Walter Greenhalgh re case status | 0.50 | 175.00 | TPN |

| | | | | |
|---|---|---|---|---|
| | Case Administration; Telephone conference with Charles Stanziale re plan | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Solomon Dwek | 0.20 | 70.00 | TPN |
| | Telephone conference with Charles Stanziale re objections to Joey Dwek settlement | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Solomon re Joey Dwek settlement | 0.20 | 70.00 | TPN |
| | Case Administration email to court re request for transcript of the hearings on 126/2009 ; telephone conversatin with Holly re obtaining transcripts | 0.50 | 175.00 | BJT |
| | Case Administration Review of email from SD re transcripts and other matters | 0.30 | 105.00 | BJT |
| | Fee/Employment Applications prep of third monthly fee application; efile with court and email to auditor for review | 2.50 | 875.00 | BJT |
| | Plan and Disclosure Statement email to court re adjourn of the disclosure hearing scheduled for 2/5/2009; review of response from Chambers | 0.50 | 175.00 | BJT |
| Jan-29-09 | Avoidance Action Litigation - prep Joint Litigation Agreement between Committee and Debtor re possible claims vs Ansel Zaro | 0.50 | 175.00 | TPN |
| | Relief and Stay Proceedings - prep cert in opposition to motion of Johnson restaurant Equipment for release of $50,000 | 1.00 | 350.00 | TPN |
| | Relief and Stay Proceedings - email to Walter Greenhalgh re meetig to review claims vs ANsel Zaro | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with SOlomon Dwek re position to take re Joey Dwek settlement | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Charles Stanziale re position on Joey Dwek settlement | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Walter Greenhalgh re meeting with | 0.20 | 70.00 | TPN |

|  |  |  |  |  |
|---|---|---|---|---|
| | counsel and Solomon to review claims(if any) vs Ansell Zaro | | | |
| | Case Administration letter in support of trustee's motion for equitably tolling; | 1.00 | 350.00 | BJT |
| | Case Administration letter to court re adj of 1st mod disclosure statement; emails to 10 objecting creditors; tele conf with Dana of Judge Ferguson's Court | 1.50 | 525.00 | BJT |
| | Relief and Stay Proceedings draft of cert in opp to motion of Johnson's Equipment; review of emails from SD and TPN; review of cert of RJohnson; | 1.00 | 80.00 | BJT |
| | Preparation of draft form of Joint Defense Agreement; email same to client | 1.00 | 85.00 | PM |
| Jan-30-09 | Avoidance Action Litigation - read Usatine letter to court re Joey Dwek settlement; emaail toSolomon re same; t/c with Usatine | 0.30 | 105.00 | TPN |
| | Avoidance Action Litigation - prep of letter supporting motion of trustee to settle claims against Joey Dwek; efile same | 0.70 | 245.00 | TPN |
| | Case Administration - voicemail and email to Chris Porino re joint litigation agreement between committee and Solomon | 0.30 | 105.00 | TPN |
| | Case Administration; Telephone conference with Solomon Dwek, Charles Stanziale, Brian Baker and Jeff Testa to review positions re contested matters on court calendar for Monday 2/2/09 | 0.30 | 105.00 | TPN |
| | Case Administration; Telephone conference with ter Greenhalgh re joint litigation agreement between committee and Solomon | 0.20 | 70.00 | TPN |
| | Relief and Stay Proceedings; Telephone conference with Jules Rossi that he will consent to adjournment of Johnson Restaurant Equipment motion; email to Solomon, Jeff Testa, Brian Baker and Walter Greenhalgh re same | 0.30 | 105.00 | TPN |
| Feb-02-09 | Avoidance Action Litigation; Court Appearance to support Trustee in settlement of litigation against Joey Dwek | 2.00 | 700.00 | TPN |

