FEE APPLICATION  PAGE: 275
RUN DATE: June 2, 2008  REF: 594634

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | wiring instructions to her along with the funds that were to be wired to us. | | | |
| 02/20/08 | Final draft of documents for 6902 Route 9 Howell prepared. Obtained Charles Stanziale signature on documents in preparation of closing. | 0.40 | 54.00 | 1179 LAW |
| 02/20/08 | Continued preparation of Lakewood contracts and forward to Rob Tramantano of Keen for posting on their website. | 2.70 | 364.50 | 1179 LAW |
| 02/20/08 | Attend Auction for February Hearing Properties | 4.00 | 270.00 | 1179 LAW |
| 02/20/08 | Attend meeting with Keen, Jeff Testa, Brian Baker, Charles Stanziale, Lucy Karp and Solomon Dwek to discuss Lakewood auction and June auction. | 0.80 | 54.00 | 1179 LAW |
| 02/20/08 | Confirmation of receipt of funds for 588 Marc Drive. Preparation of transmittal letter and package to send the Deed for the property to be sent to Madison Title Agency via overnight delivery. | 0.40 | 54.00 | 1179 LAW |
| 02/20/08 | Telephone conversation and e-mails with Janice Miller of Madison Title Agency, closing agent for 588 Marc Drive to inform them that we had not received the funds for this closing. She informed me that the funds had not been wired due to the lose of a package with UPS. Forward this information to all attorneys involved with Dwek case. | 0.30 | 40.50 | 1179 LAW |
| 02/20/08 | Receipt and review of e-mail from Richard Haber requesting an update on the closing of 588 Marc Drive. Explained that we were waiting on the funds and requested wiring instructions so that we could send the payoff funds out. | 0.10 | 13.50 | 1179 LAW |
| 02/20/08 | Final preparation of title folders for successful bidders at today's auction. | 0.30 | 40.50 | 1179 LAW |
| 02/21/08 | Receipt of facsimile from Avi Dwek, purchaser of 404 Crosby Avenue, mortgage company listing outstanding items needed. Contacted the review attorney to advise them that we do not represent Avi Dwek. Forward the facsimile to Avi's attorney. | 0.30 | 40.50 | 1179 LAW |
| 02/21/08 | Forward e-mail to Isaac Scheiner requesting an update regarding the signing of the discharges for Wardell Road. Forward e-mail to Lucy informing her that this was the third such request and that Mr. Scheiner is not responding again. | 0.20 | 27.00 | 1179 LAW |
| 02/21/08 | Forward settlement statement and mortgage payoff statement for 588 Marc Drive to Mary Jo at CREM, Solomon Dwek and all other interested parties. Also forward wiring instructions and disbursement instructions to Ceil for this closing. | 0.30 | 40.50 | 1179 LAW |
| 02/21/08 | Follow up e-mail with Jerry Feurstein, attorney for Park Avenue Funding, regarding review of the proposed Deed for 6902 Route 9 Howell that was sent to him. | 0.10 | 13.50 | 1179 LAW |
| 02/21/08 | Telephone conversation with Janice Miller of Madison Title Agency. Informed her that we did receive the funds for 588 Marc Drive and that the Deed had been sent to her via UPS. Also explained that there would be guidelines put in place for all future closings with Madison Title. Followed up with an e-mail confirming conversation and closing guidelines. | 0.40 | 54.00 | 1179 LAW |
