| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>*Caption in compliance with D.N.J. LBR 9004-2(c)*<br><br>**McCARTER & ENGLISH, LLP**<br>Charles A. Stanziale, Jr.<br>Jeffrey T. Testa<br>Brian L. Baker<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 627-7070<br>*Liquidating Trustee and Counsel to Liquidating Trustee* | |
| In Re:<br><br>SOLOMON DWEK,<br><br>        Confirmed Debtor. | Case No.: 07-11757 (KCF)<br><br>Chapter 11<br><br>Judge: Kathryn C. Ferguson |

## NOTICE OF STATUS OF TRUSTEE'S OMNIBUS CLAIMS MOTIONS SCHEDULED FOR HEARING ON OCTOBER 25, 2010 AT 10:00 A.M.

**UNCONTESTED MATTERS**

    **FOURTEENTH OMNIBUS** Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6703]

    <u>Response Deadline</u>: August 23, 2010

    <u>Responses/Objections Received</u>:

        None

    <u>Status</u>:

        Motion will go forward uncontested.

1

ME1 10738006v.1

**CONTESTED MATTERS**

1. **SECOND OMNIBUS Motion of Liquidating Trustee For Entry of an Order Expunging Duplicate Claims [Doc. No. 6495]**

    Response Deadline: July 12, 2010

    Responses/Objections Received:

    a.  Intervest National Bank's Limited Response to the Second Omnibus Objection Relating to Its Secured Claims Filed Against Dwek Woodbridge, Solomon Dwek and Dwek Assets, LLC [Docket No. 6643].

    Informal Responses/Objections Received

    *Informal Response to Trustee on behalf of claimant Manny Haber

    Status:

    A.  Hearing adjourned to March 28, 2011 at 10:00 a.m. (per consent of the parties) as to claimant Manny Haber only.

    B.  Hearing adjourned to January 10, 2011 at 10:00 a.m. (per consent of the parties) as to claimant Intervest National Bank only.

    C.  The Motion will go forward uncontested as to all remaining claimants not referenced in 1A and 1B above.

2. **FIFTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6693]**

    Response Deadline: August 23, 2010

    Responses/Objections Received:

    a.  Response of Claimant Bob Nelson Plumbing and Heating, Inc. to Debtor's Omnibus Motion of Liquidating Trustee For Entry of an Order Expunging Certain Scheduled and Filed Claims [Docket No. 6766]

    Status:

    A.  The Trustee has settled his claims dispute with Bob Nelson Plumbing and Heating, Inc. The Trustee's settlement with Bob Nelson Plumbing and Heating, Inc. shall be embodied in the order to be submitted to the Court.

    B.  Motion will go forward uncontested as to all remaining claimants not referenced in 2A above.

3. **ELEVENTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6700]**

   Response Deadline: August 23, 2010

   Responses/Objections Received:

   - a. Letter Response of Franey Muha Alliant [Docket No. 6744]
   - b. Notice of Objection of Monmouth Excavators, Inc. [Docket No. 6750]
   - c. Certification in Opposition to Motion to Expunge Claims filed by Lisa Kohen on behalf of Monmouth Realty Group [Docket No. 6754]

   Related Documents:

   - a. Trustee's Reply to Opposition of Monmouth Realty Group to the Liquidating Trustee's Eleventh Omnibus Claims Motion and Certification of Solomon Dwek [Docket No. 6771]
   - b. Supplemental Certification of Monmouth Realty in Opposition to Motion to Expunge Claims [Docket No. 6893]

   Status:

   - A. Consent Order to be Submitted as to claimant Franey Muha Alliant
   - B. Consent Order to be Submitted as to claimant Monmouth Excavators, Inc.
   - C. Motion will go forward on a contested basis as to claimant Monmouth Realty Group.
   - D. Motion will go forward uncontested as to all remaining claimants not referenced in 3A-C above.
   - E. Order on the Trustee's Eleventh Omnibus Claims Motion to be submitted after the hearing on October 25, 2010 as to Monmouth Realty Group.

4. **THIRTEENTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6702]**

   Response Deadline: August 23, 2010

   Responses/Objections Received:

   - a. Objection of Jerome Shapiro, Esq. to Trustee's Motion to Disallow and Expunge Claim No. 3-1 and Scheduled Claim [Docket No. 6897]

   Informal Responses/Objections Received:

   *Informal Response to Trustee on behalf of Saul Ewing, LLP

3

ME1 10738006v.1

Status:

    A.    Hearing adjourned to February 15, 2011 at 10:00 a.m. (per consent of parties) as to claimant Jerome Shapiro, Esq. only

    B.    The Trustee has settled his claims dispute with Saul Ewing LLP. The Trustee's settlement with Saul Ewing, LLP shall be embodied in the order to be submitted to the Court.

    C.    Motion will go forward uncontested as to all remaining claimants not referenced in 4A-B above.

5.    **SIXTEENTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6734]**

Response Deadline: September 13, 2010

Responses/Objections Received:

None

Informal Responses/Objections Received:

\* Informal Response to Trustee on behalf of claimant Rafael Aboud
\* Informal Response to Trustee on behalf of claimant American Express Centurion Bank

Status:

    A.    Hearing adjourned to January 10, 2011 at 10:00 a.m. (with the consent of the parties) as to Rafael Aboud only.

    B.    Hearing adjourned to February 15, 2011 at 10:00 a.m. (with the consent of the parties) as to American Express Centurion Bank only.

    C.    Motion will go forward uncontested as to all remaining claimants not referenced in 5A-B above.

6.    **SEVENTEENTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6736]**

Response Deadline: September 13, 2010

Responses/Objections Received:

    a.    Objection of Chicago Title Insurance Company to Liquidating Trustee's Seventeenth Omnibus Motion to Expunge Claims of Chicago Title Insurance Company [Docket No. 6804].

Status:

    A.    Hearing adjourned to November 8, 2010 at 10:00 a.m. (per consent of the parties) as to Chicago Title Insurance Company <u>only</u>

    B.    Motion will go forward uncontested as to all remaining claimants not referenced in 6A above.

7.    **NINETEENTH OMNIBUS Motion of Liquidating Trustee for Entry of An Order Expunging Certain Scheduled and Filed Claims for Which No Amounts Are Owed [Doc. No. 6739]**

Response Deadline: September 13, 2010

Responses/Objections Received:

None

Informal Responses/Objections Received:

*Informal Response to Trustee on behalf of claimant Ezra Grazi
*Informal Response to Trustee on behalf of claimant Manny Haber

Status:

    A.    Hearing adjourned to November 8, 2010 at 10:00 a.m. as to Ezra Grazi (per consent of the parties) <u>only</u>

    B.    Hearing adjourned to March 28, 2011 at 10:00 a.m. as to Manny Haber (per consent of the parties) <u>only</u>

    C.    Motion will go forward uncontested as to all remaining claimants not referenced in 7A-B above.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

By: <u>/s/ Brian L. Baker</u>
    Charles A. Stanziale, Jr.
    Jeffrey T. Testa
    Brian L. Baker
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    Telephone: (973) 622-4444

*Liquidating Trustee
and Counsel to Liquidating Trustee*

Dated: October 20, 2010
Newark, New Jersey