# BROEGE, NEUMANN, FISCHER & SHAVER

## FEBRUARY 2009

| | | | | |
|---|---|---|---|---|
| | Case Administration; Telephone conference with Jeff Testa and Brian Baker re trustee plan | 0.20 | 70.00 | TPN |
| Feb-13-09 | Fee/Employment Objections; Preparation of response to objection of JPMorgan Chase to 4th fee app of Broege Neumann | 3.50 | 1,225.00 | TPN |
| | Fee/Employment Applications; Telephone conference with Bobbi Rulander of Fee Auditor office re adjourning hearing on BNFS 4th fee app; Telephone conference with Steve Packman's office to solicit consent | 0.20 | 70.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) Review and downloan various complaints filed the Trustee for fraudulent transfers; for money owed to debtor; etc | 1.00 | 80.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) trustee's motion for leave to file amended complaint against HSBC | 0.30 | 24.00 | BJT |
| Feb-15-09 | Case Administration; Telephone conference with Charles Stanziale re property sales, litigation issues; Telephone conference with Solomon re same; Correspondence received from Chalres Stanziale via email re same | 0.50 | 175.00 | TPN |
| Feb-16-09 | Case Administration; Out of office meeting with Charlie Stanziale, Brian Baker, Jeff Testa, Solomon Dwek to review property sales, litigation, plan issues | 2.00 | 700.00 | TPN |
| | Travel to & from Newark - McCarter & English | 2.50 | 1,062.50 | TPN |
| Feb-22-09 | Avoidance Action Litigation - review/revise complaint vs WAMU; email to Jeff Testa | 0.40 | 140.00 | TPN |
| | Case Administration; Correspondence drafted to Brian Baker, Jeff Testa, Charles Stanziale and Walter Greenhalgh re objecting to payment to BRT | 0.30 | 105.00 | TPN |
| | Avoidance Action Litigation; Correspondence received from Jeff testa and BRian Baker re BRT complaint; review same; email to Solomon re same; review BRT website | 0.50 | 175.00 | TPN |
| | Case Administration; Telephone conference | 0.20 | 70.00 | TPN |

|  |  |  |  |  |
|---|---|---|---|---|
|  | with Jeff Testa re objecting to payment of BRT in light of trustee complaint vs BRT |  |  |  |
|  | Case Administration; Telephone conference with Solomon re BRt complaint | 0.20 | 70.00 | TPN |
| Feb-23-09 | Asset Disposition - prep objection to paayment of BRT from sales proceeds; emails to and from Brian Baker and Walter Greenhalgh re same | 0.70 | 245.00 | TPN |
|  | Asset Disposition; Court Appearance re objection to payment to BRT | 0.50 | 175.00 | TPN |
|  | Travel to & from Trenton | 2.00 | 700.00 | TPN |
|  | Litigation(Other than Avoidance Action Litigation) download and review the trustee's complaint against NRT (Ponzi Scheme) | 0.40 | 32.00 | BJT |
|  | Relief and Stay Proceedings  response to 33732 efile with court | 0.40 | 32.00 | BJT |
| Feb-28-09 | Case Administration - various filing | 1.50 | 525.00 | JLJ |
| Mar-03-09 | Litigation(Other than Avoidance Action Litigation) Corres to Alyson Fiedler Esq re answer to rogs, admissions and production of documents | 0.50 | 50.00 | BJT |
| Mar-04-09 | Case Administration - revise tolling agreement between Trustyee and Solomon Dwek; send marked-up revision to trustee | 0.50 | 250.00 | TPN |
|  | Case Administration review of email and documents from MJEpp re Corlies Avenue Land LLC; | 0.50 | 50.00 | BJT |
|  | Case Administration  preparation of ch 11 petition for Corlies avenue Land LLC | 1.50 | 150.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation)  corres to Fiedler re Sovereign vs Adjimi re request for admissions answers to rogs and productin of documents | 0.80 | 80.00 | BJT |
| Mar-05-09 | Case Administration; Telephone conference with SOlomon re filing Ch 11 petition for Corlies Avenue LLC; Internal staff meeting with BJT re same | 0.30 | 150.00 | TPN |

# BROEGE, NEUMANN, FISCHER & SHAVER

## MARCH 2009

Invoice 07-11757-KCF   Doc 5042   Filed 08/13/09   Entered 08/13/09 15:35:54   August 13, 2009
Exhibit B   Page 10 of 12