| 02/21/08 | Meeting with Lucille Karp to discuss outstanding discharges for Wardell Road properties. Also to discuss Addendums to Contracts for 401 Brookside and 404 Crosby Avenue. | 0.20 | 13.50 | 1179 LAW |
| 02/21/08 | Receipt of e-mail from Solomon requesting copies of settlement statement for 94 Broad and 2778 Hooper Avenue. Forward both to him. Also requested closing information for 220 Monmouth Road and 101 Parker Avenue. Informed him that neither of these | 0.20 | 27.00 | 1179 LAW |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 299
RUN DATE: June 2, 2008  REF: 594634

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 01/17/08 | E-mail D. Bruck re: Industrial Way. | 0.10 | 37.50 | 195 LAM |
| 01/17/08 | Review revised February spreadsheet. | 0.10 | 37.50 | 195 LAM |
| 01/17/08 | Review Lakewood property list and mortgages. | 0.20 | 75.00 | 195 LAM |
| 01/17/08 | Review 170 Broad Street payoff. | 0.10 | 37.50 | 195 LAM |
| 01/17/08 | Review e-mail re: 6209 property. | 0.10 | 37.50 | 195 LAM |
| 01/17/08 | Offer from Fishman re: Lakewood. | 0.10 | 37.50 | 195 LAM |
| 01/17/08 | Review sale notices. | 0.20 | 75.00 | 195 LAM |
| 01/18/08 | Review offers on WLB Center property. | 0.10 | 37.50 | 195 LAM |
| 01/18/08 | E-mail from B. Gordon re: Columbia deal. | 0.10 | 37.50 | 195 LAM |
| 01/18/08 | Update of FMV for properties and partnership lists. | 0.20 | 75.00 | 195 LAM |
| 01/18/08 | Receive and review J. Shapiro response re: 404 Crosby. | 0.10 | 37.50 | 195 LAM |
| 01/18/08 | Receive and review payoffs from BRI re: two properties. | 0.10 | 37.50 | 195 LAM |
| 01/18/08 | Receive and review master property list from A. Addeo. | 0.20 | 75.00 | 195 LAM |
| 01/18/08 | Receive and review e-mail re: 5 Ferry property. | 0.10 | 37.50 | 195 LAM |
| 01/22/08 | Receive and review offer by G. Fishman. | 0.30 | 112.50 | 195 LAM |
| 01/23/08 | Review exclusive agency agreement for 1806 Highway. | 0.10 | 37.50 | 195 LAM |
| 01/23/08 | Review e-mail from J. August re: 107 Roseld. | 0.10 | 37.50 | 195 LAM |
| 01/23/08 | Review updated master real property list. | 0.10 | 37.50 | 195 LAM |
| 01/23/08 | E-mail P. Hollander re: G. Fishman offer on properties. | 0.10 | 37.50 | 195 LAM |
| 01/23/08 | Confer with Trustee re: JD offer. | 0.20 | 37.50 | 195 LAM |
| 01/25/08 | Receive and review 698 Broad mortgage documents. | 0.10 | 37.50 | 195 LAM |
| 01/25/08 | Receive and review e-mail from C. Dayon re: 200 Broadway. | 0.10 | 37.50 | 195 LAM |
| 01/28/08 | Telephone conference with P. Mandarino re: residential sales. | 0.30 | 112.50 | 195 LAM |
| 01/28/08 | Receive and review report from Keen re: home sales. | 0.10 | 37.50 | 195 LAM |
| 01/29/08 | Receive and review letter from G. Costello re: Lakewood auction. | 0.10 | 37.50 | 195 LAM |
| 01/29/08 | Telephone conference with realtor re: 33 Medical. | 0.10 | 37.50 | 195 LAM |
| 01/29/08 | Receive and review letter from D. Bruck re: West Park. | 0.10 | 37.50 | 195 LAM |
| 02/01/08 | Review letters re: Grant Avenue property. | 0.20 | 75.00 | 195 LAM |
| 02/05/08 | Review list of vacant space on commercial properties. | 0.10 | 37.50 | 195 LAM |
| 02/05/08 | Review e-mail from J. Testa to P. Hollander re: Lakewood offer. | 0.10 | 18.75 | 195 LAM |
| 02/05/08 | Receive and review offer on 1801 property. | 0.10 | 37.50 | 195 LAM |