|  |  |  |  |  |
|---|---|---|---|---|
|  | Case Administration preparation and redraft of petition re Corlies Ave Land LLC emails from Mary Jo and SD | 1.00 | 100.00 | BJT |
|  | Draft of letter to Charles Stanziale, Esq. re Pearl's interests | 0.50 | 42.50 | PM |
| Mar-12-09 | Case Administration review of docket re WaMu motiom for stay relief and entry of consent order; rescarch | 1.00 | 100.00 | BJT |
| Mar-17-09 | Plan and Disclosure Statement preparation of withdrawal of plan and disclosure statement filed by SD; tel conf with Fran Dykes; tel conf with SD and TPN; efile same with court | 1.50 | 150.00 | BJT |
| Mar-18-09 | Case Administration email from Mary jo epp re petition | 0.30 | 30.00 | BJT |
| Mar-19-09 | Case Administration review of Certification of Auction Results Concerning Real Property Known as 184 Belmont Avenue, Long Branch, New Jersey | 0.20 | 20.00 | BJT |
|  | Case Administration Certification of Auction Results Concerning Real Property Known as 180 Belmont Avenue, Long Branch, New Jersey | 0.20 | 20.00 | BJT |
|  | Case Administration review of email fro. McCarter and English to amend address on Winston cirlcle property | 0.50 | 50.00 | BJT |
| Mar-23-09 | Case Administration review court document re approval of sale of bangs ave property | 0.30 | 30.00 | BJT |
|  | Fee/Employment Applications preparation of 4th monhtly fee application; review of prior applications | 1.50 | 150.00 | BJT |
|  | Fee/Employment Applications  preparation of fifth monthly fee application and review of prior applications. | 1.00 | 100.00 | BJT |
|  | Litigation(Other than Avoidance Action Litigation) Adversary case 09-01425. Complaint by Chicago Title Insurance Company against Pearl Dwek ; Joseph Kohen ; Empire Equity Group, Inc. d/b/a 1st Metropolitan Mortgage ; Jerome Shapiro ; John Doe Entities 1-X ; John Does 1-X. Fee | 0.50 | 50.00 | BJT |

| | | | | |
|---|---|---|---|---|
| | Amount $ 250.. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Attachments: # (1) Copy of District Court's Docket Report# (2) Copy of Original Complaint Filed with the District Court) | | | |
| | Plan and Disclosure Statement review of document filed by creditors committee as to adequacy of disclosure statement filed by trustee | 0.40 | 40.00 | BJT |
| Mar-25-09 | Case Administration preparation and efile of fourth and fifth monthly fee statement; | 1.50 | 150.00 | BJT |
| | Case Administration email from TPN andSD re Corbett HOldings I involuntary filing | 0.50 | 50.00 | BJT |
| Mar-26-09 | Case Administration review of minutes of results from auction sale of properties | 0.30 | 30.00 | BJT |
| | Case Administration preparation of draft of ch 11 petition for Corbett Holding; review aof emails to and from SD re information needed to complete petition | 1.50 | 150.00 | BJT |
| | Plan and Disclosure Statement review of corres from creditors committe adjourning disclosure hearing date to 5 28 2009 | 0.30 | 30.00 | BJT |
| | Correspondence drafted to Maybruch & Zapcic LLC in re: automatic stay concerning Vanessa Allfrey | 0.50 | 30.00 | JLJ |
| Mar-30-09 | Case Administration; Court Appearance in connection with Motion to Compel Chapter 11 Trustee to Remove Abandoned Fuel Tank and Conduct Soil Testing on 406 Colies Aven. Allenhurst, NJ | 0.50 | 250.00 | TPN |
| | Case Administration - review summary judgment motion in 308wy 35 v Eatonview Star, LLC; Correspondence drafted to attorney for plaintiff that stay in effect as to Solomon Dwek | 0.50 | 250.00 | TPN |
| | Case Administration review of results of minutes of hearings scheduled for stay relief etc | 0.50 | 50.00 | BJT |
| Mar-31-09 | Case Administration; Internal staff meeting | 0.40 | 200.00 | TPN |

|  |  |  |  |
|---|---|---|---|
| with BJT re filing Chapter 11 petition for Corbett Holdings I; Telephone conference with Charles Stanziale re the same |  |  |  |
| Case Administration re preparation of 4th draft of ch 11 petition for corbett holdings I, LLC; emails to and from SD re information necessary; review of lease; office conf with TPN | 2.50 | 250.00 | BJT |
| Totals | 93.80 | $25,138.00 | |

**DISBURSEMENTS**

| Mar-23-09 | Overnight courier services ending 3/14/09 | 4.70 |
|---|---|---|
| | Totals | $4.70 |

**Total Fee & Disbursements for all charges on this matter**          $25,142.70

# BROEGE, NEUMANN, FISCHER & SHAVER

## APRIL 2009

# *Broege, Neumann, Fischer & Shaver, L.L.C.*

25 Abe Voorhees Drive
Manasquan, New Jersey 08736

Ph:732-223-8484                    Fax:732-223-2416

Solomon Dwek                                                                August 12, 2009
311 Crosby Avenue
Deal, NJ
07723

|                |            |
|----------------|------------|
| File #:        | 9125-001   |
| Inv #:         | Settle     |