| 02/05/08 | Receive and review offer from S. Haber re: Grant Avenue. | 0.10 | 37.50 | 195 LAM |
| 02/06/08 | E-mail to M.J. Epp re: Columbia payment on Riverdale. | 0.10 | 37.50 | 195 LAM |
| 02/07/08 | Review lien chart on 1001 Norwood property. | 0.10 | 37.50 | 195 LAM |
| 02/08/08 | Receive and review payoff re: 241 Monmouth Road. | 0.10 | 37.50 | 195 LAM |
| 02/11/08 | Receive and review offer re: 1806 offer from J. Klein to E. Seruya. | 0.10 | 37.50 | 195 LAM |
| 02/11/08 | Review overbid on 170 Broad Street. | 0.10 | 37.50 | 195 LAM |
| 02/11/08 | E-mail Solomon re: 1806 offer. | 0.10 | 37.50 | 195 LAM |
| 02/13/08 | Receive and review e-mail re: 1806 Holdings and E. Seruya. | 0.10 | 37.50 | 195 LAM |
| 02/22/08 | Review auction and real property sales filings. | 0.20 | 75.00 | 195 LAM |
| 02/23/08 | E-mail from D. Bruck re: offer on property. | 0.10 | 37.50 | 195 LAM |
| 02/23/08 | Receive and review pay off number from lender on Sinking Springs. | 0.20 | 75.00 | 195 LAM |
| 02/23/08 | E-mail from J. August re: 170 Broad. | 0.10 | 37.50 | 195 LAM |
| 02/23/08 | Receive and review settlement statement for 698 Broad. | 0.10 | 37.50 | 195 LAM |
| 02/23/08 | Receive and review offer re: 295 Oakley. | 0.10 | 37.50 | 195 LAM |
| 02/23/08 | Receive and review Lakewood budget and marketing plan. | 0.10 | 37.50 | 195 LAM |
| 02/23/08 | Receive, review and respond to D. Bruck e-mail on Industrial Way. | 0.20 | 75.00 | 195 LAM |
| 02/28/08 | Review e-mail from A. Kress re: 241 Monmouth Road. | 0.10 | 37.50 | 195 LAM |
| 02/28/08 | E-mail from S. Dwek re: Corlies. | 0.10 | 37.50 | 195 LAM |
| 02/28/08 | Review notices of auction for March properties. | 0.30 | 112.50 | 195 LAM |
| 02/28/08 | Review e-mail from S. Dwek re: Onyx, Summerhill and The Phlanx. | 0.20 | 75.00 | 195 LAM |
| 02/29/08 | Receive and review list of income producing properties v. bleeders. | 0.20 | 75.00 | 195 LAM |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                              PAGE: 366
RUN DATE: June 2, 2008                                       REF: 594634

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 02/04/08 | Telephone conference with M. Khame re: Amboy Stay Motions, carve out, terms of release. | 0.40 | 140.00 | 1128 BLB |
| 02/04/08 | Conference with C. Stanziale re: Amboy credit bid, releases on individual properties. | 0.40 | 70.00 | 1128 BLB |
| 02/04/08 | Telephone conference with J. Testa, T. King, S. Hartstein re: Amboy analysis. | 0.40 | 70.00 | 1128 BLB |
| 02/04/08 | Telephone conference with J. Testa and Art Addeo re: S. Dwek's capital contributions into various LLC's. | 0.20 | 35.00 | 1128 BLB |
| 02/05/08 | Conference with J. Testa and L. Modugno re: Amboy issues. | 0.30 | 52.50 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Schwartz and J. Testa re: form of order for 6902 Route 9. | 0.30 | 105.00 | 1128 BLB |
| 02/05/08 | Revise Form of Order for 6902 Rt 9. | 0.20 | 70.00 | 1128 BLB |
| 02/05/08 | Review Certificate of C. Stanziale in Support of Motion for Summary Judgement against PNC. | 0.10 | 35.00 | 1128 BLB |
| 02/05/08 | Telephone conference with L. Modugno and E. Holdren re: terms of Amboy Credit Bid. | 0.20 | 35.00 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Testa, L. Modugno and W. Greenhalgh re: Amboy issues, request for release, avoidance actions. | 0.50 | 87.50 | 1128 BLB |