**Attention:**

**RE:**    Solomon Dwek,
          Case No. 07-11757

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-01-09 | Case Administration; Correspondence received from MAry Jo Epp to Wachovia re Cedarview LAkewood property | 0.20 | 70.00 | TPN |
| | Fee/Employment Applications prepare application as special counsel to ch 11 trustee; ntocie of applciation and proposed form of order | 3.00 | 300.00 | BJT |
| Apr-02-09 | Case Administration tel conf with Michael Bendetto office re request for operating agreement of Solomon Dwek | 0.20 | 20.00 | BJT |
| Apr-03-09 | Relief and Stay Proceedings - Vm from Jim DeLuca re adjournment of 1001 Norwood stay relief motion; VM to Jim DeLuca re same | 0.20 | 70.00 | TPN |
| | Case Administration - final draft and efile Corbett Holdings l, LLC | 0.80 | 80.00 | BJT |
| Apr-06-09 | Relief and Stay Proceedings - email from Solomon requesting clarification of letter memo re Amboy stay motion re 1001 Norwood; draft epexegetic letter | 0.50 | 175.00 | TPN |
| Apr-07-09 | Relief and Stay Proceedings Hakim motion, cross motion and notice of auction sale; email to and from Solomon Dwek re Hakim | 1.00 | 100.00 | BJT |

| Date | Description | | | |
|---|---|---|---|---|
| Apr-15-09 | Case Administration - re-send revised tolling agreeemnt to Charlie | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Charlie re tolling agreement; app to retain BNFS as special counsel | 0.20 | 70.00 | TPN |
| Apr-17-09 | Case Administration; Correspondence drafted to Solomon re US Attorney ex parte gag order | 0.30 | 105.00 | TPN |
| | Case Administration review of third order adj dep of Solomon filed by U S Government; internal meeting with TPN | 0.50 | 175.00 | BJT |
| | Case Administration draft of 180 Holdings LLC for filing; review of emails from Solomon Dwek and Mary Jo re new mortgage holder c reditors assets, e tc | 1.50 | 525.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) review of docket sheet re Chicago Title vs Dwek et als; download and review motion to consolidate filed by Plaintiff; email to Solomon; review of answer filed on behalf ofSolomon | 0.50 | 175.00 | BJT |
| Apr-18-09 | Case Administration - various filing | 0.80 | 48.00 | JLJ |
| Apr-20-09 | Case Administration three drafts of Ch 11 petition on behalf of 1806 Holdings LLC; emails to and from SD | 1.50 | 525.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation)  Attend to pretrial re Chicago Title vs Dwek; diary of new pre trial hearing date; tel call to Steve Larkin | 0.50 | 175.00 | BJT |
| Apr-21-09 | Case Administration; Correspondence drafted to W Greenhalgh re attorney-client privilege issues of his firm as counsel to trustee | 0.50 | 175.00 | TPN |
| | Case Administration efile 1806 Holdings, LLC; email to respective parties and court of relation to SD filings | 0.50 | 175.00 | BJT |
| Apr-22-09 | Case Administration review of minutes from Bk Court re ch 11 filing of 1806 Holdings LLC and scheduling of 341 meeting | 0.50 | 50.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) email and corres to Alison Fielder | 0.50 | 175.00 | BJT |

Invoice Case 07-11757-KCF    Doc 5043-2  Filed 08/13/09    Entered 08/13/09 15:49:04    Desc August 12, 2009
Exhibit B    Page 3 of 9