| 02/05/08 | Conference with C. Stanziale re: preparing limited objection to Amboy stay motions. | 0.10 | 17.50 | 1128 BLB |
| 02/05/08 | Prepare and E-file limited responses to 4 Amboy Stay Motions. | 0.60 | 210.00 | 1128 BLB |
| 02/05/08 | Telephone conference with C. Stanziale, J. Testa, Mr. Bordwin, R. Tramantano re: Lakewood auction, March properties. | 0.30 | 52.50 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Testa and M. Bordwin re: Lakewood properties, WaMu properties, March sales. | 0.30 | 52.50 | 1128 BLB |
| 02/05/08 | Conference with J. Testa re: Dover Estates Property, credit bid. | 0.40 | 70.00 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Testa and S. Dwek re: Dover Estates, Amboy Wrap. | 0.10 | 17.50 | 1128 BLB |
| 02/05/08 | Conference with J. Testa and C. Stanziale re: discussion with committee counsel on Administrative. Fee motion. | 0.20 | 35.00 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Testa and R. Becker re: short sale on Shrewsberry property. | 0.30 | 52.50 | 1128 BLB |
| 02/05/08 | Telephone conference with J. Testa and L. Walter re: status of Lakewood title analysis. | 0.20 | 35.00 | 1128 BLB |
| 02/05/08 | Review and analyze various litigation and other asset disposition issues including construction liens. | 0.80 | 140.00 | 1128 BLB |
| 02/11/08 | Conference with L. Restivo re: Valley and Park Ave Credit Bids. | 0.20 | 35.00 | 1128 BLB |
| 02/11/08 | Telephone conference with J. Schwartz re: PAB credit bid. | 0.20 | 70.00 | 1128 BLB |
| 02/11/08 | Telephone conference with K. Licciardi and J. Testa re: Valley credit bid. | 0.20 | 35.00 | 1128 BLB |
| 02/11/08 | Telephone conference with J. Testa and Liz Cload re potential lender liability issues. | 0.30 | 52.50 | 1128 BLB |
| 02/11/08 | Telephone conference with J. Testa and L. Karp re: 405 Crosby, various February and March sales. | 0.30 | 52.50 | 1128 BLB |
| 02/11/08 | Conference with J. Testa and S. Dwek re: potential claims against Amboy. | 6.50 | 1137.50 | 1128 BLB |
| 02/15/08 | Conference with J. Testa re: case issues, sales of property, strategy, litigation issues | 0.90 | 157.50 | 1128 BLB |
| 02/15/08 | Analyze various offers to purchase, potential causes of action to discuss with Trustee going forward strategy | 1.20 | 420.00 | 1128 BLB |
| 02/19/08 | Conference with J. Testa re: outcome of hearing, case issues, strategy | 0.70 | 122.50 | 1128 BLB |
| 02/20/08 | Conference with J. Testa and S. Dwek re: March properties, | 0.60 | 105.00 | 1128 BLB |

FEE APPLICATION  PAGE: 369
RUN DATE: June 2, 2008  REF: 594634

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 02/27/08 | Conference with C. Stanziale re: committee inquiry into Keen. | 0.20 | 35.00 | 1128 BLB |
| 02/27/08 | Conference with J. Testa re: Lakewood Auction procedures. | 0.60 | 105.00 | 1128 BLB |
| 02/27/08 | Conference with M. Wesler re: certification of service re: Meir Lichtenstein retention. | 0.10 | 17.50 | 1128 BLB |
| 02/27/08 | Review master property list for Provident properties in anticipation of call with A. Kress, Esq. | 0.30 | 105.00 | 1128 BLB |
| 02/28/08 | Telephone conference with M. Mishaan re: 405 Crosby Avenue. | 0.20 | 70.00 | 1128 BLB |
| 02/28/08 | Telephone conference with H. Bordwin and J. Testa re: cc meeting. | 0.10 | 17.50 | 1128 BLB |