|  |  |  |  |  |
|---|---|---|---|---|
|  | re dep of SD scheduled for 4 23 09 advising he will not testify |  |  |  |
|  | Relief and Stay Proceedings review of stay relief motion filed by WaMu re 2100 Highway 34 Wall property; email to SD re are we objecting; attend to calendar | 0.80 | 80.00 | BJT |
|  | Relief and Stay Proceedings review motion filed by Tax collector Twp of Ewing re relief from stay; attend to diary; email to SD re are we opposing | 0.50 | 175.00 | BJT |
| Apr-27-09 | Asset Disposition; Court Appearance to oppose sale to Coates based on his advising Corbett Donato to not bid on property | 1.00 | 350.00 | TPN |
|  | Travel from Trenton | 1.00 | 350.00 | TPN |
| Apr-28-09 | Asset Disposition; prep for hearing on sale of Coates building to Coates | 0.50 | 175.00 | TPN |
|  | Asset Disposition; Court Appearance re Debtor's objection to sale of Coates building to Coates | 1.00 | 350.00 | TPN |
|  | Asset Disposition; Telephone conferences with Solomon Dwek re willingness of Corbett Donato to testify; prep certification of Corbett Donato | 0.50 | 175.00 | TPN |
|  | Case Administration cert in opposition to auction sale of 2100 Hwy 34, Wall, NJ; efile with court; tel conf with TPN | 1.00 | 100.00 | BJT |
| Apr-30-09 | Case Administration tel conf with Cole trancription re transcript of 4/28/2009 hearings; lett to transcriber confirming transcription; | 0.50 | 175.00 | BJT |
| May-06-09 | Litigation(Other than Avoidance Action Litigation) Sun Natinal Bank pretral disclosures | 0.30 | 24.00 | BJT |
| May-07-09 | Case Administration; Correspondence received from Linda restivo re 194 Stratford Ave | 0.10 | 35.00 | TPN |
| May-08-09 | Litigation(Other than Avoidance Action Litigation); Correspondence received from Don Crecca to BArry Frost re testimony an ddocs in Stanziale v Joseph Kohen | 0.20 | 70.00 | TPN |

# BROEGE, NEUMANN, FISCHER & SHAVER

## MAY 2009

Invoice# Settle                                                                    August 12, 2009

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|-----|
| May-11-09 | Litigation(Other than Avoidance Action Litigation); Legal research regarding issues raised in motion by Kantrowitz to dismiss Corbett Holdings, work on brief in opposition | 5.00 | 1,750.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) Pretrial Disclosures by Politan re Sun National Bank litigation | 0.30 | 24.00 | BJT |
| May-12-09 | Litigation(Other than Avoidance Action Litigation) - finalize, review and edit brief oposing Kantrowitz motion to dismiss Corbett Holdings | 2.00 | 700.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) - review BRT opposition to Kantrowitz motion to dismiss | 0.20 | 70.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) Brief in Opposition to (related document:[4466] Motion to dismiss filed by Interested Party Barry Kantrowitz); efile with Court | 0.30 | 24.00 | BJT |
| | Case Administration - various filing | 0.30 | 105.00 | JLJ |
| May-14-09 | Case Administration; Correspondence received from Solomon re AMboy stay relief; reply | 0.10 | 35.00 | TPN |
| | Relief and Stay Proceedings - Telephone conference with Jim DeLuca re Amboy stay relief motion | 0.20 | 70.00 | TPN |
| | Case Administration; Telephone conference with Tim Duggan re Corbett Holdings | 0.10 | 35.00 | TPN |
| May-15-09 | Telephone conference with Carlton Kromer re brofer suit vs Dwek and SHebell | 0.20 | 70.00 | TPN |
| May-18-09 | Relief and Stay Proceedings - oppose Amboy motion for stay relief and support trustee motion to sell free and clear of Amboy mortgage | 1.00 | 350.00 | TPN |
| | Travel - trenton | 0.50 | 175.00 | TPN |
| | Telephone conference with David Deen - left a message in re: TPN consents to consent order & ok to the electronic signature to file it | 0.10 | 35.00 | JLJ |

Invoice#    settle                                                                  August 12, 2009