| 02/28/08 | Prepare 5 notices of auction for April 7 sale hearing. | 2.80 | 980.00 | 1128 BLB |
| 02/28/08 | Prepare Lakewood notices of auction by Mortgagee for Lakewood. | 7.20 | 2520.00 | 1128 BLB |
| 02/28/08 | E-file 5 notices for April 7 auction. | 0.40 | 140.00 | 1128 BLB |
| 02/28/08 | Telephone conference with H. Bordwin and J. Testa re: CC Meeting. | 0.10 | 35.00 | 1128 BLB |
| 02/28/08 | Conference with J. Testa and C. Stanziale re CC meeting. | 0.20 | 35.00 | 1128 BLB |
| 02/28/08 | Telephone conference with C. Stanziale, J. Testa and H. Bordwin re: CC meeting. | 0.40 | 70.00 | 1128 BLB |
| 02/28/08 | Review various spreadsheets containing information for Lakewood auction such as tenant leases, condo fees, mortgage payoffs, judgement liens, etc. | 1.50 | 525.00 | 1128 BLB |
| 02/29/08 | Email to M. Khame draft notice of auction for Amboy Lakewood properties. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Review email from H. Bordwin attaching response to S. Urban, Esq email of questions to Keen. | 0.20 | 70.00 | 1128 BLB |
| 02/29/08 | Email from M. Khame re: status of wires on 404 and 505 properties. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Email to L. Karp re: critical vendor motion on 405 Crosby. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Telephone conference with B. Buechler re: NC Food Lions/Kmart. | 0.30 | 105.00 | 1128 BLB |
| 02/29/08 | Telephone conference with S. Dwek re: loan and lease documents. | 0.20 | 70.00 | 1128 BLB |
| 02/29/08 | Telephone conference with J. Testa and M. Khame re: Amboy Lakewood properties notice x2. | 0.40 | 70.00 | 1128 BLB |
| 02/29/08 | Continuing preparation of notices of Lakewood auction and exhibits. | 7.20 | 2520.00 | 1128 BLB |
| 02/29/08 | Telephone conference with M. J. Epp re: confirming Lakewood tenants. | 0.40 | 140.00 | 1128 BLB |
| 02/29/08 | Conference with C. Stanziale and J. Testa re: CC Meeting Keen performance. | 0.20 | 35.00 | 1128 BLB |
| 02/29/08 | Conference with C. Stanziale re: response to CC questions Keen Power Point presentation. | 0.50 | 87.50 | 1128 BLB |
| 02/29/08 | Email from C. Beirne to Mary Jo re: turnover of North Olden Property by tenant. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Review email from S. Dwek attaching separate lists of bleeder properties, income producing and potential plan properties. | 0.30 | 105.00 | 1128 BLB |
| 02/29/08 | Email from M. J. Epp attaching updated condo fees scheduled in connection with preparing notice of auction for Lakewood. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Email to and from Liz Cload re: continuing investigation into Amboy and Scharpf Loans. | 0.10 | 35.00 | 1128 BLB |
| 02/29/08 | Review affidavit of D. Lomurro with numerous exhibits in support of the petition fees. | 0.40 | 140.00 | 1128 BLB |
| | TOTAL | 347.30 | 97,560.00 | |
| 10/08/07 | Respond and answer audit requests for information from Addeo | 7.40 | 1110.00 | 1168 JLP |
| 10/16/07 | Analyze and run statements on Outstanding Accounts Receivable for various Dwek entities | 6.90 | 1035.00 | 1168 JLP |
| 10/19/07 | Combine Dwek Branches (SD to JD) and complete analysis and statements on Open Accounts Receivable various Dwek Entities | 6.50 | 975.00 | 1168 JLP |