| | | | | |
|---|---|---|---|---|
| May-19-09 | Avoidance Action Litigation - prep certification of Solomon Dwek to verify in part the complaint of Trustee v Amboy Bank | 1.00 | 350.00 | TPN |
| | Case Administration review of virtual minutes of hearings on notice of sale of real property, stay relief motions | 0.60 | 48.00 | BJT |
| | Case Administration reschedule hearings on corbett holdings; and other motions | 0.50 | 175.00 | BJT |
| | Litigation(Other than Avoidance Action Litigation) corres from SD re Sun National vs Dwek, diary new trial date and review court schedule | 0.50 | 40.00 | BJT |
| | Other Left voicemail message for Jeffrey Posta, Esq. that we consent to his request for an adjournment of the June 2 trial | 0.10 | 8.50 | PM |
| May-20-09 | Avoidance Action Litigation - prep certification of complaint in Stanziale v Amboy Bank | 1.50 | 525.00 | TPN |
| | Avoidance Action Litigation - revise certification of complaint vs Amboy | 0.50 | 175.00 | TPN |
| | Fee/Employment Applications; Court Appearance on objectiond to fee app of BNFS | 0.50 | 175.00 | TPN |
| | Fee/Employment Applications - review file to prepare for hearing on objections to fee application of BNFS | 0.50 | 175.00 | TPN |
| | Travel to & from Trenton | 1.00 | 350.00 | TPN |
| | Case Administration Motion for an Order Authorizing the Chapter 11 Trustee to Pay Pre-Petition Priority Tax Claim of the State of New Jersey filed by Trustee Charles A. Stanziale) | 0.30 | 24.00 | BJT |
| | Relief and Stay Proceedings review of trustee's motion to pay taxes etc | 0.30 | 105.00 | BJT |
| May-21-09 | Avoidance Action Litigation - email from Kinoian re Solomon cert of Amboy complaint | 0.10 | 35.00 | TPN |
| | Avoidance Action Litigation; Telephone conference with Solomon re his verifying teh AMboy complaint | 0.20 | 70.00 | TPN |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; Telephone conference with Mike Kahme re verification of Amboy complaint by Solomon | 0.20 | 70.00 | TPN |
| | Avoidance Action Litigation; Telephone conference with Solomon re cert of AMboy complaint | 0.10 | 35.00 | TPN |
| | Case Administration; Telephone conference with and v-mail with Walter Greenhalgh re fee app hearing on debtor's counsel fees | 0.20 | 70.00 | TPN |
| | Other Receipt and download consent order modifying the sale of 301 Main Street, Allenhurst; present to TPN for his signature; telephone message left for Maureen Wesler re same; correspondence to Brian Baker enclosing signed consent order; fax to Baker | 0.70 | 59.50 | PM |
| May-22-09 | Case Administration review of trustee's ntocie of settlement | 0.20 | 70.00 | BJT |
| | Case Administration review of response and support re amboy bank stay relief re Long Branch properties | 0.30 | 24.00 | BJT |
| May-26-09 | Litigation(Other than Avoidance Action Litigation); Telephone conference with Frank Kirk of Mc&E re dep of SOlomon in Seasonal Specialties case | 0.20 | 70.00 | TPN |
| | Relief and Stay Proceedings review of virtual minutes of adjournment of various stay relief motion | 0.50 | 40.00 | BJT |
| May-27-09 | Litigation(Other than Avoidance Action Litigation) - setlement negotiation with Ttruste and defendant in adversary proceeding to collect damages for breach of lease | 2.00 | 700.00 | TPN |
| | Case Administration; Telephone conference with Jim DeLuca re cert by Solomon | 0.20 | 70.00 | TPN |
| | Travel to & from Newark | 2.40 | 840.00 | TPN |
| | Case Administration review of virtual minutes of hearing held in 5/26/2009; rescheduing of same | 0.50 | 40.00 | BJT |
| May-28-09 | Case Administration; Correspondence received from LArry Lesnik requesting adjournment of | 0.20 | 70.00 | TPN |

# BROEGE, NEUMANN, FISCHER & SHAVER

## JUNE 2009

| | | | | |
|---|---|---|---|---|
| | motion to dismiss Corbett Holdings petition; reply | | | |
| | Case Administration; Telephone conference with Shining Hsu re 341a hearings fir Corbett Holdings and 1806 | 0.20 | 70.00 | TPN |
| | Case Administration preparation of AMendment to Equity Security Holders re 1806 Holdings LLC; email to client with changes | 0.50 | 40.00 | BJT |
| | Case Administration review of emails from client re 1806 Holdings Amendment | 0.50 | 40.00 | BJT |
| | Case Administration trustee's motion for joint administration re 1805 Holdings LLC | 0.20 | 16.00 | BJT |
| | Relief and Stay Proceedings review of virtual minutes of hearings on stay relief motions and orders that have been entered. | 0.30 | 24.00 | BJT |
| May-29-09 | Avoidance Action Litigation - review subpoena served on Solomon by Amboy Bank in Stanziale vs Amboy Bank | 0.20 | 70.00 | TPN |
| | Relief and Stay Proceedings  motion by Amboy for Stay Relief | 0.20 | 16.00 | BJT |
| Jun-01-09 | Avoidance Action Litigation - finalize partial verification of complaint in Stanziale v Amboy; Correspondence drafted to Court re same | 0.70 | 315.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) review and efile Verified cert in Support of Complaint filed by Trustee vs Amboy Bank; email to client and to Court and interested parties | 1.20 | 102.00 | BJT |
| Jun-03-09 | Case Administration  Tel conf with client re amend schedules to include asset  of money owed by  Barry Kantrowitz; instructionto staff | 0.80 | 360.00 | TPN |
| | Case Administration preparation amendment to schedules for SD individual petition; email to client with cc to TPN | 0.50 | 42.50 | BJT |
| Jun-04-09 | Meeting of Creditors in Corbett Holdings I and 1806 | 2.50 | 1,125.00 | TPN |

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| | Travel to & from Trenton | 2.00 | 900.00 | TPN |
| Jun-08-09 | Case Administration; Court Appearance re motion of trustee to pay prepetition income tax per instructions of Solomon to respond to limited objection of State | 0.30 | 135.00 | TPN |
| | Case Administration; Correspondence received from Solomon instructing to attend court hearing on tax amnesty with NJ; reply and review docket and file re same | 0.40 | 180.00 | TPN |
| | Travel to & from trenton | 2.00 | 900.00 | TPN |
| Jun-09-09 | Claims Administration and Objections - various filing | 0.60 | 36.00 | JLJ |
| Jun-10-09 | Asset Disposition - review objections of Amboy Bank to sale of 60 WEST MAIN STREET, BERGENFIELD, NEW JERSEY; 2318 STATE HIGHWAY 38, CHERRY HILL, NEW JERSEY; 1001 NORWOOD AVE., UNITS 1-8, LONG BRANCH, NJ. Prep cert of Solomon in suupor of sale and in response to Amboy objection; prep letter memo to COurt in support of sale | 1.50 | 675.00 | TPN |
| Jun-11-09 | Relief and Stay Proceedings review and efile certification of SD in support of sale of 1001 Norwood, 60 West Main St and 2138 CHerry Hill; | 0.50 | 42.50 | BJT |
| Jun-19-09 | Case Administration; Correspondence received from McCarter re privilege issues | 0.10 | 45.00 | TPN |
| | Asset Disposition; Correspondence received from Briab Baker re settlement with Amboy | 0.10 | 45.00 | TPN |
| | Asset Disposition; Correspondence received from Jeff Testa re John Brockread | 0.10 | 45.00 | TPN |
| Jun-22-09 | Avoidance Action Litigation - review sibpoena from Ike franco and law relating to claiming privilege; t/c with Matt Wapner re same; email to Dave Yeger claiming privilege | 1.50 | 675.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) - email from Jeff Posta re settling Hakim v Dwek dischargeability case; emai to Solomon re same; email to Posta er same | 0.40 | 180.00 | TPN |

| Jun-25-09 | Fee/Employment Applications - reply memo to WAMU objection to BNFS fee app | 2.00 | 900.00 | TPN |
| Jun-26-09 | Litigation(Other than Avoidance Action Litigation) - email from and to Solomon re response to Franco notice to produce | 0.20 | 90.00 | TPN |
| Jun-30-09 | Case Administration Review of minutes re Notice of Auction & Sale Hearing Concerning Real Property Known As 2318 Route 38, Cherry Hill, New Jersey filed by Trustee Charles A. Stanziale | 0.30 | 25.50 | BJT |
| | Case Administration review of minutes re Withdrawn (related document:[4136] Document re: Notice of Auction & Sale Hearing Concerning Real Property Known as 60 West Main Street, Bergenfield, New Jersey filed by Trustee Charles A. Stanziale) | 0.30 | 25.50 | BJT |
| | Case Administration review of minutes on hearing re OUTCOME: Granted (related document:[4513] Document re: Notice of Auction & Sale Hearing Concerning Real Property Known As 3405 Route 33, Neptune Township, Monmouth County, New Jersey | 0.30 | 25.50 | BJT |
| | Case Administration review of minutes re Minute of Hearing Held, OUTCOME: Granted (related document:[4515] Document re: Notice of Auction & Sale Hearing Concerning Real Property Known As 695 Chambers Street, Trenton, Mercer County, New Jersey | 0.30 | 25.50 | BJT |
| | Totals | 67.60 | $20,345.00 | |

**DISBURSEMENTS**

| Apr-29-09 | Transcript Deposit/Dwek, Solomon | 300.00 |
| Jun-11-09 | Transcripts /Dwek | 300.00 |
| | Totals | $600.00 |

| **Total Fee & Disbursements for all charges on this matter** | **$20,945.00** |

# BROEGE, NEUMANN, FISCHER & SHAVER

# JULY 2009

Case 07-11757-KCF   Doc 4526-25   Filed 08/06/09   Entered 08/06/09 11:26:59   Desc
Exhibit EC Page 28 of 29

Solomon Dwek,
Case No. 07-11757
August 5, 2009
Page   2

| __Date__ | __Description__ | __Hours__ | __Attorney Paralegal__ |
|---|---|---|---|
| 7 /6/09 | Case Administration review of minutes re Withdrawal of Document (related document:[3965] Motion for Relief from Stay re: property of Copper Gables, L.L.C., located at 1003 Deal Road, Ocean, New Jersey. | 0.30 | BJT |
| 7 /7/09 | Other Draft Notice of Motion to Stay Sheriff's Sale and Referral to Mediation; draft of supporting Certification, letter to the court enclosing the documents | 1.50 | PM |
| 7 /8/09 | Case Administration - various filing | 0.70 | JLJ |
| 7 /9/09 | Case Administration; Telephone conference with Charles Stanziale re plan | 0.40 | TPN |
| | Other   Revise notice of motion to stay sheriff's sale; revise correspondence to the Superior Court Clerk enclosing the original motion documents; attention to obtaining a courier to hand-deliver the original motion documents for filing; preparation of fax cover sheet and fax a copy of documents to Pacheco; UPS documents to Pacheco; photocopy, collate and transmit motion documents to all parties in interest; | 2.00 | PM |
| 7 /10/09 | Travel to & from Freehold in connection with motion of Pearl to assert crossclaim vs WAMU in foreclosure of Solomon's home | 1.00 | TPN |
| 7 /13/09 | Litigation(Other than Avoidance Action Litigation) - prep letter memo in support of motion of Pearl Dwek in home foreclosure to invalidate WAMU mortgage; legal research incident thereto | 3.00 | TPN |
| | Case Administration review of email from LRestiveo re Insurance on 1011 Hearthstone  Drive & 137 Ronald Road | 0.30 | BJT |
| 7 /14/09 | Litigation(Other than Avoidance Action Litigation); call to Deirdre Pacheco re settling first mortgage default on house; Telephone conference with Solomon re same and his availability for deps next wek | 0.30 | TPN |
| 7 /15/09 | Litigation(Other than Avoidance Action Litigation) - appear in connection with foreclosure action against residence of Solomon Dwek to support motion of Pearl to assert cross claim against WAMU mortgage | 4.00 | TPN |

Case 07-11757-KCF    Doc 4526-2    Filed 08/06/09    Entered 08/06/09 11:26:59    Desc
Exhibit E-C    Page 29 of 29

Solomon Dwek,
August 5, 2009
Page    3

| | | | |
|---|---|---|---|
| | Travel to & from Freehold | 1.20 | TPN |
| 7 /17/09 | Litigation(Other than Avoidance Action Litigation) - voicemail and email received from Penny Taypor, Esq of Mc & E re Hakim prep for Hakim constructive trust trial; review complaint; email to Solomon; Telephone conference with Penny | 0.50 | TPN |
| 7 /23/09 | Litigation(Other than Avoidance Action Litigation) review of list of trial documents re Stanziale vs Hakim | 0.20 | BJT |
| | Litigation(Other than Avoidance Action Litigation) review of virtual minutes of Chicago Title vs Dwek matter re scheduling order | 0.20 | BJT |
| 7 /24/09 | Litigation(Other than Avoidance Action Litigation); Telephone conference with Solomon re arrests and deposition schedule; Telephone conference with Charles Stanziale; Telephone conference with Walter GReenhalgh re same | 0.50 | TPN |
| 7 /27/09 | appear in Chancery Division re motion to compel mediation re 311 Crosby Avenue; conference with Francine, mediation coordinator | 0.70 | TPN |
| | Travel to & from Freehold | 1.00 | TPN |
| | Litigation(Other than Avoidance Action Litigation) review of trustee's notice of settlement of controversry re BRT litigation | 0.50 | BJT |
| | Case Administration - e-mail mediation request statement & financial worksheet to Dwek | 0.20 | JLJ |
| 7 /28/09 | Case Administration - review Karen Gilman letter to Court re Solomon nonappearnace at dep | 0.20 | TPN |

### FEE SUMMARY:

| Attorney/Paralegal | Amount | Hours |
|---|---|---|
| Timothy P. Neumann | $5,760.00 | 12.80 |
| Barbara J. Tassillo | $127.50 | 1.50 |
| Jennifer Johnson | $54.00 | 0.90 |
| Patricia Maxson | $297.50 | 3.50 |